THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
DONNA WHITE and                 *
FREDERICK WHITE,                *
4 Cedar Terrace                 *
Milton, MA 02816                *
                                *
            Plaintiffs,         *
                                *    CIVIL ACTION _____
       vs.                      *
                                *
ELI LILLY AND COMPANY,          *
Lilly Corporate Center          *
Indianapolis, IN  46285         *
                                *
            Defendant.          *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

2783468v1

Dated: February 5, 2008

Respectfully Submitted,

**SHOOK, HARDY & BACON, L.L.P.**

*/s/ John Chadwick Coots*

Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Judith L. O'Grady, D.C. Bar No. 494290
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone; (202) 783-4211 Fax

and

David W. Brooks
Jonathan H. Gregor
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd. Kansas City, Missouri 64108
(816) 474-6550 Telephone; (816) 421-5547 Fax

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

2783468v1

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by first class U.S. Mail, postage prepaid, to the following counsel of record this 5th day of February, 2008.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiffs**

_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

2783468v1