CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA WHITE, ET AL. ) | |
| ET AL. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 08-201 (RWR) |
| ) | |
| ELI LILLY AND COMPANY ) | Category   B |
| ) | |
| Defendants ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on February 7, 2008 from

Judge Paul L. Friedman to Judge Richard W. Roberts by direction of the

Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Friedman & Courtroom Deputy
Judge Roberts & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk