REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Product Liability | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 08-201 | DATE REFERRED:<br>4/8/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>RICHARD W. ROBERTS | MAG. JUDGE<br>ALAN KAY |
| PLAINTIFF(S):<br>DONNA WHITE, et al | | | DEFENDANT(S):<br>ELI LILLY AND COMPANY | |

ENTRIES: