**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DONNA WHITE, et al.,** | |
| **Plaintiffs,** | |
| **vs.** | **CIVIL ACTION NO. 1:08-CV-00201 (RWR)** |
| **ELI LILLY AND COMPANY,** | |
| **Defendant**. | |

**DEFENDANT ELI LILLY AND COMPANY'S**
**EXPERT WITNESS DISCLOSURES**

Defendant Eli Lilly and Company ("Lilly"), as its expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(B), hereby designates the expert witnesses it presently expects to call to testify at trial. Lilly has not made a final decision on which witnesses it will call to give expert testimony at the trial of this case. Lilly reserves the right to designate additional experts and/or to ask any of the witnesses designated herein to expand the scope and/or nature of his or her testimony as described herein in response to the nature and scope of the expert testimony offered by plaintiff and to the extent other facts are developed through further investigation. Lilly also reserves the right to call and elicit expert testimony from any of plaintiffs' health care providers. Subject to these qualifications, Lilly may call as expert witnesses the following individuals who are expected to testify substantially as set out below.

1.    A. Brian Little, M.D.
Department of Obstetrics and Gynecology
UMDNJ New Jersey Medical School
185 S. Orange Avenue, MSB E506
Newark, New Jersey  07103

Dr. Little is Clinical Professor of the Department of Obstetrics and Gynecology at UMDNJ-New Jersey Medical School in Newark, New Jersey.  As set out in his C.V., attached, he received his medical training at McGill University and was awarded an M.D. degree in 1950. Dr. Little completed an internship at Montreal General Hospital and attended Harvard Medical School for his residency at Boston Lying-In Hospital and Free Hospital for Women.  In addition to his current faculty position, he has been on the faculties in various capacities including Department Chairman, at several universities, including Case Western University and McGill University.  Dr. Little is board certified in obstetrics and gynecology and also in reproductive endocrinology.

If called, Dr. Little will testify concerning the state of medical knowledge and research regarding hormones, including diethylstilbestrol, at the relevant time periods.  Dr. Little will testify (to a reasonable degree of medical probability and/or certainty, where applicable) concerning whether pharmaceutical companies had conducted appropriate testing prior to marketing diethylstilbestrol and whether Lilly, and perhaps other drug companies, communicated appropriate information concerning the use of diethylstilbestrol to the medical profession.  In addition, if efficacy of diethylstilbestrol is an issue, Dr. Little will testify on that issue as well.

Dr. Little will testify about human reproductive endocrinology and the state of medical knowledge of that subject at various times.  He will testify that estrogen and progesterone are hormones produced naturally by a woman's body.  Among other things, they help regulate the menstrual cycle and maintain pregnancy.  Dr. Little will testify that during

2

human pregnancy, the levels of these hormones increase dramatically and, at such increased levels, are important factors in sustaining the pregnancy until the baby is born. If estrogen and particularly progesterone are not maintained at the correct levels during the pregnancy, the woman may have a spontaneous abortion or miscarriage.

Dr. Little will further testify that diethylstilbestrol, first synthesized in 1938, was found to have estrogenic effects when administered orally. Beginning in 1939, it was used by research physicians in efforts to help maintain the pregnancies of women who were habitual aborters or who were threatening to abort. Among the pioneers in the use of diethylstilbestrol to treat these problem pregnancies were Drs. Olive and George Smith, with whom Dr. Little worked when he was at the Boston Lying-In Hospital and Free Hospital for Women. The Smiths made numerous original contributions to medical science, and were highly respected in their fields. They sought to determine the amounts of various hormones which are secreted by a woman's body during pregnancy, plotting the hormone level curve for a normal pregnancy and also such curves observed in various complications of pregnancy. Dr. Little will testify that the Smiths developed a hormone replacement schedule calling for a daily dose of diethylstilbestrol rising gradually (as did the natural hormones) throughout the pregnancy for appropriate patients.

Dr. Little will testify that the work of the Smiths, Dr. Priscilla White and others showed that among women who were threatening to abort or who were habitual aborters, there was a greater number of live births to those women treated with diethylstilbestrol than to women who were not treated with diethylstilbestrol. He will testify that the Smiths' work reflected the state of the art of obstetrical medicine and the best judgment of physicians specializing in the treatment of problem pregnancies at all relevant times. He will also testify to his knowledge of

studies involving examination of offspring of women treated with diethylstilbestrol that demonstrated the safety of the drug.

In sum, Dr. Little will testify that the medical profession properly believed diethylstilbestrol was safe and effective in treating threatened and habitual abortion, and that at the times relevant to this case, both physicians and pharmaceutical manufacturers properly followed and relied upon the work and recommendations of recognized leading physicians and scientists in, respectively, prescribing and manufacturing diethylstilbestrol. He will testify that the warnings and other information disseminated by Lilly to the medical profession concerning diethylstilbestrol during the relevant time periods adequately reflected the then existing knowledge and belief concerning the safety and effectiveness of diethylstilbestrol for the treatment of threatened and habitual abortion.

2.    Eugene D. Albrecht, Ph.D.
        Department of Obstetrics and Gynecology
        University of Maryland School of Medicine
        Bressler Research Laboratory 11-017
        Baltimore, Maryland 21201

Dr. Albrecht is an endocrinologist and a professor in the Department of Obstetrics and Gynecology and in the Department of Physiology at the University of Maryland School of Medicine in Baltimore, Maryland. Dr. Albrecht has a Ph.D. in reproductive endocrinology from Rutgers University. His C.V. is attached. Based on Dr. Albrecht's review of the relevant medical literature and his education, training and experience, Dr. Albrecht intends to testify as follows to a reasonable degree of medical probability and/or certainty if efficacy is at issue in this case.

First, Dr. Albrecht is expected to testify that diethylstilbestrol is effective in treating threatened or habitual abortion; that the medical profession properly believed diethylstilbestrol was effective; and that in producing diethylstilbestrol at the time relevant to this

case, drug companies properly followed the work and recommendations of recognized leading physicians and scientists.

Second, Dr. Albrecht is expected to testify concerning his extensive research in the field of reproductive endocrinology for more than 20 years and its focus on the subject of hormones and particularly estrogen and progesterone.  Dr. Albrecht's research has included a study of baboons, whose reproductive systems are very similar to those of humans.  Based on his research, Dr. Albrecht is expected to testify about the role of estrogen in stimulating the production of progesterone and the vital role of progesterone in the maintenance of pregnancy.

Third, Dr. Albrecht is expected to testify about human anatomy and physiology; that estrogen and progesterone are hormones produced in a woman's body and that, among other things, they help to regulate the menstrual cycle and to maintain pregnancy.  Dr. Albrecht will also testify that, during human pregnancy, the concentration of these hormones increases tremendously; the increased levels are important factors in sustaining the pregnancy until the baby is born; and the woman may have a spontaneous abortion or miscarriage if estrogen and particularly progesterone are not maintained at the correct levels during the pregnancy.

Fourth, Dr. Albrecht is expected to testify concerning his review of the relevant literature which explains the theory developed by Dr. George Smith and Dr. Olive Watkins Smith in the 1940s and 1950s as to the efficacy of diethylstilbestrol in the preservation of certain problem pregnancies.  This literature sets out the Smiths' theories that some complications of pregnancy occurred as a result of insufficient hormone levels in pregnant women, and that the administration of diethylstilbestrol would stimulate the production of progesterone which would in turn assist in maintaining the pregnancy.

Fifth, Dr. Albrecht will testify as to why the Smiths and other physicians and scientists in the medical community believed diethylstilbestrol to be effective, beginning in the 1940s and continuing through the time when Mrs. White claims her mother received this drug. Dr. Albrecht also is expected to testify that, in the 1940s, Drs. Smith, Dr. Priscilla White and others performed studies related to accidents of pregnancy; found that when the levels of the hormones estrogen and progesterone reached a plateau or declined, complications of pregnancy ensued; and concluded that the appropriate hormone levels might be maintained if diethylstilbestrol were administered.

Sixth, Dr. Albrecht will testify based on his own work and expertise in the field, including developments subsequent to the Smiths' work, that the Smiths' and White's theory as to why diethylstilbestrol was efficacious in maintaining certain problem pregnancies was sound and that the theory has been confirmed and corroborated by later work and a substantial body of scientific evidence.

Finally, Dr. Albrecht may be asked to evaluate and critique claims or opinions made by Mrs. White's experts concerning the efficacy of diethylstilbestrol, if efficacy is at issue.

3.      Joseph W. Goldzieher, M.D.
        14635 Blanco Rd.
        San Antonio, Texas 78216

Dr. Goldzieher is a retired Adjunct Clinical Professor in the Department of Obstetrics and Gynecology, Texas Tech Health Sciences Center School of Medicine, Amarillo, Texas. Previously, Dr. Goldzieher was Professor and Director of Endocrine/Metabolic Research in the Department of Obstetrics and Gynecology, Baylor College of Medicine in Houston, Texas. Dr. Goldzieher is a Fellow of the American College of Clinical Pharmacology and an Associate Fellow of the American College of Obstetrics and Gynecology. Dr. Goldzieher is a member of the American Association of Clinical Endocrinologists and board certified by the American

6

College of Endocrinology.    Dr. Goldzieher has practiced endocrinology, in particular reproductive endocrinology, from 1947 to the present time and is still in active practice thereof. Attached is a copy of Dr. Goldzieher's C.V.

Based on Dr. Goldzieher's review of the relevant medical literature as well as his personal knowledge, training and experience, Dr. Goldzieher anticipates testifying (to a reasonable degree of medical probability and/or certainty, where applicable) concerning (1) the state of animal testing during the relevant time period; (2) the need to use a physiologically meaningful animal model in attempts to evaluate possible effects of a drug in humans; (3) the adequacy of animal studies performed with diethylstilbestrol; (4) the history of the synthesis of diethylstilbestrol; (5) the state of scientific and medical knowledge at the time of diethylstilbestrol's use; (6) the foreseeability of any effects of diethylstilbestrol in the human fetus on the basis of animal experimentation and clinical experience; (7) the intracellular mechanism by which estrogens exert their effect; and (8) animal and human anatomy and physiology.

Dr. Goldzieher is expected to testify that the warnings written by Lilly for diethylstilbestrol in the relevant time period were appropriate in light of Lilly's indications for diethylstilbestrol and the state of medical and scientific knowledge at that time.  Dr. Goldzieher will also testify about the testing done relating to diethylstilbestrol, the adequacy of the testing, and the safety of diethylstilbestrol for the human fetus.  In particular, Dr. Goldzieher will testify that based upon the medical and scientific knowledge available during the relevant time periods, a reasonable and prudent drug company would have had no reason to suspect that diethylstilbestrol might be a transplacental teratogen in humans or that it might cause adverse

effects in human offspring.  Dr. Goldzieher will also testify that a reasonably prudent drug company would have had every reason to believe that the drug was safe for the human fetus.

Dr. Goldzieher is further expected to testify that a proper biological model, carefully selected for the particular system under study, is an essential prerequisite to obtain meaningful results from animal studies, and that the effects of a drug on mice or rats given during the pregnancy cannot be extrapolated to the human reproductive system.  Dr. Goldzieher is also expected to testify that, because the human reproductive system differs so greatly from that of other non-primate species -- and even some primate species -- it is difficult or impossible to extrapolate to humans the results of tests on inappropriate species; in particular he will testify that tests on rodents predict little or nothing about the results to be expected in humans; that dosages of almost any substance, natural or synthetic, beyond physiologic levels in a particular type of animal will be toxic; and that the pathogenic levels of a substance in one species may be proportionally entirely normal levels in another.

Dr. Goldzieher is also expected to testify about research performed by his group and others that tend to confirm the theories of the Smiths and the efficacy of the drug, if efficacy is an issue.  Dr. Goldzieher will further explain the indications, dosage recommendations and other information which were contained in Lilly's product literature for diethylstilbestrol for use in pregnancy during the relevant time period.  Based on his review of the relevant medical and scientific literature for this period, Dr. Goldzieher will testify that the warnings and contraindications, and other information contained in Lilly's product literature for diethylstilbestrol for use during pregnancy were adequate statements of the medical and scientific knowledge available during this time period.

In addition to the foregoing, Dr. Goldzieher will offer testimony with respect to matters raised through the course of discovery or in response to plaintiffs' experts.

4.    Melvin G. Dodson, M.D., Ph.D.
      3740 Ocean Beach Boulevard
      Cocoa Beach, Florida  32931

Dr. Dodson graduated from the University of Miami School of Medicine in June 1967.  In 1980, Dr. Dodson received his Ph.D. in microbiology from Loyola University. Dr. Dodson completed a residency in obstetrics and gynecology at Jackson Memorial Hospital in 1967-71.  Dr. Dodson was certified by the American Board of Obstetrics and Gynecology in 1974.

Dr. Dodson is a former Nicholas J. Thompson Professor and Chairman of the Department of Obstetrics and Gynecology, and Adjunct Professor of the Department of Microbiology, at Wright State School of Medicine, Dayton, Ohio.  Before that position, Dr. Dodson was Professor and Chairman of the Department of Obstetrics and Gynecology at Quillan College of Medicine, East Tennessee State University, Johnson City, Tennessee. Dr. Dodson was also Adjunct Professor of the Department of Microbiology at Quillan College of Medicine.  In addition, Dr. Dodson has been an Assistant Professor of the Department of Obstetrics and Gynecology at Baylor College of Medicine and an Adjunct Assistant Professor of the Department of Microbiology at Baylor College of Medicine.  Further, Dr. Dodson was an Assistant Professor of the Department of Obstetrics and Gynecology at Loyola University Medical Center.  Dr. Dodson has published over 130 scientific articles and abstracts and given over 130 lectures nationwide.  Dr. Dodson has also published two books.  Dr. Dodson has been licensed to practice in the states of Tennessee, Texas, Illinois, Ohio and Florida.

Based on his review of the medical records, the relevant medical literature and the extent of his medical education, training and experience, Dr. Dodson is expected to testify as follows to a reasonable degree of medical probability.

First, there are apparently no medical records establishing that Mrs. White was ever exposed to diethylstilbestrol *in utero*.  In addition, Dr. Dodson is expected to testify that Mrs. White cannot prove exposure to diethylstilbestrol based on any conditions reported in her records.  The medical and scientific literature does not prove exposure to diethylstilbestrol based on any of the clinical conditions reported in her medical records.  In fact, all of the medical conditions noted occur in women unexposed to diethylstilbestrol.

Second, Dr. Dodson is expected to testify that it cannot be concluded that the alleged shape of Mrs. White's uterus was caused by diethylstilbestrol exposure. As an initial matter, by her records, Ms. White does not have a T-shaped uterus.  Multiple procedures describe a normal uterus, including specifically an HSG report dated September 8, 1989 that states: "Uterus appears normal" and describes tubes with spill bilaterally; an HSG report dated December 16, 1994 that notes no tubal or uterine abnormalities; an ultrasound report dated November 14, 2003 that describes a "[n]ormal anteverted uterus;" an operative report dated March 8, 1995 regarding a laparoscopic procedure, hysteroscopy and dilation and curettage ("D&C") performed on Mrs. White stating:  "No distinct uterine cavity abnormalities noted" and; an operative report dated December 9, 2003 regarding a hysteroscopy and fractional D&C performed on Mrs. White that notes that the "[e]ndocervical canal looked entirely normal."  In any event, uterine malformations or changes occur in the unexposed, and the medical and scientific literature does not establish that diethylstilbestrol causes uterine changes or malformations.  Likewise, the medical and scientific literature does not establish that

10

diethylstilbestrol causes uterine changes or malformations resulting in difficulties in conceiving, miscarriage, or other pregnancy problems.

Third, Dr. Dodson is expected to opine that any alleged delays/difficulties in conceiving were unrelated to Mrs. White's alleged diethylstilbestrol exposure. In particular, the medical and scientific literature does not establish that infertility is caused by exposure to diethylstilbestrol. Further, delay/difficulties in conceiving are very common in the general population. Specifically, approximately 15% of couples experience infertility.

Mrs. White's medical records refer to other recognized causes of infertility. Specifically, Mrs. White was diagnosed with a markedly elevated prolactin level with a pituitary microadenoma, which is associated with amenorrhea, anovulation, menometrorrhagia and infertility – all of which plaintiff experienced. In fact, Mrs. White was treated with Clomid on several occasions to stimulate ovulation. She was also treated with gonadotropins. Clomid and gonadotropins are only prescribed to treat anovulation.

Mrs. White was diagnosed with a calcified posterior uterine fibroid, however, it did not apparently distort the uterine cavity. Uterine fibroids may contribute to infertility.

Mrs. White was diagnosed with Polycystic Ovarian Syndrome ("PCOS"), which can negatively affect fertility and its is also associated with anovulation, amenorrhea and infertility.

Mrs. White was diagnosed with endometrial polyps on two occasions, in 1990 and 2003, which may have negatively affected her fertility.

At approximately age 22, Mrs. White was diagnosed with large bilateral hydatid of Morgagni, requiring surgery. During surgery, the end of Mrs. White's left tube was noted to be "splayed out over the hydatid" which would have distorted the tube. The surgery to remove

the hydatid of Morgagni also may have resulted in tubal damage or scarring. Even though several HSGs and chromtubation showed patent tubes, this does not preclude small intratubular adhesions. Mrs. White was noted to have pelvic adhesions on two occasions following her initial surgery and it is probable that she also had intratubular adhesions.

Mrs. White was diagnosed with systemic lupus erythematosus ("SLE"). Her records also note elevated anticardiolipin IgG and IgM antibodies, which is related to antiphospholipid syndrome. Antiphospholipid syndrome is associated with infertility, repeated spontaneous abortion and poor pregnancy outcome.

Operative reports also repeatedly reference pelvic adhesions and endometriosis. Specifically, a report dated July 19, 1990 notes a finding of "[a]dhesions from left ovary to left tube lysed" and endometriosis. Endometriosis is a known cause of infertility, pelvic adhesions and tubal damage. A report dated March 8, 1995 describes "[b]and like adhesions between the right ovary and the cul de sac. Some filmy adhesions in the cul de sac. . ." and ". . . band like adhesion between the left tube and the left ovary." These adhesions and endometriosis may have negatively impacted Mrs. White's fertility. None of the medical conditions noted above are related to alleged diethylstilbestrol exposure.

It should also be noted that Mrs. White experienced early menopause at approximately age forty-five, which is indicative of lack of ovarian reserve and consistent with chronic anovulation. Also, Mrs. White began attempting pregnancy at approximately 32 or 33 years of age and during her continuing attempts to become pregnant, her age became an increasingly relevant factor. Indeed, advanced maternal age is a well recognized contributing factor to infertility.

Taken together, hyperprolactinanemia, PCOS, repeated observations of pelvic adhesions, SLE, antiphospholipid syndrome, endometriosis, recurrent endocervical polyps, the posterior calcified uterine fibroid, amenorrhea, chronic anovulation for which she was treated, and advanced maternal age placed Mrs. White at high risk to experience infertility. None of these conditions are associated with alleged diethylstilbestrol exposure.

Finally, Dr. Dodson is expected to testify that Mrs. White's medical records and history fail to establish that she could not have had a successful pregnancy if she had become pregnant again.

In summary, Dr. Dodson is expected to testify to a reasonable degree of medical probability that the conditions seen in Mrs. White were not the result of supposed diethylstilbestrol exposure. Dr. Dodson may expand or modify his testimony based on additional discovery and opinions offered by Mrs. White's expert witnesses and/or treating doctors, and his review of additional records collected.

5.    Karin Michels, Sc.D., Ph.D.
       Obstetrics & Gynecology Epidemiology Center
       221 Longwood Avenue
       Boston, MA 02115

Dr. Michels is a Clinical Epidemiologist in the Department of Obstetrics, Gynecology & Reproductive Biology of Brigham & Women's Hospital in Boston, Massachusetts. She is an Associate Professor of Obstetrics, Gynecology & Reproductive Biology at Harvard Medical School and an Associate Professor in the Department of Epidemiology at the Harvard School of Public Health. She received a Doctorate in Biostatistics from the University of Cambridge and a Doctorate in Epidemiology from the Harvard School of Public Health. She has a particular expertise in perinatal exposures as they affect long-term health and disease. She

serves as a Statistical Reviewer on the Editorial Board of The Lancet medical journal. She has authored or co-authored a number of contributions to the published medical and scientific literature in the field of epidemiology and public health.

Dr. Michels has reviewed published medical literature concerning reports of a possible relation between maternal exposure to diethylstilbestrol ("DES") during pregnancy and reproductive difficulties, consisting of infertility and various adverse pregnancy outcomes, in the female offspring of women who received the drug during pregnancy.  In her professional opinion, the published reports are not sufficient to establish that DES-exposed women are at any statistically significant increase in risk for either infertility or any adverse pregnancy outcome such as premature delivery, miscarriage or ectopic pregnancy.

Dr. Michels will testify that as a threshold matter, the science of epidemiology cannot establish a direct causal relation, either in an individual case or even as a more general proposition, unless the exposure of interest is a necessary and sufficient cause of the disease under study, but few such examples exist. Epidemiology involves the assessment of probabilities, largely as a statistical likelihood.  At most, epidemiologic studies, if they are free of misclassification, confounding and other biases, may be suggestive of a causal relation in populations. Epidemiologic studies alone are not sufficient to establish a specific cause-and-effect relation in any individual case.  In the particular case of DES, the published reports are not sufficient even to establish a valid association between DES exposure and reproductive difficulties, let alone to establish causation of such problems by DES.

Dr. Michels will testify that although there exist published reports in the medical literature suggesting that DES exposure may be associated with an increased incidence of infertility and adverse pregnancy outcomes, these reports are limited by potential

14

misclassification and selection bias as well as possible confounding which renders them uninterpretable. Epidemiologic studies that yield valid data have not been published in the medical literature and, to the best of her knowledge, have not been conducted.

Dr. Michels will further testify that although it has been speculated that DES-exposed women may be at increased risk of infertility and various reproductive difficulties as a result of certain anatomic anomalies believed to be associated with DES exposure, and in particular an alleged uterine abnormality sometimes described as a so-called "T-shaped" uterus, she is not aware of any valid epidemiologic study which establishes that, in fact, women with such alleged uterine abnormalities experience a higher frequency of reproductive difficulty. Because such alleged uterine abnormalities can only be diagnosed by means of hysterosalpingogram ("HSG"), an invasive procedure, no adequate control group exists to assess the frequency of uterine abnormalities in women unexposed to DES.

Finally, Dr. Michels will testify that infertility is an outcome that is particularly difficult to address with an epidemiologic study  Infertility is a relatively common phenomenon, its usual definition is somewhat arbitrary and subjective, and it has many known, in addition to unknown, causes and risk factors, making it exceedingly difficult to properly control for all such confounding factors and isolate only potential effects of DES exposure.  The same is also true of adverse pregnancy outcomes, including prematurity, miscarriage and ectopic pregnancy, each of which has a host of other recognized risk factors and which are subject to considerable misclassification.  She is aware of no epidemiologic study of the relation of DES exposure to infertility and/or adverse pregnancy outcomes from which valid and reliable scientific conclusions can be drawn.

6.     Roy S. Malpass, Ph.D.
       Department of Psychology
       University of Texas at El Paso
       500 West University Avenue
       El Paso, TX 79902

Dr. Malpass received his Bachelor of Science degree from Union College in 1959. In 1961, he received his Masters Degree from The Graduate Faculty, The New School for Social Research in New York, New York. He received his Ph.D. in Social Psychology from Syracuse University in 1968.

Dr. Malpass is currently Professor of Psychology and Professor of Criminal Justice at the University of Texas at El Paso. He has also served as the Head of the Legal Psychology Ph.D. Program at the University of Texas at El Paso. Before his current position at the University of Texas at El Paso, Dr. Malpass was Professor of Behavioral Science at S.U.N.Y. College of Arts & Science, Plattsburgh, New York. In addition, Dr. Malpass was Assistant Professor of Psychology at the University of Illinois, Champaign, Illinois. Dr. Malpass has published over 70 articles and chapters and regularly lectures nationwide and overseas. Dr. Malpass's C.V. is attached.

Based on Dr. Malpass's personal knowledge, training and experience, Dr. Malpass anticipates testifying that, to the extent Donna White's mother's (Ms. Schiarizzi's) identification of the pill she claims to have taken during her pregnancy with plaintiff was the result of plaintiffs' counsel's use of his pill photographic lineup (or parts thereof) ("the photo array"), the identification is compromised or tainted to the point of rendering it unreliable.

Dr. Malpass will also testify generally that memory can be affected by a number of factors, including the motivation for reporting memory, the perceived status of an individual who presents suggestive information to a subject, and the nature of the suggestive information

16

itself. Dr. Malpass will testify that suggestion may distort an individual's memory about an item or an event and may create or implant a memory where none previously existed tainting a person's memory.

Further, Dr. Malpass will testify that, to the extent Ms. Shiarizzi's identification of the pill at issue was produced through the use of all or part of plaintiffs' counsel's photo array, this method has tainted the identification and rendered it meaningless. Dr. Malpass will testify that the photo array assembled by plaintiffs' counsel is overly suggestive and slanted toward Lilly's product in that the collection of photos is exclusively comprised of photos of Lilly's DES pills and depicts Lilly's bottle and none others. Further, to the extent that plaintiff's counsel has provided the photo array (or parts thereof) containing Lilly's DES pills and bottle to Ms. Shiarizzi prior to her deposition and prior to being asked to describe the pill, such conduct constitutes manipulation of Ms. Shiarizzi, possibly creating a "memory" where none previously existed. Such conduct would not be diagnostic of Ms. Shiarizzi's memory regarding what she took during her pregnancy with Donna White and would contaminate her memory, if any, regarding the physical description of the pill she claims to have taken.

Dr. Malpass may expand or modify his testimony based on additional discovery and opinions offered by Mrs. White's expert witnesses, and his review of additional records or documents collected concerning the pill identification at issue.

7.    Dr. Don Carlos Hines

Dr. Don Carlos Hines is deceased. His expert testimony will be offered by videotaped deposition. Dr. Hines received his degree in medicine from Stanford University in 1930 and had a private practice in California until 1939. At that time, he joined Lilly Research Laboratories as a physician in the Medical Department, holding that position until 1951, at which time he was promoted to the head of the Medical Department. In 1953, Dr. Hines was promoted

17

to Director of the Medical Division.  He retired from Eli Lilly and Company in 1967.  A copy of Dr. Hines' C.V. is attached.

Dr. Hines' work at Lilly Research Laboratories did include the initiation and monitoring of clinical investigations and the supervision of others who performed this kind of activity.  Special attention in this position was paid to the toxicity and side effects of drugs. Because of his special interest in endocrinology, he was an early participant in the supervision and evaluation of diethylstilbestrol and was one of the main participants in the collating of early diethylstilbestrol data toward the FDA submission and approval.  He continued to read the available medical literature on endocrinology, diethylstilbestrol and any materials on the side effects of drugs up to his retirement.  Because of his expertise and interest, he was responsible for this knowledge and the evaluation of this medical literature at Eli Lilly and Company.

The videotaped deposition of Dr. Hines that Lilly expects to offer relates to historical and factual matters, including his function as a physician in the Medical Department of Eli Lilly and Company and as to the development, testing, and FDA approval of diethylstilbestrol for use in nonpregnant and pregnant women.  Dr. Hines will further discuss the medical literature that was available to Lilly in the relevant time period.

Lilly may further offer the testimony of Dr. Hines that the prevailing medical opinion regarding the use of estrogenic substances was that they were safe for use in obstetrical patients.  The testimony offered may also include comments on the general medical opinion about the relevancy of the animal experiences with estrogen to the experience in humans and the known side effects of diethylstilbestrol during the relevant time period  Dr. Hines' testimony concerning the effectiveness of diethylstilbestrol may also be offered if efficacy is at issue.

Additional areas of testimony will be identified and disclosed as necessary. Lilly will provide a copy of the transcript of Dr. Hines' videotape deposition in advance of trial at plaintiffs' request.

        8.     Dr. Theodore G. Klumpp

        Dr. Theodore G. Klumpp is deceased. His expert testimony will be offered by videotaped deposition. Dr. Klumpp was a physician who was an Assistant Clinical Professor at Yale University Medical School and Chief of the Hematological Clinic and Director of the Medical Laboratory at the New Haven Hospital, from which he took a leave of absence to become the Chief Medical Officer of the FDA, eventually becoming Chief of the Drug Division of the FDA. He then served as Director of the Division of Drugs, Food and Physical Therapy and Secretary of the Council on Pharmacy and Chemistry for the American Medical Association. His C.V. is attached.

        During his tenure as Chief of the Drug Division of the FDA, he became familiar in detail with the Food, Drug and Cosmetic Act of 1906, as amended in 1938, and its requirements concerning the filing of new drug applications, or "NDAs." During the time he was in that position, various NDAs for the use of diethylstilbestrol for non-pregnancy purposes were filed and ultimately approved. He was familiar with the background and details of this approval process because of his responsibility as Chief of the Drug Division at the FDA.

        Dr. Klumpp's testimony should include a discussion of factual and historical matters, including his knowledge of, and role in, the approval process of NDAs for use of diethylstilbestrol. Dr. Klumpp's testimony will also discuss his familiarity with the background of the approval process. A copy of the transcript of Dr. Klumpp's videotape deposition will be provided in advance of trial at plaintiffs' request.

3041380v1

9.    Dr. Edith L. Potter

Dr. Edith L. Potter is deceased.  Her testimony will be presented by videotaped deposition.  Dr. Potter was Professor Emeritus of Pathology in the Department of Obstetrics and Gynecology, University of Chicago.  From 1927 to 1932, Dr. Potter was in private practice in Minneapolis, Minnesota where she practiced general medicine.  She then moved to Chicago where she was a pathologist in the Department of Obstetrics and Gynecology in Chicago's Lying-In Hospital for some 33 years, until her retirement in 1967.  She retired as a full professor. A copy of Dr. Potter's C.V. is attached.

Dr. Potter's video deposition testimony Lilly expects to offer concerns her examination of both fetuses and living and non-living infants during the relevant time period. Specifically, she was in charge of the pathology laboratory which examined all available non-surviving infants and fetuses from Chicago's Lying-In Hospital and she also examined surgical specimens from gynecological patients.  She was responsible for the microscopic evaluation and diagnosis of infants who died in Chicago and upon whom autopsies were required before they could be buried.  She routinely made rounds with the residents and physicians, particularly examining problem cases in the nursery.

Dr. Potter was involved in the examination of diethylstilbestrol-exposed babies. She examined or consulted on seriously or malformed infants, examined available non-surviving babies and attempted to determine the cause of the pathology involved.  This would have included evaluation of the medical records in an attempt to correlate any factor known, including drug exposure, to the problem.  Lilly expects it will offer the following testimony of Dr. Potter:

1.    Based upon her personal experience, she observed no harmful effects upon the fetus which were attributed to diethylstilbestrol ingestion by the mother during the relevant pregnancy period.

20

2.    Based upon her position in the international medical community, her knowledge of the medical literature and reports from other physicians and scientists, it was the prevailing view of the medical community that diethylstilbestrol was safe for use in pregnant women.

3.    That based upon her knowledge and experience and the medical facts available to her, there was no data or information which warned about the possible occurrence of adverse effects in the reproductive tract of the female offspring.

4.    Dr. Potter's testimony may also include statements about the development and structure of the female reproductive tract.

Lilly expects to present the following opinions of Dr. Potter:

a.    That at the time of plaintiff's birth, diethylstilbestrol had not been shown to cause any harm to the baby.

b.    That diethylstilbestrol was believed to be an estrogenic substance, safe to use in pregnancy.

c.    That the prevailing medical opinion was that diethylstilbestrol caused no harm to the baby.

d.    That the injuries alleged by plaintiff to be a result of *in utero* exposure to diethylstilbestrol were unforeseeable.  Additional areas of testimony will be identified and disclosed as necessary.

Dr. Potter's opinions were based upon her personal knowledge, training, experience as well as her review of the medical literature, the information which was disseminated through medical meetings and personal consultations with other leading scientists

21

3041380v1

during the relevant time period.  A copy of the transcript of Dr. Potter's videotape deposition will

be provided in advance of trial at plaintiffs' request.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:    /s/ Ericka L. Kleiman
       Michelle R. Mangrum (DC Bar No. 473634)
       John Chadwick Coots  (DC Bar No. 461979)
       Judith L. O'Grady  (D.C. Bar No. 494290)
       600 14TH Street, N.W., Suite 800
       Washington, DC  20005-2004
       (202) 783 -8400; Fax (202) 783-4211

       and

       David W. Brooks
       Jonathan H. Gregor
       SHOOK, HARDY & BACON L.L.P.
       2555 Grand Blvd
       Kansas City, MO  64108-2613
       (816) 474-6550; Fax (816) 421-5547

       **ATTORNEYS FOR DEFENDANT**
       **ELI LILLY AND COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2008, I caused the following document: **ELI LILLY AND COMPANY'S RULE 26(b)(4) STATEMENT** to be filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, NW, Suite 500
Washington, DC  20036
**Attorneys for Plaintiffs**


  /s/ Ericka Kleiman_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

23

3041380v1

# CV OF

# ALAN BRIAN LITTLE, MD

March 27, 1998

# CURRICULUM VITAE

**NAME:**  ALAN BRIAN LITTLE, M.D.

**HOME ADDRESS:**  41 John F. Kennedy Parkway
Short Hills, NJ 07078

**HOME PHONE:**  (973) 379-0100

**OFFICE ADDRESS:**  Department of Obstetrics and Gynecology
UMDNJ-New Jersey Medical School
185 South Orange Avenue, MSB E506
Newark, NJ 07103

**OFFICE PHONE:**  (973) 982-4127

1.  EDUCATION:

    a.  Undergraduate

        1941 - 1942  Upper Canada College
Toronto, Ontario
First Year BA Course equivalent
(called senior matriculation)

        1942 - 1948  B.A.
Mc Gill University
Montreal, CA

    b.  Graduate and Professional

        1946 - 1950  M.D., C.M.
McGill University

2.  POSTDOCTORAL TRAINING

    a.  Internship and Residencies

        1950 - 1951  Internship (Rotating)
Montreal General Hospital

Alan Brian Little, M.D.

|  |  |
|---|---|
| 1951 - (6 months) | Pathology<br>Harvard Medical School |
| 1952 - 1954 | Residency<br>Obstetrics and Gynecology<br>Boston Lying-in Hospital and<br>Free Hospital for Women |

  b.     Research Fellowships  - None


3.     MILITARY

|  |  |
|---|---|
| 1943 - 1945 | Flying Officer (Navigator)<br>Royal Canadian Air Force |


4.     LICENSURE   (with numbers and expirations, as applicable)

  a.     N.J. Medical License - MA 60994          Exp: 6/30/99

  b.     Other Medical Licenses

         Quebec Province #51296          Exp. 6/30/98

         Massachusetts #24054          No expiration

         Ohio #35-028727          Exp. 12/31/97


5.     CERTIFICATION:

                              American Board of
  a.     Specialty Board: <u>Obstetrics & Gynecology</u> / <u>1959</u>
                                   (Name of Board)          Date

                  American Board of Obstetrics and Gynecology
  b.     Subspecialty Board: <u>Reproductive Endocrine/Infertility</u> / <u>1974</u>
                                   Name of Board          Date

2

Alan Brian Little, M.D.

American Board of Obstetrics and Gynecology

c.    Specialty Board: <u>Recertified in Reproductive Endocrinology</u> / <u>1989</u>
                        Name of Board            Date

D.    Certificate in Obstetrics and Gynecology            <u>1955</u>
      Royal College of Physicians and Surgeons of Canada    Date

6.    NARCOTICS CERTIFICATION

      a.    NJ CDS #DO65714      Expiration Date: 6/30/98

      b.    NJ DEA #BA4309476    Expiration Date: 6/30/00

7.    UNIVERSITY APPOINTMENTS

      1994 - Present      Clinical Professor
                          Department of Obstetrics & Gynecology
                          UMDNJ-New Jersey Medical School
                          Newark, NJ

      1994 - Present      Professor (part-time) (post retirement)
                          Department of Obstetrics & Gynecology
                          McGill University
                          Montreal, Canada

      1983 - 1994         Professor and Chairman
                          Department of Obstetrics & Gynecology
                          McGill University
                          Montreal, Canada

      1972 - 1982         Chairman
                          Department of Reproductive Biology
                          Case Western Reserve University
                          Cleveland, OH

      1970 - 1971         Faculty Senate
                          Case Western Reserve University
                          Cleveland, OH

3

Alan Brian Little, M.D.

| 1966 - 1983 | Professor<br>Department of Obstetrics & Gynecology<br>Case Western Reserve University<br>(Arthur H. Bill Professor of Obstetrics and<br>Gynecology, 1972 - 1983) |
| --- | --- |
| 1963 - 1965 | Assistant Professor<br>Department of Obstetrics & Gynecology<br>Harvard Medical School |
| 1958 - 1963 | Associate<br>Department of Obstetrics & Gynecology<br>Harvard Medical School |
| 1957 - 1965 | Tutor in the Medical Sciences<br>Harvard Medical School |
| 1956 - 1958 | Instructor<br>Department of Obstetrics & Gynecology<br>Harvard Medical School |
| 1955 - 1957 | Instructor<br>Department of Obstetrics & Gynecology<br>Boston University |
| 1955 - 1956 | Assistant in Obstetrics<br>Harvard Medical School |
| 1952 - 1954 | Teaching Fellow<br>Department of Obstetrics & Gynecology<br>Harvard Medical School |
| 1951 - 1957 | Part-Time Instructor in<br>Embryology and Obstetrics<br>Boston University School of Nursing |

4

Alan Brian Little, M.D.

8.    HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1994 - Present | Attending<br>Department of Obstetrics & Gynecology<br>UMDNJ-University Hospital<br>Newark, NJ |
| 1994 - Present | Obstetrician and Gynecologist (Ambulatory care)<br>Department of Obstetrics & Gynecology<br>Royal Victoria Hospital<br>Montreal, Quebec, Canada |
| 1983 - 1994 | Obstetrician and Gynecologist-in-Chief<br>Department of Obstetrics & Gynecology<br>Royal Victoria Hospital<br>Montreal, Quebec, Canada |
| 1983 - Present | Obstetrician and Gynecologist<br>Montreal General Hospital<br>Montreal, Canada |
| 1983 - 1994 | Director, Department of Obstetrics and Gynecology<br>Royal Victoria Hospital<br>Montreal, Canada |
| 1973 - 1983 | Associate Visiting Obstetrician and Gynecologist<br>Cleveland Metropolitan General Hospital<br>Cleveland, OH |
| 1972 - 1982 | Director<br>Department of Obstetrics & Gynecology<br>University Hospitals of Cleveland<br>Cleveland, OH |
| 1967 - 1973 | Director<br>Maternity and Infant Care Project<br>Cleveland, OH |
| 1966 - 1973 | Director, Department of Obstetrics & Gynecology<br>Cleveland Metropolitan General Hospital<br>Cleveland, OH |

Alan Brian Little, M.D.

| | |
|---|---|
| 1966 - 1973 | Executive Medical Staff<br>Cleveland Metropolitan General Hospital<br>Cleveland, OH |
| 1955 - 1966 | Associate and Visiting Surgeon<br>Department of Obstetrics & Gynecology<br>Boston City Hospital<br>Boston, MA |
| 1963 - 1965 | Director, Department of Gynecology & Obstetrics<br>Boston City Hospital<br>Boston, MA |
| 1959 - 1965 | Obstetrician and Gynecologist<br>Boston Lying-in Hospital<br>Boston, MA |
| 1955 - 1964 | Assistant Surgeon<br>Free Hospital for Women |
| 1955 - 1963 | Associate Director<br>Department of Gynecology & Obstetrics<br>Boston City Hospital<br>Boston, MA |
| 1966 - 1983 | Associate Obstetrician and Gynecologist<br>University Hospitals of Cleveland<br>Cleveland, OH |

9.    OTHER PROFESSIONAL POSITIONS AND MAJOR VISITING
      APPOINTMENTS

| | |
|---|---|
| 1982 - 1983 | Visiting Professor<br>Department of Anatomy<br>Harvard Medical School |

6

Alan Brian Little, M.D.

10.    AWARDS AND HONORS

HONORARY MEMBERSHIPS:

| | |
|---|---|
| 1972 | Alpha Omega Alpha (Chapter, Case Western Reserve Univ.) |
| 1981 | Bellevue Obstetrical and Gynecological Society |
| 1975 | Kane-King Obstetrical Society of George Washington University |
| 1969 | Kansas City Gynecological Society |
| 1968 | Pacific Northwest Obstetrical and Gynecological Association |

11.    BOARDS OF DIRECTORS/TRUSTEES

None

12.    MAJOR COMMITTEE ASSIGNMENTS

a.    National and Regional -

National Institute of Child Health and Human Development:

| | |
|---|---|
| 1993 | Chairman Steering Committee, Reproductive Med Centers, NICHD |
| 1983 - 1987 | Council Member, National Advisory Committee |
| 1974 - 1979 | Population Research Committee |
| 1978 - 1979 | Chairman |
| 1980 | Consultant, NICHD Five Year Research Plan Study Group |
| 1973 - 1975 | Consultant, NICHD Amniocentesis Registry |
| 1980 | Reviewer, NICHD Pregnancy Research Branch Program |

National Lung and Blood Institute:

7

Alan Brian Little, M.D.

| 1977 - 1982 | Chairman, Policy Data Monitoring Panel<br>Clinical Trial of Antenatal Steroid Therapy |

Food and Drug Administration:

| 1978 - 1981 | Consultant and Member - Fertility and Maternal Health Drugs Advisory Committee |

Division of Research Grants

| 1982 - 1983 | Chairman, Reproductive Biology Study Section |
| 1989 - | Ad hoc member, Reproductive Biology Study Section |
| 1995 - 1996 | Ad hoc member, Small Business Study Section |

b.    Medical School

| 1995 - Present | Billing Committee (Department)<br>Department of Obstetrics & Gynecology<br>UMDNJ-New Jersey Med School |

| 1983 - 1994 | Student Promotions Committee<br>McGill University |

| 1966 - 1982 | Executive Committee<br>School of Medicine<br>Case Western Reserve University |

| 1969 - 1970 | Program Advisory Committee<br>Cleveland College |

| 1967 | Hospital Affiliation Committee<br>Case Western Reserve University |

c.    Hospital

| 1983 - 1994 | Member, Executive Committee<br>Royal Victoria Hospital, Montreal |

| 1972 - 1982 | Medical Council, University Hospitals of<br>Cleveland, Ohio |

8

Alan Brian Little, M.D.

d.   Department

|            |                                                                                   |
|------------|-----------------------------------------------------------------------------------|
| 1983 - 1994 | Ad Hoc Committee<br>Department of Obstetrics and Gynecology<br>Royal Victoria Hospital |
| 1983 - 1994 | RVH Administrative Committee<br>Department of Obstetrics and Gynecology<br>Royal Victoria Hospital . |
| 1983 - 1994 | TSU Committee<br>Department of Obstetrics and Gynecology<br>Royal Victoria Hospital |

e.   Editorial Boards

|            |                                                                                   |
|------------|-----------------------------------------------------------------------------------|
| 1973 - 1978 | European Journal of Obstetrics, Gynaecology and Reproductive Biology, Excerpta Medica, Amsterdam |
| 1974 - 1992 | Endocrine Research Communication<br>Marcel Dekker, Inc.<br>New York, New York |
| 1978 - 1990 | Infertility<br>Marcel Dekker, Inc.<br>New York, New York . |

Ad Hoc Reviewer:
American Journal of Obstetrics and Gynecology
American Journal of Physiology
Endocrinology
Journal of Biological Chemistry
Journal of Clinical Endocrinology and Metabolism
New England Journal of Medicine
Obstetrics and Gynecology

9

Alan Brian Little, M.D.

13.    MEMBERSHIPS, OFFICES AND COMMITTEE ASSIGNMENTS IN
PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1988 | President, American Gynecological and Obstetrical Society |
| 1986 - 1987 | American Gynecological and Obstetrical Society President-elect |
| 1974 - 1983 | American Board of Obstetrics and Gynecology Director, |
| 1975 - 1981 | Representative to the Council on Resident Education in Obstetrics and Gynecology |
| 1975 - 1980 | Division of Reproductive Endocrinology: Director |
| 1975 - 1981 | Member |
| 1981 - 1987 | American College of Surgeons: Governor |
| 1975 - 1978 | American Gynecological Society Assistant Secretary |
| 1978 - 1981 | Secretary |
| 1973 - 1978 | Committee on Education |
| 1974 - 1978 | Chairman |
| 1970 - 1976 | Association of American Medical Colleges: Biomedical Research Policy Committee of the Council of Academic Societies |
| 1973 - 1976 | Association of Professors of Gynecology and Obstetrics: Council Member |
| 1977 - 1978 | Endocrine Society: Subcommittee on Funding for Endocrine Research |
| 1974 - 1982 | Northeastern Chapter of the National Foundation: Chairman, Medical Advisory Committee |
| 1982 | Perinatal Research Society: President |
| 1973 - 1976 | Council Member |
| 1957 - Present | Society for Gynecologic Investigation: |
| 1979 - 1980 | President |
| 1967 - 1969 | Council Member |
| 1985 | Program Chairman |
| 1969 - 1983 | Academy of Medicine of Cleveland |
| 1961 - Present | Aesculapian Club (Harvard Medical School) |
| 1957 - Present | American Association for the Advancement of Science |
| 1975 | American Association of Obstetricians and Gynecologists |

10

Alan Brian Little, M.D.

| 1957 - Present | American College of Obstetricians and Gynecologists Life Fellow |
| 1960 - Present | American College of Surgeons, Fellow |
| 1975 | American Fertility Society |
| 1974 | American Gynecological Club |
| 1954 - 1983 | American Medical Association |
| 1958 | Boston Obstetrical Society |
| 1962 - 1965 | Fellow |
| 1966 | Emeritus Fellow |
| 1970 - 1983 | Central Association of Obstetricians and Gynecologists |
| 1966 - 1983 | Cleveland Academy of Medicine |
| 1966 - 1983 | Cleveland Society of Obstetrics and Gynecology |
| 1954 - Present | Massachusetts Medical Society |
| 1967 - Present | New York Academy of Sciences |
| 1969 - 1983 | Ohio State Medical Association |
| 1968 - 1983 | Pasteur Club of Cleveland |
| 1955 | Royal College of Physicians and Surgeons of Canada |
| 1967 - 1992 | Society for Experimental Biology and Medicine |
| 1967 - 1995 | Society for the Study of Reproduction Life member |
| 1983 - 1996 | Society of Obstetricians and Gynecologists of Canada Life member |
| 1983 - | Society of Obstetricians and Gynecologists of Quebec |

14.   MAJOR RESEARCH INTERESTS

Hormones in reproduction
Neuroendocrinology of reproduction
Clinical trials (e.g. Prenatal steroid, Reproductive Medicine, NICHD

15.   GRANT HISTORY

a.    Principal Investigator or P.I. of Sub-contract

1959 - 1978    National Institutes of Child Health and Human Development,"Hormone Metabolism in Reproduction" ($675,713.00).

11

Alan Brian Little, M.D.

| | |
|---|---|
| 1962 - 1963 | American Cancer Society, "Protein Synthesis by Human Endometrium and Myometrium" ($17,475.00). |
| 1964 - 1965 | American Cancer Society, "The Study of hydroxysteroid dehydrogenases in normal and tumor tissue" ($12,634.00). |
| 1965 - 1969 | American Cancer Society, "Hydroxysteroid dehydrogenases in tissues" (41,351.00). |
| 1966 - 1974 | National Institutes of Child Health and Human Development, "Hormone Metabolism in Reproduction" ($98,630.00). |
| 1969 - 1971 | American Cancer Society, "Hydroxysteroid dehydrogenases and steroid hydroxylase in tissue" ($35,361.00). |
| 1970 - 1972 | National Institutes of Child Health and Human Development, "Progesterone production and metabolism during human female reproductive cycle" ($65,542.00). |
| 1974 - 1984 | National Institutes of Child Health and Human Development, "Specialized Population Research Center in Reproductive Biology" ($2,550,526.00). Relinquished December 31, 1983 for move to McGill. |
| 1977 - 1982 | National Institutes of Child Health and Human Development, "Biology of Human Reproduction" Training grant, ($271,903.00). |
| 1984 - 1987 | Medical Research Council of Canada, "Hormone Metabolism in Reproduction" ($157,825.00). |

b.    Co-Investigator

| | |
|---|---|
| 1979 - 1982 | National Institutes of Child Health and Human Development, "Gonadal Hormone Metabolism" ($1,543,454.00 $\pm$ 10% to Little). PI: E. Knobil. |

12

Alan Brian Little, M.D.

16.   MAJOR TEACHING EXPERIENCE

Instruction to medical students, residents and fellows in the specialty of obstetrics and gynecology and the subspecialty of reproductive endocrinology and infertility.

17.   PRINCIPAL CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES

| | |
|---|---|
| 1959 - 1962 | Associate Director<br>Ob/Gyn<br>Boston City Hospital |
| 1962 - 1965 | Director<br>Ob/Gyn<br>Boston City Hospital |
| 1966 - 1972 | Director<br>Ob/Gyn<br>Cleveland Metropolitan General |
| 1973 - 1982 | Director<br>Ob/Gyn<br>University Hospital Cleveland |
| 1983 - 1994 | Chief<br>Ob/Gyn<br>Royal Victoria Hospital |

18.   MAJOR ADMINISTRATIVE RESPONSIBILITIES

| | |
|---|---|
| 1983 - 1994 | Professor and Chairman<br>Department of Obstetrics & Gynecology<br>McGill University<br>Montreal, Canada |
| 1972 - 1982 | Chairman<br>Department of Reproductive Biology<br>Case Western Reserve University<br>Cleveland, OH |

13

Alan Brian Little, M.D.

19.  PRIVATE PRACTICE

| | |
|---|---|
| 1/55 - 12/65 | Boston Lying-In Hospital<br>221 Longwood Avenue<br>Boston, Massachusetts 02115 |
| 1/55 - 12/65 | Free Hospital for Women<br>245 Pond Avenue<br>Brookline, MA 02146 |
| 1/66 - 2/72 | Cleveland Metropolitan Hospital<br>3395 Scranton Road<br>Cleveland, OH 44109 |
| 2/72 - 8/82 | MacDonald House<br>University Hospitals of Cleveland<br>Adelbert Road<br>Cleveland, Ohio |
| 7/83 - Present | Royal Victoria Hospital<br>Women's Pavilion<br>687 Pine Avenue West<br>Montreal, Quebec<br>H3A 1A1 |
| 10/94 - Present | University Hospital<br>Department of Obstetrics and Gynecology<br>150 Bergen Street<br>Newark, NJ |

Alan Brian Little, M.D.

## BIBLIOGRAPHY

20.   ARTICLES

1.     Little B:  The responsibility of the teaching hospitals to practicing obstetricians, Bull. Mat. Welfare 3:21-24, 1956.

2.     Little B, and Rossi E:  Production of Porter Silber reactive material by human placenta incubated in vitro, Endocrinology 61:109-111, 1957.

3.     Tenney B Jr, Little B, and Wamsteker E:  Septic abortion, New England J. Med. 257:1022-1025, 1957.

4.     Little B, Vance VK, and Rossi E:  Plasma 17-hydroxy-corticosteroid in patients with abnormal glucose tolerance during pregnancy, J. Clin. Endocrinol. Metab. 18:49-53, 1958.

5.     Little B, Smith OW, Jessiman A, Selenkow H, Van't Hoff W, Eglin J, and Moore FD:  Hypophysectomy during pregnancy in a patient with cancer of the breast:  A case report with hormone studies, J. Clin. Endocrinol Metab. 18:425-443, 1958.

6.     Tenny B Jr,  and Little B:  Progress in Obstetrics, New England J. Med. 259:625-633, 1958.

7.     Little B, Dimartinis J, and Nyholm B:  The conversion of progesterone to $\Delta^4$-pregnene-20$\alpha$ol, 3-one by human placenta in vitro, Acta Endocrinol. 30:530-538, 1959.

8.     Tait J, Tait S, Little B, and Laumas K:  The disappearance of $^7$-H$^3$-d aldosterone in the plasma of normal subject, J. Clin. Invest. 40:72-80, 1961.

9.     Little B, and Shaw A:  The conversion of progesterone to 17$\alpha$-hydroxy-progesterone by human placenta in vitro, Acta Endocrinol. 36:455-461, 1961.

10.    Tait JF, Little B, Tait SAS, and Flood C:  The metabolic clearance rate of aldosterone in pregnant and non-pregnant subjects estimated by both single injection and constant infusion methods, J. Clin. Invest. 41:2093-2100, 1962.

Alan Brian Little, M.D.

11.   Tait JF, Little B, Tait SAS, Riondel A, Flood C, Joachim E and Gut M: Isotopic methods for steroids in human blood.  Atomlight (New England Nuclear Corp.), No. 28, p 2-8, May 1963 .

12.   Little B, Shaw A and Purdy R:  The conversion of progesterone to a 16α - hydroxypregn-4-ene-3, 20-dione and androst-4-ene-3, 17-dione by human placenta in vitro, Acta Endocrinol. 43:510-520, 1963.

13.   Riondel A, Tait JF, Gut M, Tait SAS, Joachim E, and Little B:  Estimation of testosterone in human peripheral blood testing using $S^{35}$-Thiosemicarbazide, J. Clin. Endocrinol. Metab. 23:620-628, 1963.

14.   Little B: The treatment of pre-eclampsia, In Current Concepts in Therapy, New England J. Med., 270:94-96, 1965.

15.   Little B, and Lincoln E:  Effect of estrogen, progesterone and testosterone on the incorporation of L-valine-1-$C^{14}$ into protein of the rat liver and uterus, Endocrinology 74:1-8, 1964.

16.   Little B, and Tenney B Jr:  Gynecologic infections at the Boston City Hospital, Am. J. Surg., 107:673-677, 1964.

17.   Purdy RH, Halla M, and Little B:  20α -hydroxysteroid dehydrogenase activity a function of human placental 17β -hydroxysteroid dehydrogenase, Biochim. Biophys. Acta 89:557-560, 1964.

18.   Purdy RH, Halla M, and Little, B:  Biosynthesis of 4-$^{14}$C and 7 -$^3$H labelled 20α-hydroxypregn-4-ene-3-one and 7-$^3$H 3α, 20α -dihydroxypregn-5-ene, Steroids 4:625-633, 1964 (Nov.)

19.   Little B, and Ingbar S:  A comparison of volumes and clearances between thyroid and steroid hormones, Proc. International Congress of Endocrinology, London, Excerpta Medica International Congress Series No. 83, p. 230-239 (1964).

20.   Tait JF, Bougas J, Little B, Tait SAS, and Flood C: The splanchnic extraction and clearance of aldosterone in subjects with minimal and marked cardiac dysfunction, J. Clin. Endocrinol. Metab. 25:219-228, 1965 (Feb.).

Alan Brian Little, M.D.

21.    Riondel A, Tait JF, Tait SAS, Gut M, and Little B:  Estimation of progesterone
       in human peripheral blood using $^{35}$S-Thiosemicarbazide, J. Clin. Endocrinol.
       Metab. 25:229-242, 1965 (Feb.).

22.    Little B:  Water and electrolyte balance during pregnancy, Anesthesiology
       26:400-408, 1965.

23.    Desai RG, McCutcheon E, Little B, Driscoll SG:  Fetomaternal passage of
       leukocytes and platelets in erythroblastosis fetalis, Blood 27:858-862, 1966.

24.    Little B, McCutcheon E, and DesForges J:  Amniocentesis and intrauterine
       transfusion in Rh sensitized pregnancy, New Eng. J. Med. 274:332-335,
       1966.

25.    Little B, Tait JF, Tait SAS and Erlenmeyer F:  The metabolic clearance rate of
       progesterone in males and ovariectomized females, J. Clin. Invest. 45:901-
       912, 1966.

26.    Billiar RB, and Little B:  The substitution of placental "mitochondrial" extracts
       for adrenal "mitochondrial" factors in steroid 11β -hydroxylation, Biochim.
       Biophys. Acta 122:122:559-563, 1966.

27.    Little B:  Advances in obstetrics and gynaecology, The Practitioner (London)
       197:428-434, 1966.

28.    Streiff RR and Little B:  Folic acid deficiency in pregnancy, New Eng. J. Med.
       276:776-779, 1967.

29.    McCutcheon E and Little B:  Amniotic fluid evaluation and the management of
       erythroblastosis fetalis, Am. J. Obstet. Gynecol. 98:266-274, 1967.

30.    Hajdu SI, So-Bosita J, and Little B:  Epidermoid carcinoma of the cervix in a
       young girl, Am. J. Obstet. Gynecol. 100:1154-1155, 1968.

31.    Tait JF and Little B:  The metabolism of orally and intravenously administered
       labeled aldosterone in pregnant subjects, J. Clin. Invest. 47:2423-2429, 1968
       (Nov.).

32.    Yen SSC, Llerena O, Little B, and Pearson OH:  Disappearance rates of
       endogenous luteinizing hormone and chorionic gonadotropin in man, J. Clin.
       Endocrinol. Metab. 28:1763-1767, 1968 (Dec.).

17

Alan Brian Little, M.D.

33.    Billiar RB, Tanaka Y, Knappenberger M, Hernandez R, and Little B: Influence of transcortin and albumin on the rate of reduction of progesterone by human placental 20α-hydroxysteroid dehydrogenase, Endocrinology 84:1152-1160, 1969 (May).

34.    Little B and Billiar RB: Progesterone production, In Progress in Endocrinology, edited by C. Gual, Excerpta Medica Foundation, 1969, International Congress Series No. 194, pp. 871-879. (Proceedings of the Third International Congress of Endocrinology, Mexico City, 1968).

35.    Billiar RB, Kline IT, Heinsons AJ, Knappenberger MH, and Little B: The blood concentration and production rate $(P^1)$ of pregnenolone (Preg) in males, Program of the Fifty-First Meeting of the Endocrine Society, New York City, 1969, p. 38.

36.    Billiar RB and Little B: Isolation of placental and liver "mitochondrial" fractions which support steroid 11β-hydroxylation, Biochim. Biophys. Acta 187:243-249, 1969.

37.    Billiar RB, Knappenberger M, and Little B: Xanthine oxidase for calibration of the oxygen electrode apparatus, Analytical Biochemistry 36:101-104, 1970 (July).

38.    Little B: George Van S and Olive Watkins Smith and the Free Hospital for Women, Brookline, Massachusetts, Obstet. Gynec. Survey 25:631-648, 1970 (July).

39.    Billiar RB and Little B: Albumin stimulation and fatty acid inhibition of placental 20α-hydroxysteroid dehydrogenase, Endocrinology 88:263-267, 1971.

40.    Billiar RB, Alousi MA, Knappenberger MH and Little B: Distribution of cholesterol side-chain cleavage and 11β-hydroxylase in the mitochondria of bovine adrenal cortex: Released by phospholipase A, Arch. Biochem. Biophys. 144:30-50, 1971.

41.    Little B and Weed LL: The scope and potential of outpatient care in obstetrics and gynecology, J. Reprod. Med. 7:127-132, 1971.

42.    Little B, Billiar RB, Halla M, Heinsons A, Jassani M, Kline IT, and Purdy RH: Pregnenolone production in pregnancy, Am. J. Obstet. Gynecol. 111:505-514, 1971.

18

Alan Brian Little, M.D.

43.    Little B, Chang T, Chucot L, Dill WA, Enrile LL, Glazko AJ, Jassani M, Kretchmer H, and Sweet AY:  Study of Ketamine as an obstetric anesthetic agent, Am. J. Obstet. Gynecol. 113:247-260, 1972.

44.    Lin TJ, Lin SC, Erlenmeyer F, Kline IT, Underwood R, Billiar RB, and Little B:  Progesterone production rates during the third trimester of pregnancy in normal women, diabetic women and women with abnormal glucose tolerance, J. Clin. Endocrinol. 34:287-297, 1972.

45.    Lin TJ, Billiar RB, and Little B:  Metabolic clearance rate of progesterone in the menstrual cycle, J. Clin. Endocrinol. 35:879-886, 1972.

46.    Palomaki JF and Little B:  Surgical management of abortion, New Eng. J. Med. 287:752-, 1972.

47.    Little B, Billiar RB, Bougas J, and Tait JF:  The splanchnic clearance rate of progesterone in patients with cardiac disease, J. Clin. Endocrinol. Metab. 36:1222-1229, 1973.

48.    Lin TJ, Tanaka Y, Aznar R, Lin SC, Yamasaki Y, Hori S, Brar HK, Kirton KT, and Little B:  Contraceptive effect of intrauterine application of Lugol's solution, Am. J. Obstet. Gynecol. 116:167-174, 1973.

49.    Selim MA, So-Bosita JL, Blair OM, and Little B:  Cervical biopsy versus conization, Obstet. Gynecol. 41:177-182, 1973.

50.    Billiar RB, Lin TJ, and Little B:  Metabolic clearance rate and production rate of 20α -hydroxypregn-4-ene-3-one in the menstrual cycle, Gynecol. Invest. 4:148-154, 1973.

51.    Billiar RB, Jassani M, Saarikoski S, and Little B:  Pregnenolone and pregnenolone sulfate metabolism in vivo and uterine extraction at midgestation, J. Clin. Endocrinol. Metab. 39:27-35, 1974.

52.    Booher D and Little B:  Current concepts:  Vaginal hemorrhage in pregnancy, New Eng. Med. 290:611-613, 1974.

53.    Selim MA, So-Bosita JL, Little B, and Topolnicki W:  Carcinoma of the cervix: Clinical experience during a 10-year period 1958-1967, Obstet. Gynecol. 44:77-83, 1974.

19

Alan Brian Little, M.D.

54. Billiar RB, Jassani M, and Little B:  The metabolic clearance rate and uterine extraction of progesterone at midgestation, Endocr. Res. Commun. 1:339-345, 1974.

55. Billiar RB, Jassani M, and Little B:  Estrogen and the metabolism of progesterone in vivo, Am. J. Obstet. Gynecol. 121:877-884, 1975.

56. Rahman SS, Billiar RB, and Little B:  Induction of uteroglobin in rabbits by progestogens, estradiol-17β and ACTH, Biol. Reprod. 12:305-314, 1975.

57. Billiar RB, Little B, Kline IT, Reier P, Takaoka Y, and White RJ: The metabolic clearance rate, head and brain extractions, and brain distribution and metabolism of progesterone in the anesthetized, female monkey, Brain Research 94:99-113, 1975.

58. Little B, Billiar RB, Rahman SS, Johnson WA, Takaoka Y, and White RJ:  In vivo aspects of progesterone distribution and metabolism, Am. J. Obstet. Gynecol.d 123(5):527-534, 1975.

59. Rahman SS, Billiar RB, and Little B:  The plasma level of 5α -DHP and the induction of uteroglobin in ovariectomized rabbits, Biol. Reprod. 1:416-420, 1976.

60. Johnson WA, Billiar RB, Rahman SS, and Little B:  The head extractions, brain and pituitary uptake and metabolism of progesterone and 5α-dihydroprogesterone in anesthetized, female rabbits, Brain Research 111:147-155, 1976.

61. Johnson WA, Billiar RB, and Little B:   Progesterone and 5α -reduced metabolites:   facilitation of lordosis behavior and brain uptake in female hamster, Behav. Biol. 18:489-497, 1976.

62. Gyves MT, Rodman HM, Little B, Fanaroff AA, and Merkatz IR:  A modern approach to management of pregnant diabetics:   A two year analysis of perinatal outcomes, Am. J. Obstet. Gynecol. 128: 606-616, 1977.

63. Rahman SS, Billiar RB, and Little B:  In vivo uterine metabolism of progesterone and 5 -pregnane-3,20-dione during the synthesis and release of uteroglobin in ovariectomized, steroid treated rabbit.   Endocrinology 102: 1901-1908, 1978.

20

Alan Brian Little, M.D.

64.    Takaoka Y, White R, Billiar RB, and Little B:  Regional arterial blood flow in the primate pituitary gland, Surgical Forum, Vol. XXVIII, 1977.

65.    Rahman SS, Billiar RB, Miguel R, Johnson W, and Little B:  The metabolic clearance rate, the brain extraction and distribution and the uterine extraction and retention of progesterone and R 5020 in estrogen treated ovariectomized rabbits. Endocrinology 101: 464-468, 1977.

66.    Mahajan DK, Billiar RB, Jassani M, and Little B:  Ethinyl estradiol administration and plasma steroid concentrations in ovariectomized women. Am. J. Obstet. Gynecol. 130: 398-402, 1978.

67.    Mahajan DK and Little B:  Specific cortisol binding protein in porcine follicular fluid. Biol. Reprod. 17:834-842, 1978.

68.    Billiar RB, Rahman SS, and Little B:  The metabolic clearance rate and uterine metabolism and retention of progesterone and 20α -hydroxypregn- 4-ene-3-one during the secretion of uteroglobin in ovariectomized steroid-treated rabbits. Endocrinology 103: 990-996, 1978.

69.    Little B:  Endocrinologic aspects of oral contraception.  J. Reprod. Med. 21:247-250 (Supplement), 1978.

70.    Little B, Billiar RB, Longcope C, and Jassani M:  Uterine metabolism of gonadal steroids during the menstrual cycle. Am. J. Obstet. Gynecol. 135:957-964, 1979.

71.    Mahajan DK, Billiar RB, and Little B:  Isolation of cortisol binding globulin (CBG) from porcine follicular fluid by affinity chromatography. J. Steroid Biochem. 13:67-71, 1980.

72.    Goldfarb J and Little B:  Current concepts:  Abnormal vaginal bleeding. New Eng. J. Med. 302:666-669, 1980.

73.    Garris DR, Billiar RB, Takaoka Y, White RJ, and Little B:  In situ estradiol and progestin (R5020) localization in the vascularly separated and isolated hypothalamus of the rhesus monkey.  Neuroendocrinology 32:202-208, 1981.

Alan Brian Little, M.D.

74.   Billiar RB, Takaoka Y, Reddy PS, Hess DL, Longcope C, and Little B: Specific tissue metabolism of progesterone in vivo in the anesthetized female rhesus monkey during the follicular and luteal phase of the menstrual cycle. Endocrinol. 108:1643-1648, 1981.

75.   Longcope C, Billiar RB, Takaoka Y, Reddy SP, Hess D, and Little B: Tissue metabolism of estrogens in the female rhesus monkey. Endocrinol. 109:392-396, 1981.

76.   Rahman S, Billiar RB, and Little B: Studies of the decline of uteroglobin synthesis and secretion in the rabbit uterus during the continued presence of circulating progesterone. Endocrinol. 108:2222-2227, 1981.

77.   Billiar RB, Takaoka Y, Johnson W, White RJ, and Little B: In situ subcellular distribution and metabolism of progesterone estradiol and androstenedione in the vascularly separated and isolated hypothalamus of the female rhesus monkey. Neuroendocrinology 32:355-363, 1981

78.   Rahman SS, Billiar RB, and Little B: The effect of implantation on the induction and synthesis of uteroglobin in the rabbit. Proc. Soc. Exptl. Biol. Med. 170:75-77, 1982.

79.   Garris DR, Billiar RB, Takaoka Y, White R, and Little B: Autoradiographic analysis of progestin-concentrating cells in the isolated rhesus monkey hypothalamus. Neuroendocrinology 35:388-395, 1982.

80.   Mahajan DK, Anderson G, Pool K, Billiar RB, and Little B: Changes in the concentration of 17$\alpha$, 20$\alpha$-dihydroxypregn-4-ene-3-one during pregnancy, labor and delivery, and the Effect of dexamethasone treatment during the third trimester of pregnancy. J. Clin. Endocrin. Metab. 57:585-591, 1983.

81.   Longcope C, Billiar RB, Takaoka Y, Reddy SP, Richardson D, and Little B: Tissue sites or aromatization in the female rhesus monkey. Endocrinology 113:1679-1682, 1983.

82.   Garris DR, Billiar RB, Takaoka Y, White R, and Little B: Simultaneous autoradiographic localization of estradiol- and progesterone- concentrating neurons in the isolated rhesus monkey hypothalamus. Neuroscience Letters 37:149-154, 1983.

Alan Brian Little, M.D.

83.    Billiar RB, Richardson D, Anderson E, Mahajan D, and Little B:  The effect of chronic and acyclic elevation of circulating androstenedione or estrone concentrations on ovarian function in the rhesus monkey. Endocrinology 116:2209-2220, 1985.

84.    Little B:  Gynecology and Obstetrics: What's new in surgery?  Bulletin of the American College of Surgeons, vol. 71, no. 1, pg. 14-18, January 1986.

85.    Avery ME, Aylward G, Creasy R, Little B, and Stripp B:  Update on prenatal steroid for prevention of respiratory distress.  Report on a conference, September 26-28, 1985.  Am. J. Obs. Gynecol. 155:2-5, 1986. Collaborative group on antenatal steroid therapy.  Effect of antenatal dexamethasone administration on the prevention of respiratory distress syndrome. Am. J. Obs. Gynecol. 141:276-287, 1981.  Collaborative group on antenatal steroid therapy.  Effect of antenatal dexamethasone administration in the infant: long-term follow-up. J. Pediatr 104:259, 1984.

86.    Anderson E, Little B, and Lee G:  Androgen-induced changes in rat ovarian granulosa cells in vitro.  Tissue and Cell, 19(2):217-234, 1987.

87.    Billiar RB, Richardson D, Schwartz R, Posner B, and Little B:  Effect of chronically elevated androgen or estrogen on the glucose tolerance test and insulin response in female rhesus monkeys. Am. J. Obs. Gynecol. 157:1297-1302, 1987.

88.    Little B:  There's many a slip 'twixt implantation and the crib.  New Eng. J. Med. 319:241-242, 1988 (editorial).

89.    Little B:  The sin of pride.  Research in Obstetrics and Gynecology, Am. J. Obstet. Gynecol. 160:771-781, 1989 (Presidential address).

90.    Billiar R, Richardson DW, and Little B:  Escape from chronic strogenic suppression of ovarian function in the adult rhesus monkey: Evidence for changing sensitivity of gonadotropin secretion to estrogen inhibition. Endocrinology 124:2373-2382, 1989.

91.    Little B:  Why can't a woman be more like a man?  New Eng. J. Med. 323:1064-1065, 1990 (Editorial).

Alan Brian Little, M.D.

92.    Billiar RB, Richardson DW, and Little B:  Reduced serum inhibin concentrations during ovulatory cycles of estrogen-treated rhesus monkeys:  An indication of FSH bioactivity Endocrinology 128:1-5, 1991.

93.    Falcone T, Little B, and Morris D:  Impaired glucose effectiveness in patients with polycystic ovary syndrome.  Human Reproduction 7:922-925, 1992.

21.    BOOKS, MONOGRAPHS AND CHAPTERS (authored)

1.    Tenney B Jr and Little B:  Clinical Obstetrics, W. B. Saunders Co., Philadelphia, 1961.

2.    Little B and Tenney B Jr:  The incompetent cervical os, Clin. Obstet. Gynecol. W. Lang, ed., 6:403-412, 1963.

3.    Tait JF, Little B, Tait SAS, Black WP, Riondel A, and Gut M:  Some aspects of steroid dynamics, Hormonal Steroids I.  Proceedings of the First International Congress on Hormonal Steroids, Ed. L. Martini and Pecile, Academic Press, New York, 1964, p. 81.

4.    Bougas J, Flood C, Little B, Tait JF, Tait SAS, and Underwood R:  Dynamic aspects of aldosterone metabolism, In Aldosterone:  Symposium organized by the Council for International Organizations of Medical Sciences, Chairman RS Mach, Edited by EE Baulieu and P Robel, Blackwell Scientific Publications, Oxford, 1965, p. 24.

5.    Little, B:  Hemorrhage in late pregnancy, In Current Therapy, HF Conn, Ed., W.B. Saunders, Philadelphia, 1965, p. 626-631.

6.    Little B:  Intrauterine infections in obstetrics, In Advances in Obstetrics and Gynecology, Vol. 1, Edited by Stewart Marcus and Cyril Marcus, Baltimore, Williams and Wilkins Co., 1967.

7.    Little B:  Amniotic fluid in the Rh-sensitized patient, In The Water Metabolism of the fetus, A.C. Barnes and A.E. Seeds, Eds., Charles C. Thomas, Springfield, IL, 1972, Chapter 6, p. 94-130.

8.    Palomaki JF and Little B:  Hypertensive disorders of pregnancy, In Current Therapy 1972, H.F. Conn, Ed., W.B. Saunders, Philadelphia, 1973, p. 761-763.

Alan Brian Little, M.D.

9.     Little B, Billiar RB, Jassani M, Kline IT, Lin TJ, and Schnatz P:  Dynamic studies of progesterone secretion, In Endocrinology, Proceedings of the Fourth International Congress of Endocrinology (1972), R.O. Scow, Ed., F.J.G. Ebling and I.W. Henderson, Co-Eds, Excerpta Medica International Congress Series No. 273, 1973, p. 864-869.

10.    Merkatz IR, Aladjem S, and Little B:  The value of biochemical estimations on amniotic fluid in the management of high-risk pregnancy, Clinics in Perinatology, W.B. Saunders Co, 301-319, 1974 (Sept.).

11.    Little B, Billiar RB:  Progestagens.  In Endocrinology of Pregnancy, Third Edition, Editors: Fritz Fuchs and Arnold Klopper, Harper & Row, Publishers, Inc. 1983, p 92.

12.    Anderson E and Little B:  The ontogeny of the rat granulosa cell, in proceedings of the fifth ovarian workshop, D.O. Toft and R.J. Ryan, eds. Champaign, Ovarian Workshops, 1985, 203-225.

13.    Little B and Boyd ME:  Abnormal uterine bleeding.  In: Current therapy in emergency Medicine, edited by Callahan, M.L., B.C. Decker, Inc., 1987, p. 664-666.

14.    Anderson E, Selig M. Lee G, and Little B:  Androgen-induced changes in ovarian granulosa cells from immature rats in vitro.  In: Regulation of ovarian and testicular function, 1987, eds. Mahesh, VB, Dhindsa DS, Anderson E, and S.P. Kalra (Advances in experimental medicine and biology, vol. 219), Plenum Press, New York p. 259.-274.

15.    Tulchinsky D and Little, B: Maternal and fetal endocrinology.  W. B. Saunders, Philadelphia, PA, 1994.

16.    McGovern P and Little B: Dysfunctional Uterine Bleeding. 5th ed (in print).

ABSTRACTS

1.     Layne DS, Little B, Meyer CJ, Tait J, and Tait S:  The turnover rate, distribution, and plasma binding of aldosterone in pregnancy, Program of 43rd Meeting, The Endocrine Society, 1961, p. 16 abstract.

25

Alan Brian Little, M.D.

2.  Little B, Tait JF, Black WP, and Tait SAS:  The secretion rate and metabolic clearance rate of progesterone 7-$H^3$ in men and ovariectomized women, Program of the 44th Meeting, The Endocrine Society, June 1962, p. 17.

3.  Billiar RB and Little B:  Placental "mitochondrial" factors and steroid hydroxylation, Third International Congress of Endocrinology, Mexico City, 1968, Excerpta Medica International Congress Series, No. 157 (abstract no. 491, p. 197).

4.  Billiar RB, Knappenberger M, Young J, and Little B:  Submitochondrial distribution of steroid 11β -hydroxylase and cholesterol side-chain cleavage in adrenal cortical mitochondria, Third International Congress of Hormonal Steroids, Hamburg, Germany, 1970, Excerpta Medica International Congress Series No. 210, p. 109.

5.  Little B, Tait JF, Tait SAS, and Erlenmeyer F:  Progesterone clearance in non-pregnant and pregnant subjects, 2nd International Congress on hormonal Steroids, Milan, 1966, Excerpta Medica International Series No. 11, No. 240, (abstract).

6.  Little B, Lin TJ, and Billiar RB:  The metabolic clearance rate of progesterone in the menstrual cycle and per cent interconversion to 20 -dihydroprogesterone, Third International Congress on Hormonal Steroids, Hamburg, Germany, 1970, Excerpta Medica International Congress Series No. 210, p. 211-212.

7.  Lin TJ, Jassani M, Kline IT, Billiar RB, and Little B:  Repeated metabolic clearance (MCR) and production rates (P') of progesterone (Prog) in the same menstrual cycle, The Endocrine Society, Program of the Fifty-Third Meeting, San Francisco, June 1971 (Abstract No. 357).

8.  Billiar RB, Jassani M, Saarikoski S, and Little B:  Uterine extraction of progesterone (P), pregnenolone (Pr) and pregnenolone sulfate (PrS) in midgestation, The Endocrine Society, Program of the Fifty-Fifth Meeting, Chicago, June 1973. (Abstract No. 254).

9.  Rahman SS, Billiar RB, and Little B:  A competitive protein-binding assay of 5-Pregnane-3,20-dione in plasma, Gynecologic Investigation 6:22, 1975

26

Alan Brian Little, M.D.

10.   Mahajan DK, Vasilenko P, and Libble B:  Proteins Synthesized and secreted by porcine granulosa cells.  Satellite symposium - 7th International Congress of Endocrinology.  Published in proceedings of this Satellite Symposium.

11.   Billiar RB, Richardson B, Mahajan, and Little B:    Androstenedione and anovulation in the rhesus monkey.   Thirty-first meeting of the Society for Gynecologic Investigation.  San Francisco, 1984.

12.   Mahajan DK, Murray FA, and Little B:  Concentration of steroids in peripheral, ovarian venous and perifollicular bloods and follicular fluid of gilts.  Second International Conference on Pig Reproduction. Columbia, Missouri, 1985.

23.   REVIEWS:

None

24.   REPORTS:

None

Alan Brian Little, M.D.

## ADDENDUM

Little B, Hamilton E, Quillen E, Watkin K, Nuwayhid B, and Stripp B:  The novel perplexity of perinatal research and its support. (Submitted for publication - Journal of Reproductive Medicine).

## VISITING LECTURESHIPS

1996 Semmelweis Lecturer for Nurse Midwifery Management
     Abescon, NJ

1995 University of Chicago - Visiting Lecturer
     Chicago, IL

1994 Lecturer - Semmelweis Annual Conference
     Atlantic City, NJ

1993 UMDNJ - Visiting Lecturer
     Newark, NJ

1992 Baker Channing Society Lecturer
     Boston, MA

     Leon Steiner McGoogan Lecturer
     Omaha, NE

1991 Women's Medical Society
     Montreal, Quebec

     Visiting Professor
     Cleveland, OH

1990 Visiting Professor
     Grand Rounds - Yale University
     New Haven, CT

     Visiting Professor
     Grand Rounds - Hutzel Hospital
     Detroit, MI

28

Alan Brian Little, M.D.

1989  Visiting Professor
       Endocrine Guest Lecture Series
       Worcester, MA

1987  Workshop
       Medical College of Georgia
       Augusta, Georgia

       Columbia University
       New York, NY

       Long Island Jewish Medical Center &
       North Shore University Hospital
       New York, NY

       Tenth Annual APPO Medicine Update
       Cleveland, OH

       Kenneth Beezer Memorial Lecture
       Providence, RI
       SUNYB/Millard Fillmore Hospitals
       New York, NY

1986  American College of Surgeons
       Postgraduate Course
       New Orleans, LA

       Montefiore Hospital
       Bronx, NY

       Postgraduate Course
       College of Physicians & Surgeons
       Columbia-Presbyterian University
       New York

       George W. Mitchell Memorial Lecturer
       Tuft University School of Medicine
       Boston, MA

       University of Chicago
       Chicago, IL

29

Alan Brian Little, M.D.

North York General Hospital
Toronto, Ontario

1985 36th Annual Holmes Lecturer
Chicago Gynecological Society
Chicago, IL

1983 Maine General Hospital
Portland, ME

1982 Obstetrical Society of Boston
University of Massachusetts Medical Center
Boston, MA

Cleveland Metropolitan General Hospital
Cleveland, OH

American Fertility Society
Postgraduate Course
Buena Vista, FL

Fairview General Hospital
Cleveland, OH

1981 William E. Studdiford Memorial Lecturer
New York University School of Medicine
New York, NY

Michael Reese Hospital
Chicago, IL

St. Alexis Hospital
Cleveland, OH

Chicago Lying-In Hospital
Chicago, IL

Dayton Ob/Gyn Society

Fairview General Hospital
Cleveland, OH

30

Alan Brian Little, M.D.

1990  New York Hospital
      Cornell Medical Center
      New York, NU

      Cleveland Ob/Gyn Society
      Cleveland, OH

      St. Joseph Hospital
      Chicago, IL

      Ob/Gyn Symposium
      Jackson Hole

      Loyola University Medical Center
      Chicago, IL

      Mt. Sinai Hospital
      Cleveland, OH

1979  West Virginia University Medical Center

      James Platt White Lecturer
      Buffalo Obstetrical and Gynecological Society

      Indiana University Medical Center
      Indianapolis, IN

      Daniel McSweeney Lecturer
      Tufts Medical School
      Boston, MA

31

# CV OF

# EUGENE D. ALBRECHT, PH.D.

# CURRICULUM VITAE

## EUGENE D. ALBRECHT, PH.D.

**I    PERSONAL DATA**

Address

Business - Department of Obstetrics, Gynecology and
Reproductive Sciences
University of Maryland School of Medicine
Bressler Research Laboratories, 11-017
Baltimore, Maryland 21201
Telephone (410) 706-3391
Fax (410) 706-5747
E-mail <ealbrech@umaryland.edu>

Residence - 3771 Old Columbia Pike
Ellicott City, Maryland  21043
Telephone (410) 461-2508

Birthplace

Bridgeport, Connecticut

Birthdate

February 1, 1943

Marital Status

Wife - Janet
Children - Christopher and Steven

**II    EDUCATION**

1965

<u>B.S.</u> - Department of Zoology
University of Vermont, Burlington, Vermont
Major in Zoology, Minor in Chemistry
Academic Scholarships:  1960, 1964, 1965

1967

<u>M.S.</u> - Department of Zoology
University of Vermont, Burlington, Vermont
M.S. in Reproductive Endocrinology

1972

<u>Ph.D.</u> - Department of Zoology
Rutgers University, New Brunswick, New Jersey
Ph.D. in Reproductive Endocrinology

1974-78

<u>Senior Staff Fellowship</u> - Pregnancy Research Branch,
NICHD, National Institutes of Health
Bethesda, Maryland

## III    FACULTY AND RESEARCH POSITIONS

1972-74          Assistant Professor
                     Department of Biological Sciences
                     Purdue University, Fort Wayne, Indiana

1974-78          Senior Staff Fellow
                     Pregnancy Research Branch, NICHD, National Institutes
                     of Health, Bethesda, Maryland

1978-81          Assistant Professor
1981-86          Associate Professor
1986-present     Professor
                     Department of Obstetrics, Gynecology and
                     Reproductive Sciences and
                     Department of Physiology, University of Maryland
                     School of Medicine, Baltimore, Maryland

Research Program
    Maternal-Fetal-Placental Development in the Primate
    Uterine Endometrial Development in the Primate

Teaching
    MPHY 612, Physiology of Reproduction (course director)
    MPHY 501, Medical Physiology (endocrine section)
    DBIC 612, Biochemical Endocrinology

Graduate Program
    Major advisor to predoctoral and postdoctoral students
    Director of Graduate Program in Reproductive Biology

| Predoctoral Students | | Current Positions |
|---|---|---|
| Robert Koos | 1973-75 | Professor, University of Maryland |
| William Wehrenberg | 1973-75 | Dean, College of Life Sciences, Clemson University |
| Jane Jackson | 1981-86 | Senior Research Scientist, University of Illinois |
| Steven Bassett | 1985-89 | Associate Professor, Seton Hill College |
| Randall Grimes | 1985-89 | Research Associate, University of Maryland |
| Safia Baggia | 1985-90 | Research Associate, Oregon Health Sciences University |
| Maria Leavitt | 1994-97 | Research Associate, NIH |
| Graham Aberdeen | 1991-98 | Postdoctoral Fellow, University of Maryland School of Medicine |
| Victoria Hildebrandt | 1996-present | Current Ph.D. student |
| April Handy | 1999-present | Current Ph.D. student |

| Postdoctoral Fellows | | |
|---|---|---|
| Michael Henson | 1984-89 | Associate Professor, Tulane University |

2

| Margaret Walker | 1985-87 | Associate Professor, Towson State University |
| Audrey Redmond | 1983-86 | Assistant Professor, Southern Illinois University |
| Brendan Waddell | 1985-89 | Senior Lecturer, University Western Australia |
| Kathie Berghorn | 1988-92 | Research Associate, Cornell University |
| Dennis Putney | 1989-91 | Research Associate, University of Maryland |
| William Zollers, Jr. | 1991-94 | Research Scientist, Ivy Laboratories, Kansas |
| Biljana Musicki | 1994-1997 | Assistant Professor, Michigan State University |
| David Burleigh | 1997-present | Current Postdoctoral Fellow |
| Graham Aberdeen | 1998-present | Current Postdoctoral Fellow |
| Andrea Niklaus | 1999-present | Current Postdoctoral Fellow |

## IV    ADMINISTRATIVE POSITIONS

1987-88    Acting Director, Central Animal Facility
           University of Maryland School of Medicine

1978-present    Director, Division of Perinatal Research
                Department of Obstetrics/Gynecology and Reproductive Sciences
                University of Maryland School of Medicine

1986-92    Associate Director, Center for Studies in Reproduction
           University of Maryland School of Medicine

1997-2000    Member, Board of Directors
             Society for the Study of Reproduction

1993-present    Director, Center for Studies in Reproduction
                University of Maryland School of Medicine

1993-present    Director, NICHD Training Program in Reproductive Biology
                Department of Physiology
                University of Maryland School of Medicine

1998-present    Director, NICHD Specialized Cooperative Centers Program in
                Reproduction Research
                University of Maryland School of Medicine

## V    COMMITTEES AND ADVISORY BOARDS
### National

1988    Member, Program Committee, Society for Gynecologic
        Investigation

1982-84    Member, Public Affairs Committee, Society for the
           Study of Reproduction

3

| 1986-present | Ad Hoc, Maternal and Child Health Research Committee and Population Research Committee National Institutes of Health, PHS, HHS |
| --- | --- |
| 1983-87 | Member, Physiological Sciences Study Section National Institutes of Health, PHS, HHS |
| 1988-90 | Member, Physiological Sciences Study Section National Institutes of Health, PHS, HHS |
| 1994 | Member, Task Force on Initiatives in Placental Growth and Function, NICHD, NIH |
| 1995 | Member, Program Committee, Society for the Study of Reproduction |
| 1992-96 | Member, Human Embryology and Development Study Section, National Institutes of Health, PHS, HHS |
| 1996 | Chairman, Program Committee, Society for the Study of Reproduction |
| 1998-present | Member, Directors of NIH NICHD Reproductive Sciences Research Centers |

University

| 1983-88 | Chairman, Animal Services Task Force University of Maryland at Baltimore |
| --- | --- |
| 1982-88 | Chairman, Institutional Animal Care and Use Committee University of Maryland School of Medicine |
| 1985 | Member, UMAB Accreditation Committee University of Maryland at Baltimore |
| 1996 | Coordinator, Maryland Charity Campaign of State Employees |
| 1997-present | Member, Promotions Committee Department of Ob/Gyn and Reproductive Sciences University of Maryland School of Medicine |

## VI    PROFESSIONAL SOCIETY MEMBERSHIPS

Endocrine Society

4

Society for the Study of Reproduction
Society for Gynecologic Investigation
Perinatal Research Society
Society for Experimental Biology and Medicine
Sigma Xi Society (Maryland Chapter)
Maryland Society for Medical Research
American Association for the Advancement of Science

## VII    EDITORIAL TASKS

| | |
|---|---|
| 1986-90 | Member, Editorial Board of Biology of Reproduction |
| 1983-present | Ad Hoc reviewer for Endocrinology, American Journal of Physiology, Journal of Clinical Endocrinology and Metabolism |
| 1994-present | Member, Editorial Board of Journal of the Society for Gynecologic Investigation |
| 1999-02 | Member, Editorial Board of Placenta |
| 1999-present | Member, Editorial Board of Steroids |
| 1999-present | Member, Editorial Board of Biology of Reproduction |

## VIII    INVITED LECTURES/SYMPOSIA

Chairman, Conference on Aging, Reproduction and the Climacteric,
NIH, Washington, DC, June, 1984

Speaker, Symposium on Perinatal Endocrinology,
Satellite Symposium of 67th Annual Meeting of the
Endocrine Society, Baltimore, MD, June 14-15, 1985

Invited Speaker, Reproductive Sciences and Endocrinology Laboratory,
University of Miami School of Medicine, Miami, FL, May 20, 1986

Keynote Speaker, 7th Annual Symposium, Center for Study of Reproduction,
McGill University, Montreal, P.Q., November 15-16, 1989

Guest Lecturer, Laboratory of Pregnancy and Newborn Research,
Cornell University, Ithaca, NY, December 5-6, 1989

Grand Rounds Speaker, Department of Ob/Gyn, Harbor Hospital Center,
Baltimore, MD, December 13, 1989

Guest Lecturer, Department of Medicine, College of Physicians
and Surgeons, Columbia University, New York, NY, November 2, 1990

Invited Speaker, Laboratory of Human Reproduction and Reproductive Biology,
Harvard Medical School, Boston, MA, May 28, 1991

Grand Rounds Speaker, Department of Ob/Gyn, Georgetown University
Medical Center, Washington, DC, November 13, 1991

Invited Speaker, Division of Reproductive Biology, Johns Hopkins
University, Baltimore, MD, December 18, 1991

Grand Rounds Speaker, Department of Ob/Gyn, Mercy Medical Center,
Baltimore, MD, October 7, 1992

Invited Speaker, MRC Group in Fetal and Neonatal Health and Development,
University of Western Ontario, London, Western Ontario, Canada, April 20, 1993

Invited Speaker, Laboratory of Pregnancy and Newborn Research,
Cornell University, Ithaca, NY, February 22-24, 1994

Chairman and Speaker, Workshop, "Primate Models for the Study of the Molecular
Regulation of Placental Hormone Biosynthesis," First International Meeting of World
Placenta Associations, Sydney, Australia, October 24-28, 1994

Invited Speaker, International Symposium, The Maternal-Placental-Fetal Dialogue,
Maui, Hawaii. February 1-3, 1996

Invited Speaker, Food and Drug Administration, DHHS, Rockville, MD, April 11, 1996

Invited Speaker, Department of Physiology, Bowman Gray School of Medicine, Winston-
Salem, NC, April 17-18, 1996

Chair, Symposium: Cellular Remodeling and Differentiation in the Reproductive System,
29th Annual Meeting of Society for the Study of Reproduction, London, Ontario,
Canada, July 27-30, 1996.

Grand Rounds Speaker, Department of Ob/Gyn and Reproductive Sciences, University of
Maryland School of Medicine, Baltimore, MD, September 20, 1996.

Chair and Speaker, Symposium: Fetal-Placental Dialogue in Regulating Differentiation of
the Decidua, Trophoblast, and Fetal Adrenal Gland, 44th Annual Meeting of
Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997.

Invited Speaker: "Novel Basic and Applied Approaches to Parturition Timing: Investigating the Fetal-Placental Clock," American College of Obstetricians and Gynecologists, Washington, DC, June 4, 1997.

Chair, Symposium: Hormonal Mechanisms of Parturition, 30th Annual Meeting of Society for the Study of Reproduction, Portland, OR, August 2-5, 1997.

Greenblatt Lecturer, 1997 Robert B. Greenblatt Lectureship, Department of Physiology and Endocrinology, Medical College of Georgia, Augusta, GA, November 9-10, 1997.

Chair, Session on Placenta, 45th Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 13, 1998.

Invited Speaker, Symposium on Fetal Signaling and Labor, 45th Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 14, 1998.

Invited Speaker, Women's Health Seminar Series, Department of Obstetrics and Gynecology, Ohio State University Medical Center, Columbus, OH, May 1, 1998.

Invited Speaker, 27th Annual Meeting of NICHD Reproductive Sciences Research Centers, University of North Carolina, Chapel Hill, NC, May 11-12, 1998.

Invited Speaker, Frontiers in Reproduction Research Symposium "Maternal-Fetal Issues and Differentiation," Marine Biological Laboratory, Woods Hole, MA, June 23-27, 1998.

Invited Speaker, Reproductive Biology and Hormone Action Symposium, Medical College of Georgia, Augusta, GA, October 2, 3, 1998.

Grand Rounds Speaker, Ob/Gyn and Reproductive Sciences, University of Maryland School of Medicine, Baltimore, MD, February 12, 1999.

Invited Lecturer, Molecular Endocrinology Course, Johns Hopkins University, Baltimore, MD, February 16, 1999.

Invited Speaker, Frontiers in Reproduction Research Symposium "Maternal-Fetal Issues and Differentiation," Marine Biological Laboratory, Woods Hole, MA, June 30-July 2, 1999.

## IX    HONORS AND AWARDS

| | |
|---|---|
| 1960-65 | Undergraduate academic scholarships, University of Vermont |
| 1971-72 | NDEA Predoctoral Research Fellowship, Rutgers University |
| 1977-78 | Secretary, Assembly of Scientists, NICHD, NIH |

1997         1997 Robert B. Greenblatt Lecturer, Department of Physiology and Endocrinology, Medical College of Georgia

## X   PEER-REVIEWED GRANT SUPPORT

1972         Rutgers University
            NDEA Pre-Doctoral Research Fellowship

1973-74         Purdue University
            Purdue Research Foundation XL Research Grant
            Sigma Xi Society Grant-in-Aid of Research
            Indiana Academy of Science Research Grant

1974-78         National Institutes of Health
            NIH Staff Fellowship

1979-82         National Institutes of Health
            National Institute on Aging
            "Ovarian Steroid Biosynthesis in Aged Pregnant Rats."
            Grant No. 1 R23 AGO1336
            E. Albrecht, Principal Investigator
            Project Period:  4/1/79-12/31/83
            Total Direct Costs:  $88,319.

1979-81         University of Maryland Pangborn Fund
            "Regulation of Progesterone Production in Human Pregnancy"
            ($1,000)
            "The Role of Estrogen in Functional Luteolysis in Baboons"
            ($1,000)

1980-84         National Institutes of Health, NICHD
            "Maternal-Fetal Steroid Regulation in Pregnant Baboons"
            Grant No. 1 R01 HD 13294-01
            E. Albrecht, Principal Investigator
            Project Period:  7/1/80-6/30/84
            Total Direct Costs:  $162,060.

1984-87         National Institutes of Health, NICHD
            "Maternal-Fetal Steroid Regulation in Pregnant Baboons"
            Grant No. 2 R01 HD 13294-04
            E. Albrecht, Principal Investigator
            Project Period:  7/1/84-6/30/87
            Total Direct Costs:  $640,773.

1984-89         National Institutes of Health
            NICHD Training Grant in Reproductive Biology

8

Grant No. 2 T32 HD 07170-06
Charles Barraclough, Principal Investigator
E. Albrecht, 15% Effort
Project Period: 7/1/84-6/30/89

1985-88
National Institutes of Health
NRSA to postdoctoral fellow Michael Henson
Grant No. 1 F32 HD 06832-01
Total Direct Costs: $63,996.

1986-89
National Institutes of Health
NRSA to postdoctoral fellow Margaret Walker
Grant No. 1 F32 HD 06903-01
Total Direct Costs: $74,000.

1987-92
National Institutes of Health, NICHD
"Maternal-Fetal Steroid Regulation in Pregnant Baboons"
Grant No. 2 R01 HD 13294-07-11
E. Albrecht, Principal Investigator
Project Period: 7/1/87-6/30/92
Total Direct Costs: $1,806,518.

1990-96
National Institutes of Health, NICHD
Training Program in Reproductive Biology
Grant No. 2 T32 HD 07170-11-15
E. Albrecht, Principal Investigator
Project Period: 7/1/90-6/30/96
Total Direct Costs: $665,633.

1992-97
National Institutes of Health, NICHD
"Maternal-Fetal Steroid Regulation in Pregnant Baboons"
Grant No. 2 R01 HD 13294-12-16
E. Albrecht, Principal Investigator
Project Period: 7/1/92-6/30/97
Total Direct Costs: $1,935,597.

1995-97
National Institutes of Health, NICHD
NRSA to postdoctoral fellow Biljana Musicki
Project Period: 12/15/95-8/15/97
Grant No. 1 F32 HD 08075-01
Total Direct Costs: $55,600.

1996-01
National Institutes of Health, NICHD
Training Program in Reproductive Biology
Grant No. 2 T32 HD 07170-16-20
Project Period: 7/1/96-6/30/01

9

Total Direct Costs: $702,250.

1997-01              National Institutes of Health, NICHD
                         "Regulation of Fetal-Placental Development in the Primate"
                         Grant No. 2 R01 HD 13294-17-20
                         Project Period: 7/1/97-6/30/01
                         Total Direct Costs: $2,577,329

1998-2003            National Institutes of Health, NICHD
                         Specialized Cooperative Centers Program in Reproduction Research
                         "A Multidisciplinary Program in Female Reproduction"
                         Grant No. 1 U54 HD 36207-01
                         Project Period: 04/01/98-03/31/03
                         Total Direct Costs: Approximately $2,652,938

10

# XI    REVIEWER ON NIH SPECIAL EMPHASIS PANELS AND ADVISORY COMMITTEES

06/24/86    NIH NICHD, Maternal and Child Health Research Committee, P01 Reviews, Bethesda, MD

09/29/88    NIH NICHD, Animal Resources Review Committee, P51 Site Visit, Wisconsin Regional Primate Research Center, Madison, WI

04/03/89    NIH NICHD, Special Emphasis Panel, RFA Reviews, Bethesda, MD

05/09/89    NIH NICHD, Special Emphasis Panel, P50 Site Visit, Department of Ob/Gyn, Columbia University, New York, NY

02/14/90    NIH NICHD, Special Emphasis Panel, P01 Site Visit, Department of Ob/Gyn, University of Massachusetts Medical Center, Worcester, MA

09/05/90    NIH NICHD, Population Research Committee, P50 Site Visit, Department of Medicine, UCLA Medical Center, Los Angeles, CA

11/29/90    NIH NICHD, Special Emphasis Panel, Bethesda, MD

05/01/91    NIH NICHD Population Research Committee, P01 Site Visit, Department of Ob/Gyn, University of Pennsylvania Medical Center, Philadelphia, PA

11/13/91    NIH NICHD, Population Research Committee, P50 Site Visit, Department of Pharmacology, University of Iowa College of Medicine, Iowa City, IO

02/20/97    NIH NICHD, Population Research Committee, P01, Site Visit, Department of Ob/Gyn, University of Pennsylvania Medical Center, Philadelphia, PA

11/07/97    NIH NICHD, Special Emphasis Panel, P01 Site Visit, University of Texas Southwestern Medical Center, Dallas, TX

11/20/97    NIH NICHD, Special Emphasis Panel, Metabolism Study Section, R01 Reviews, Bethesda, MD

02/09/98    NIH NICHD, Reproductive Biology Study Section, R01/R15 Reviews, Bethesda, MD

## XII   PUBLICATIONS

### FULL PAPERS

1. Chipman RK, Albrecht ED 1974 The relationship of the male preputial gland to the acceleration of oestrus in the laboratory mouse. Journal of Reproduction and Fertility 38:91-96.

2. Leathem JH, Albrecht ED 1974 Effect of age on testis $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase in the rat. Proceedings of the Society for Experimental Biology and Medicine 145:1212-1214.

3. Albrecht ED, Koos RD, Wehrenberg WB 1975 Ovarian $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase and cholesterol in the aged mouse during pregnancy. Biology of Reproduction 13:158-162.

4. Wehrenberg WB, Gottlieb SF, Albrecht ED 1976 Ageing and Ovarian $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase in the pregnant mouse. Journal of Endocrinology 70:183-187.

5. Albrecht ED, Townsley JD 1976 Serum progesterone in the pregnant baboon (*Papio papio*). Biology of Reproduction 14:610-612.

6. Albrecht ED, Townsley JD 1976 Metabolic clearance and production rates of progesterone in non-pregnant and pregnant baboons (*Papio papio*). Endocrinology 99:1291-1294.

7. Albrecht ED, Koos RD, Wehrenberg WB 1977 Ageing and adrenal $\Delta^5$-3$\beta$-hydroxy-steroid dehydrogenase in female mice. Journal of Endocrinology 73:193-194.

8. Albrecht ED, Koos RD, Gottlieb SF 1977 Pregnant mare serum and human chorionic gonadotropin stimulate ovarian $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase in aged mice. Fertility and Sterility 28:762-765.

9. Pepe GJ, Albrecht ED, Townsley JD 1977 Serum cortisol levels affect the metabolic clearance rate of progesterone in female baboons. Steroids 30:561-568.

10. Albrecht ED, Townsley JD 1978 Serum estradiol in mid and late gestation and estradiol/progesterone ratio in baboons near parturition. Biology of Reproduction 18:247-250.

11. Albrecht ED, Nightingale MS, Townsley JD 1978 Stress-induced decreases in serum concentration of progesterone in the pregnant baboon. Journal of Endocrinology 77:425-426.

12. Albrecht ED 1980 A role for estrogen in progesterone production during baboon pregnancy. American Journal of Obstetrics and Gynecology 136:569-574.

13. Pepe GJ, Albrecht ED 1980 The utilization of placental substrates for cortisol synthesis by the baboon fetus near term. Steroids 35:591-597.

14. Albrecht ED 1980 Prevention of cystic ovary induction in rabbits by aminoglutethimide. Acta Endocrinologica 94:242-245.

15. Albrecht ED, Haskins AL, Pepe GJ 1980 The influence of fetectomy at midgestation upon the serum concentrations of progesterone, estrone and estradiol in baboons. Endocrinology 107:766-770.

16. Albrecht ED 1981 Effect of aging and adrenocorticotropin on adrenal $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase activity in male rats. Experimental Aging Research 7:11-15.

17. Albrecht ED, Johnson DK, Pepe GJ 1981  Effect of maternal administration of theantiestrogen ethamoxytriphetol throughout the last third of baboon gestation upon neonatal corticoid production. Steroids 37:45-50.

12

18.  Albrecht ED, Haskins AL, Hodgen GD, Pepe GJ 1982 Luteal function in baboons with administration of the antiestrogen ethamoxytriphetol (MER-25) throughout the luteal phase of the menstrual cycle. Biology of Reproduction 25:451-477.

19.  Pepe GJ, Johnson DK, Albrecht ED 1982 The effects of estrogen on cortisol metabolism in female baboons. Steroids 39:471-479.

20.  Kneussl ES, Ances IG, Albrecht ED 1982 A specific cytosolic estrogen receptor in human term placenta. American Journal of Obstetrics and Gynecology 144:803-809.

21.  Albrecht ED, Pepe GJ 1984 Source and regulation of $17\alpha$-hydroxyprogesterone during baboon pregnancy. Biology of Reproduction 31:471-479.

22.  Albrecht ED 1984 Pregnancy in young and aged rats. I. Ovarian progesterone and $20\alpha$-hydroxypregn-4-en-3-one formation. Endocrinology 115:1418-1425.

23.  Pepe GJ, Albrecht ED 1984 Transuteroplacental metabolism of cortisol and cortisone during mid and late gestation in the baboon. Endocrinology 115:1946-1951.

24.  Albrecht ED, Pepe GJ 1984 Effect of the antiestrogen ethamoxytriphetol (MER-25) and luteectomy on serum progesterone concentrations in pregnant baboons. Endocrinology 115:1717-1721.

25.  Pepe GJ, Albrecht ED 1984 Comparison of cortisol-cortisone interconversion *in vitro* by the human and baboon placenta. Steroids 44:229-240.

26.  Albrecht ED, Pepe GJ 1985 The placenta remains functional following fetectomy in baboons. Endocrinology 116:843-845.

27.  Albrecht ED 1985 Pregnancy in young and aging rats. II. Peripheral serum progesterone concentrations. Biology of Reproduction 33:432-435.

28.  Jackson JA, Albrecht ED 1985 The development of placental androstenedione and testosterone production and their utilization by the ovary for aromatization to estrogen during rat pregnancy. Biology of Reproduction 33:451-457.

29.  Pepe GJ, Albrecht ED 1985 Regulation of baboon fetal adrenal androgen production by adrenocorticotropic hormone, prolactin, and growth hormone. Biology of Reproduction 33:545-550.

30.  Pepe GJ, Albrecht ED 1985 The effects of cortisone on the interconversion of cortisol and cortisone in the baboon. Journal of Steroid Biochemistry 23:275-278.

31.  Pepe GJ, Albrecht ED 1985 Prolactin stimulates adrenal androgen secretion in infant baboons. Endocrinology 117:1968-1973.

32.  Wunsch DM, Anderson LD, Pepe GJ, Albrecht ED 1986 Regulation of progesterone formation by human placental cells in vitro. Endocrinology 119:998-1003.

33.  Redmond AF, Albrecht ED, Pepe GJ 1986 Testosterone production by collagenase-dispersed cells from baboon fetal testis. Biology of Reproduction 35:371-376.

34.  Jackson JA, Albrecht ED 1986 Estrogen regulates placental androstenedione production during rat pregnancy. Endocrinology 119:1052-57.

35.  Pepe GJ, Albrecht ED 1987 Fetal regulation of transplacental cortisol-cortisone metabolism in the baboon. Endocrinology 120:2529-2533.

36.  Albrecht ED, Pepe GJ 1987 Effect of estrogen on dehydroepiandrosterone formation by baboon fetal adrenal cells *in vitro*. American Journal of Obstetrics and Gynecology 156:1275-1278.

37.  Walker ML, Pepe GJ, Garnett NL, Albrecht ED 1987 Effects of anesthetic agents on the adrenocortical system of female baboons. American Journal of Primatology 13:325-332.

38. Henson MC, Pepe GJ, Albrecht ED 1987 Transuterofetoplacental conversion of pregnenolone to progesterone in antiestrogen-treated baboons, Endocrinology 121:1265-1271.

39. Walker ML, Pepe GJ, Albrecht ED 1987 Changes in the pattern of androgen formation *in vitro* by the baboon fetal adrenal gland at mid- and late gestation. Biology of Reproduction 37:1192-1197.

40. Pepe GJ, Waddell BJ, Stahl SJ, Albrecht ED 1988 The regulation of transplacental cortisol-cortisone metabolism by estrogen in pregnant baboons. Endocrinology 122:78-83.

41. Waddell BJ, Albrecht ED, Pepe GJ 1988 Metabolism of cortisol and cortisone in the baboon fetus at midgestation. Endocrinology 122:84-88.

42. Walker ML, Pepe GJ, Albrecht ED 1988 Regulation of baboon fetal adrenal androgen formation by pituitary peptides at mid- and late gestation. Endocrinology 122:546-551.

43. Pepe GJ, Waddell BJ, Albrecht ED 1988 The effects of adrenocorticotropin and prolactin on adrenal dehydroepiandrosterone secretion in the baboon fetus. Endocrinology 122:646-650.

44. Henson MC, Babischkin JS, Pepe GJ, Albrecht ED 1988 Effect of the antiestrogen ethamoxytriphetol (MER-25) on placental low density lipoprotein uptake and degradation in baboons. Endocrinology 122:2019-2026.

45. Waddell BJ, Albrecht ED, Pepe GJ 1988 Effect of estrogen on the metabolism of cortisol and cortisone in the baboon fetus at midgestation. Biology of Reproduction 38:1006-1011.

46. Albrecht ED, Crenshaw MC, Jr, Pepe GJ 1989 The effect of estrogen on placental delivery after fetectomy in baboons. American Journal of Obstetrics and Gynecology 160:237-241.

47. Jackson JA, Butterstein GM, Albrecht ED 1989 The effect of estrogen on androstenedione production by rat placental cells *in vitro*. Biology of Reproduction 40:74-80.

48. Babischkin JS, Pepe GJ, Albrecht ED 1989 Regulation of progesterone biosynthesis by estrogen during baboon pregnancy:Placental mitochondrial cholesterol side-chain cleavage activity in antiestrogen (ethamoxytriphetol, MER-25)-treated baboons. Endocrinology 124:1638-1645.

49. Pepe GJ, Waddell BJ, Albrecht ED 1989 Effect of estrogen on pituitary peptide-induced dehydroepiandrosterone secretion in the baboon fetus at midgestation. Endocrinology 125:1519-1524.

50. Brodie AMH, Hammond JO, Ghosh M, Meyer K, Albrecht ED 1989 Effect of treatment with aromatase inhibitor 4-hydroxyandrostenedione on the nonhuman primate menstrual cycle. Cancer Research 49:4780-4784.

51. Baggia S, Albrecht ED, Pepe GJ 1990 Regulation of 11β-hydroxysteroid dehydrogenase activity in the baboon placenta by estrogen. Endocrinology 126:2742-2748.

52. Albrecht ED, Pepe GJ 1990 Placental steroid hormone biosynthesis in primate pregnancy. Endocrine Reviews 11:124-150.

53. Pepe GJ, Albrecht ED 1990 Regulation of the primate fetal adrenal cortex. Endocrine Reviews 11:151-176.

54. Albrecht ED, Henson MC, Walker ML, Pepe GJ 1990 Modulation of adrenocorticotropin-stimulated baboon fetal adrenal dehydroepiandrosterone formation *in vitro* by estrogen at mid- and late gestation. Endocrinology 126:3083-3088.

55. Baggia S, Albrecht ED, Babischkin JS, Pepe GJ 1990 Interconversion of cortisol and cortisone in baboon trophoblast and decidua cells in culture. Endocrinology 127:1735-1741.

56. Putney DJ, Pepe GJ, Albrecht ED 1990 Influence of the fetus and estrogen on serum concentrations and placental formation of insulin-like growth factor I during baboon pregnancy. Endocrinology 127:2400-2407.

57. Pepe GJ, Waddell BJ, Albrecht ED 1990 Activation of the baboon fetal hypothalamic-pituitary-adrenocortical axis at midgestation by estrogen-induced changes in placental corticosteroid metabolism. Endocrinology 127:3117-3123.

58. Albrecht ED, Henson MC, Pepe GJ 1991 Regulation of placental low density lipoprotein uptake in baboons by estrogen. Endocrinology 128:450-458.

59. Pepe GJ, Albrecht ED 1991 Activation of the baboon fetal pituitary-adrenocortical axis at midgestation by estrogen:Adrenal $\Delta^5$-3β-hydroxysteroid dehydrogenase and 17α-hydroxylase-17,20-lyase activity. Endocrinology 128:2395-2401.

60. Henson MC, Pepe GJ, Albrecht ED 1991 Regulation of placental low density lipoprotein uptake in baboons by estrogen:Dose-dependent effects of the antiestrogen ethamoxytriphetol (MER-25). Biology of Reproduction 45:43-48.

61. Berghorn KA, Albrecht ED, Pepe GJ 1991 Responsivity of the baboon fetal pituitary to corticotropin releasing hormone *in utero* at midgestation. Endocrinology 129:1424-1428.

62. Putney DJ, Henson MC, Pepe GJ, Albrecht ED 1991 Influence of the fetus and estrogen on maternal serum growth hormone, insulin-like growth factor-II and epidermal growth factor concentrations during baboon pregnancy. Endocrinology 129:3109-3117.

63. Waddell BJ, Albrecht ED, Pepe GJ 1992 Utilization of maternal and fetal androstenedione for placental estrogen production at mid and late baboon pregnancy. Journal of Steroid Biochemistry and Molecular Biology 41:171-178.

64. Henson MC, Pepe GJ, Albrecht ED 1992 Developmental increase in placental low density lipoprotein uptake during baboon pregnancy. Endocrinology 130:1698-1706.

65. Davies WA, Berghorn KA, Albrecht ED, Pepe GJ 1993 Developmental regulation of protein kinase A and protein kinase C activities in the baboon fetal adrenal. Endocrinology 132:2491-2497.

66. Pepe GJ, Waddell BJ, Sinosich MJ, Albrecht ED 1994 Influence of fetectomy on serum pregnancy-associated plasma protein-A concentrations in the baboon. Biology of Reproduction 50:442-448.

67. Pepe GJ, Davies WA, Albrecht ED 1994 Activation of the baboon fetal pituitary-adrenocortical axis at midgestation by estrogen: enhancement of fetal pituitary proopiomelanocortin messenger ribonucleic acid expression. Endocrinology 135:2581-2587.

68. Pepe GJ, Albrecht ED 1995 Actions of placental and fetal adrenal steroid hormones in primate pregnancy. Endocrine Reviews 16:608-648.

69. Berghorn KA, Albrecht ED, Pepe GJ 1995 Activation of the baboon fetal pituitary-adrenocortical axis at midgestation by estrogen: Responsivity of the fetal adrenal gland to adrenocorticotropic hormone *in vitro*. Biology of Reproduction 53:996-1002.

70. Albrecht ED, Pepe GJ 1995 Suppression of maternal adrenal dehydroepiandrosterone and dehydroepiandrosterone sulfate production by estrogen during baboon pregnancy. Journal of Clinical Endocrinology and Metabolism 80:3201-3208.

71. Albrecht ED, Babischkin JS, Koos RD, Pepe GJ 1995 Developmental increase in low density lipoprotein receptor messenger ribonucleic acid levels in placental syncytiotrophoblasts during baboon pregnancy. Endocrinology 136:5540-5546.

72. Albrecht ED, Aberdeen GW, Babischkin JS, Tilly JL, Pepe GJ 1996 Biphasic developmental expression of ACTH receptor messenger ribonucleic acid levels in the baboon fetal adrenal gland. Endocrinology 137:1292-1298.

73. Grimes RW, Pepe GJ, Albrecht ED 1996 Regulation of human placental trophoblast low-density lipoprotein uptake *in vitro* by estrogen. Journal of Clinical Endocrinology and Metabolism 81:2675-2679..

74. Pepe GJ, Jury HH, Hammond GL, Albrecht ED 1996 Developmental regulation of corticosteroid-binding globulin biosynthesis in the baboon fetus. Endocrinology 137:3323-3328.

75. Davies WA, Albrecht ED, Pepe GJ 1996 Hypothalamic corticotropin-releasing hormone expression in the baboon fetus at mid- and late gestation. Biology of Reproduction 55:559-566.

76. Waddell BJ, Pepe GJ, Albrecht ED 1996 Progesterone and 20$\alpha$-hydroxypregn-4-en-3-one (20$\alpha$-OHP) in the pregnant baboon: Selective placental secretion of 20$\alpha$-OHP into the fetal compartment. Biology of Reproduction 55:854-859.

77. Pepe GJ, Waddell BJ, Burch MG, Albrecht ED 1996 Interconversion of cortisol and cortisone in the baboon placenta at midgestation: Expression of 11$\beta$-hydroxysteroid dehydrogenase type 1 messenger RNA. Journal of Steroid Biochemistry and Molecular Biology 58:403-410.

78. Pepe GJ, Babischkin JS, Burch MG, Leavitt MG, Albrecht ED 1996 Developmental increase in expression of the messenger RNA and protein levels of 11$\beta$-hydroxysteroid dehydrogenase types 1 and 2 in the baboon placenta. Endocrinology 137:5678-5684.

79. Babischkin JS, Pepe GJ, Albrecht ED 1996 Developmental expression of placental trophoblast P-450 cholesterol side-chain cleavage, adrenodoxin, and $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase isomerase messenger ribonucleic acids during baboon pregnancy. Placenta 17:595-602.

80. McCarthy MM, Albrecht ED 1996 Steroid regulation of sexual behavior. Trends in Endocrinology and Metabolism 7:324-327.

81. Babischkin JS, Pepe GJ, Albrecht ED 1997 Estrogen regulation of placental P-450 cholesterol side-chain cleavage enzyme messenger ribonucleic acid levels and activity during baboon pregnancy. Endocrinology 138:452-459.

82. Babischkin JS, Grimes RW, Pepe GJ, Albrecht ED 1997 Estrogen stimulation of P-450 cholesterol side-chain cleavage activity in cultures of human placental syncytiotrophoblasts. Biology of Reproduction 56:272-278.

83. Billiar RB, Pepe GJ, Albrecht ED 1997 Immunocytochemical identification of the oestrogen receptor in the nuclei of cultured human placental syncytiotrophoblasts. Placenta 18:365-370.

84. Aberdeen GW, Babischkin JS, Davies, WA, Pepe GJ, Albrecht ED 1997 Decline in adrenocorticotropin receptor messenger ribonucleic acid expression in the baboon fetal adrenocortical zone in the second half of pregnancy. Endocrinology 138:1634-1641.

85. Leavitt MG, Aberdeen GW, Burch MG, Albrecht ED, Pepe GJ 1997 Inhibition of fetal adrenal adrenocorticotropin receptor messenger ribonucleic acid expression by betamethasone administration to the baboon fetus in late gestation. Endocrinology 138:2705-2712.

86.  Davies WA, Luo H, Dong KW, Albrecht ED, Pepe GJ 1997 Cloning and expression of the 11β-hydroxysteroid dehydrogenase type 1 gene in the baboon.  Molecular and Cellular Endocrinology 127:201-209.

87.  Musicki B, Pepe GJ, Albrecht ED 1997 Functional differentiation of placental syncytiotrophoblasts during baboon pregnancy:  Developmental expression of chorionic somatomammotropin messenger ribonucleic acid and protein levels.  Journal of Clinical Endocrinology and Metabolism 82:4105-4110.

88.  Kugu K, Ratts VS, Piquette GN, Tilly KI, Tao XJ, Martimbeau S, Aberdeen GW, Krajewski S, Reed JC, Pepe GJ, Albrecht ED, Tilly JL 1998 Analysis of apoptosis and expression of bcl-2 gene family members in the human and baboon ovary.  Cell Death and Differentiation 5:67-76.

89.  Aberdeen GW, Leavitt MG, Pepe GJ, Albrecht ED 1998 Effect of maternal betamethasone administration at midgestation on baboon fetal adrenal gland development and ACTH receptor messenger ribonucleic acid expression.  Journal of Clinical Endocrinology and Metabolism 83:976-982.

90.  Rosenthal MD, Albrecht ED, Pepe GJ 1998 Developmental maturation of baboon placental trophoblast: Expression of messenger ribonucleic acid and protein levels of cytosolic and secretory phospholipase $A_2$.  Journal of Clinical Endocrinology and Metabolism 83:2861-2867.

91.  Pepe GJ, Albrecht ED 1998 Central integrative role of oestrogen in the regulation of placental steroidogenic maturation and the development of the fetal pituitary-adrenocortical axis in the baboon.  Human Reproduction Update 4:406-419.

92.  Pepe GJ, Davies WA, Dong KW, Luo H, Albrecht ED 1999 Cloning of the 11β-hydroxysteroid dehydrogenase (11β-HSD)-2 gene in the baboon:  effects of estradiol on promoter activity of 11β-HSD-1 and –2 in placental JEG-3 cells.  Biochemica et Biophysica Acta 1444:101-110.

93.  Albrecht ED, Pepe GJ 1999 Central integrative role of oestrogen in modulating the communication between the placenta and fetus that results in primate fetal-placental development. Placenta 20:129-139.

94.  Billiar RB, Leavitt MG, Smith P, Albrecht ED, Pepe GJ 1999 Functional capacity of fetal zone cells of the baboon fetal adrenal gland:  a major source of α-inhibin.  Biology of Reproduction (in press).

95.  Nakamura J, Lu Q, Aberdeen G, Albrecht E, Brodie A 1999 The effect of estrogen on aromatase and vascular endothelial growth factor messenger ribonucleic acid in the normal nonhuman primate mammary gland.  Journal of Clinical Endocrinologr and Metabolism 84:1432-1437.

96.  Pepe GJ, Burch MG, Albrecht ED 1999 Expression of 11β-hydroxysteroid dehydrogenase types 1 and 2 proteins in human and baboon placental syncytiotrophoblast.  Placenta (in press).

97.  Pepe GJ, Albrecht ED 1999 Regulation of functional differentiation of the placental villous syncytiotrophoblast by estrogen during primate pregnancy.  Steroids (in press).

98.  Aberdeen GW, Pepe GJ, Albrecht ED 1999 Maturation of the baboon fetal adrenal cortex:  Developmental expression of and role of ACTH on the messenger ribonucleic acid levels for peptide growth factors.  Journal of Endocrinology (in press).

99.  Leavitt M, Albrecht ED, Pepe GJ 1999 Development of the baboon fetal adrenal gland:  Regulation of ontogenesis of the definitive and transitional zones by ACTH.  Journal of

17

Clinical Endocrinology and Metabolism (in press).

100. Albrecht ED, Babischkin JS, Davies WA, Leavitt MG, Pepe GJ 1999 Identification and developmental expression of the estrogen receptor in the baboon fetal adrenal gland. Endocrinology (in revision).

101. Albrecht ED, Aberdeen GW, Pepe GJ 1999 Estrogen is essential for the maintenance of primate pregnancy.  Am J Obstet Gynecol (submitted).

102. Albrecht ED, Billiar RB, Leavitt MG, Burch MG, Pepe GJ 1998 Expression of the estrogen receptor in the baboon fetal ovary.  Endocrinology (submitted).

103. Guo HG, Aberdeen GW, Albrecht ED, Reitz M, Li Y 1999 Infectious agents) in baboon blood.  Nature (Scientific Correspondence) (submitted).

BOOKS

Albrecht ED, Pepe GJ 1985 Editors, Research in Perinatal Medicine (IV):Perinatal Endocrinology, Perinatology Press, Ithaca, NY, 315 pages.

CHAPTERS

1.  Albrecht ED, Pepe GJ 1985 Regulation of progesterone and estrogen formation during baboon pregnancy. In: Research in Perinatal Medicine (IV), Perinatal Endocrinology, Albrecht, E.D. and Pepe, G.J. (eds) Perinatology Press, Ithaca, NY, pp 175-199.

2.  Pepe GJ, Albrecht ED 1985 Transplacental corticosteroid metabolism during baboon pregnancy. In: Research in Perinatal Medicine (IV), Perinatal Endocrinology. Albrecht ED, Pepe GJ (eds) Perinatology Press, Ithaca, NY, pp 201-218.

3.  Albrecht ED 1986 Age-related changes in regulatory systems (Discussion Section), In: Aging, Reproduction and the Climacteric. Plenum Press, New York, NY.

4.  Albrecht ED, Pepe GJ 1988 Endocrinology of Pregnancy. In: Non-Human Primates in Perinatal Research, Brans YW, Kuehl TJ (eds). John Wiley and Sons, New York, pp 13-78.

5.  Albrecht ED, Pepe GJ 1998 Secretion and metabolism of steroids in primate mammals during pregnancy. In: Contemporary Endocrinology, Endocrinology of Pregnancy, Bazer FW (ed), Humana Press Inc., Totowa, NY, pp 319-351.

6.  Albrecht ED, Pepe GJ 1999 Placental steroidogenesis in primate pregnancy. In: Encyclopedia of Reproduction, Knobil E, Neill JD (eds), Academic Press, San Diego, Vol 3, pp 889-898.

7.  Pepe GJ, Albrecht 1999 Protein hormones of primate pregnancy. In: Encyclopedia of Reproduction, Knobil E, Neill JD (eds), Academic Press, San Diego, Vol 4, pp 96-109.

## XIII  PUBLISHED ABSTRACTS

1.  Albrecht ED, Leathem JH 1970 Ovarian and adrenal $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase activity following induction of polycystic ovaries in rabbits.  New Jersey Academy of Science.

2.  Albrecht ED, Jordan AW, Leathem JH 1972 Prevention of polycystic ovary induction with aminoglutethimide. FASEB.

3.  Leathem JH, Albrecht ED 1973 Testis cholesterol and $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase activity in aging rats. Gerontological Society.

4.  Albrecht ED, Koos RD, Wehrenberg WB 1974 Ovarian $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase and cholesterol in the aged C57BL mouse.  Society for the Study of Reproduction, Abst 35.

5.  Albrecht ED 1974 Ovarian steroidogenesis in the aging pregnant mouse.  Fourth International Congress on Hormonal Steroids, Abst 72.

6.  Albrecht ED, Townsley JD 1976 Progesterone metabolic clearance rate in pregnant and non-pregnant baboons (*Papio papio*). Endocrine Society, Abst 245.

7.  Albrecht ED, Nightingale MS, Townsley JD 1977 Stress decreases serum progesterone (SP) concentrations in pregnant baboons (*Papio papio*). FASEB, Abst 643.

8.  Pepe GJ, Albrecht ED, Townsley JD 1977 Variations in circulating cortisol levels affect the metabolic clearance of progesterone in non-pregnant and pregnant baboons (*Papio papio*). Endocrine Society, Abst 284.

9.  Albrecht ED, Townsley JD 1978 Antiestrogen treatment decreases progesterone (P) production in pregnant baboons. Endocrine Society, Abst 501.

10.  Pepe GJ, Albrecht ED 1978 Uterine extraction of cortisol in late baboon gestation.  Society for the Study of Reproduction, Abst 181.

11.  Albrecht ED, Pepe GJ 1979 Estrogen influences corticoid metabolism in neonatal baboons. Endocrine Society, Abst 546.

12.  Pepe GJ, Albrecht ED 1979 Estrogen influences cortisol (F) metabolism in baboons (*Papio papio*).  Society for the Study of Reproduction.

13.  Albrecht ED 1979 Adrenal responsiveness to adrenocorticotropin in aged male rats. Gerontological Society.

14.  Albrecht ED, Haskins AL, Pepe GJ 1980 Fetectomy in baboons at mid-gestation causes a decline in maternal serum progesterone concentrations.  Society for Gynecologic Investigation, Abst 165.

15.  Pepe GJ, Albrecht ED 1980 Transuterine metabolism of cortisol at midgestation in the baboon (*Papio papio*). Endocrine Society, Abst 814.

16.  Albrecht ED, Haskins AL, Pepe GJ 1980 Effect of antiestrogen administration upon serum progesterone concentrations in non-pregnant baboons. Endocrine Society, Abst 444.

17.  Albrecht ED, Pepe GJ 1981 Function of the corpus luteum in baboons during administration of antiestrogen throughout the luteal phase of the menstrual cycle.  Society for Gynecologic Investigation, Abst 224.

18.  Pepe GJ, Albrecht ED 1981 Prolactin stimulation of adrenal androgen secretion in prepubertal baboons (*Papio anubis*). Endocrine Society, Abst 605.

19.  Kneussl ES, Ances IG, Albrecht ED 1981 A specific cytosolic estrogen receptor in human term placenta. Endocrine Society, Abst 854.

20. Albrecht ED, Pepe GJ 1981 Effect of administration of the antiestrogen ethamoxytriphetol and luteectomy/or ovariectomy upon serum progesterone concentrations in pregnant baboons. Society for the Study of Reproduction, Abst 78.

21. Albrecht ED, Pepe GJ 1982 An influence of antiestrogen (MER-25) upon placental progesterone production during baboon pregnancy. Society for Gynecologic Investigation, Abst 20.

22. Albrecht ED 1982 Ovarian metabolism of progesterone in young and aged rats throughout pregnancy. Endocrine Society, Abst 139.

23. Pepe GJ, Albrecht ED 1982 Inhibition of human placental 11β-hydroxysteroid dehydrogenase by progesterone. Endocrine Society, Abst 182.

24. Albrecht ED 1982 Ovarian formation of estradiol and serum progesterone concentrations in young and aged rats throughout pregnancy. Gerontological Society of America, Abst 48-18.

25. Albrecht ED, Pepe GJ 1983 Effect of the antiestrogen MER-25 upon 17-hydroxyprogesterone in pregnant baboons. Society for Gynecologic Investigation, Abst 157.

26. Pepe GJ, Albrecht ED 1983 Regulation of steroidogenesis by baboon fetal adrenal cells. Society for Gynecologic Investigation, Abst 252.

27. Pepe GJ, Albrecht ED 1983 Role of the placenta and fetus in transuterine cortisol metabolism in the baboon (*Papio anubis*). Endocrine Society, Abst 620.

28. Pepe GJ, Albrecht ED 1984 The placenta remains functional following fetectomy in baboons. Society for Gynecologic Investigation, Abst 59.

29. Albrecht ED, Pepe GJ 1984 Estrogen prevents placental delivery in fetectomized baboons. Society for Gynecologic Investigation, Abst 399.

30. Pepe GJ, Albrecht ED 1984 The effects of exogenous cortisone (E) on the interconversion of cortisol (F) and E in the baboon. Seventh International Congress of Endocrinology, Abst 1947.

31. Jackson JA, Albrecht ED 1984 A possible role for estrogen in the regulation of placental androgen synthesis during rat pregnancy. Seventh International Congress of Endocrinology, Abst 1247.

32. Albrecht ED, Pepe GJ 1985 Effect of ACTH and prolactin (PRL) in the presence or absence of estrogen on dehydroepiandrosterone (DHA) formation by baboon fetal adrenal cells. Society for Gynecologic Investigation, Abst 466.

33. Wunsch DM, Anderson LD, Albrecht ED 1985 A role for estrogen on progesterone formation by human placental cells in culture. Society for the Study of Reproduction, Abst 226.

34. Jackson JA, Albrecht ED 1985 The development of placental androstenedione and testosterone production and their utilization by the ovary for aromatization to estrogen during rat pregnancy. Endocrine Society, Abst 642.

35. Walker ML, Pepe GJ, Albrecht ED 1986 Developmental differences in the pattern of androgen formation by the baboon fetal adrenal. Endocrine Society, Abst 1054.

36. Jackson JA, Albrecht ED 1986 Estrogen regulates placental androstenedione production during rat pregnancy. Endocrine Society, Abst 1433.

37. Henson MC, Pepe GJ, Albrecht ED 1986 Transuteroplacental conversion of pregnenolone to progesterone in antiestrogen-treated baboons. Society for the Study of Reproduction, Abst 198.

21

38. Brodie AH, Hammond JO, Albrecht ED 1986 The effect of aromatase inhibitor 4-hydroxyandrostenedione on the menstrual cycle of the baboon. Society for the Study of Reproduction, Abst 291.

39. Pepe GJ, Waddell BJ, Albrecht ED 1987 Effect of ACTH and prolactin on dehydroepiandrosterone secretion by the baboon fetus *in vivo*. Society for Gynecologic Investigation, Abst 39.

40. Waddell BJ, Albrecht ED, Pepe GJ 1987 *In vivo* metabolism of corticosteroids in the fetal baboon. Society for Gynecologic Investigation, Abst 185.

41. Walker ML, Pepe GJ, Albrecht ED 1987 Adrenocorticotropic regulation of baboon fetal adrenal androgen production changes during gestation. Society for Gynecologic Investigation, Abst 305.

42. Waddell BJ, Albrecht ED, Pepe GJ 1987 Regulation of fetal corticosteroid metabolism by placental estrogen in the baboon. Society for the Study of Reproduction, Abst 359.

43. Henson MC, Pepe GJ, Albrecht ED 1987 Placental low density lipoprotein (LDL) binding in antiestrogen-treated baboons. Society for the Study of Reproduction, Abst 163.

44. Waddell BJ, Albrecht ED, Pepe GJ 1988 Interconversion of cortisol (F) and cortisone (E) in baboon placenta, decidua, and chorion at midgestation. Society for Gynecologic Investigation, Abst 352.

45. Baggia S, Albrecht ED, Pepe GJ 1988 Effect of estrogen on 11β-hydroxysteroid dehydrogenase (11β-HSD) activity in baboon placenta. Society for Gynecologic Investigation, Abst 353.

46. Henson MC, Pepe GJ, Albrecht ED 1988 Placental uptake and degradation of low density lipoprotein (LDL) in antiestrogen-treated baboons. Society for Gynecologic Investigation, Abst 357.

47. Waddell BJ, Pepe GJ, Albrecht ED 1988 Changes in the placental secretion of progesterone (P$_4$) and 20α-hydroxypregn-4-en-3-one (20α-OHP) into the fetus between mid and late pregnancy in the baboon. Society for the Study of Reproduction, Abst 48.

48. Albrecht ED, Henson MC, Pepe GJ 1989 Regulation of progesterone biosynthesis by estrogen during baboon pregnancy: Placental low density lipoprotein (LDL) uptake in fetectomized baboons. Society for Gynecologic Investigation, Abst 93.

49. Albrecht ED, Henson MC, Walker ML, Pepe GJ 1990 Modulation of ACTH-stimulated baboon fetal adrenal dehydroepiandrosterone formation by estrogen at mid/late gestation. Society for Gynecologic Investigation, Abst 100.

50. Berghorn KA, Albrecht ED, Pepe GJ 1990 Responsivity of the baboon fetal pituitary to corticotropin-releasing factor (CRF) in utero. Society for Gynecologic Investigation, Abst 117.

51. Baggia S, Albrecht ED, Pepe GJ 1990 Corticosteroid metabolism in cultured baboon trophoblast and decidua: Regulation by estrogen. Society for Gynecologic Investigation, Abst 336.

52. Putney DJ, Pepe GJ, Albrecht ED 1990 Influence of the fetus and estrogen on placental insulin-like growth factor-I (IGF-I) formation during baboon pregnancy. Society for Gynecologic Investigation, Abst 374.

53. Grimes RW, Pepe GJ, Albrecht ED 1990 Estrogen regulates low density lipoprotein uptake by human placental trophoblasts in culture. The Endocrine Society, Abst 366.

54.  Pepe GJ, Waddell BJ, Albrecht ED 1990 Activation of the baboon fetal hypothalamic-pituitary-adrenal-axis (HPAA) by estrogen-induced changes in placental corticosteroid metabolism. The Endocrine Society, Abst 1456.

55.  Grimes RG, Pepe GJ, Albrecht ED 1990 Progesterone (P$_4$) formation and activities of 3-hydroxy-3-methylglutaryl coenzyme-A (HMG CoA) reductase, acylcoenzyme-A: cholesterol acyl transferase (ACAT), and cholesterol ester hydrolase (CEH) in human trophoblasts cultured with estradiol (E$_2$). Society for the Study of Reproduction, Abst 314.

56.  Putney DJ, Pepe GJ, Albrecht ED 1991 Regulation of placental formation and maternal serum concentrations of insulin-like growth factor II (IGF-II) by the fetus during baboon pregnancy. Society for Gynecologic Investigation, Abst 579.

57.  Billiar RB, Pepe GJ, Albrecht ED 1991 Immunocytochemical identification of the estrogen receptor in the nuclei of cultured human placental syncytiotrophoblast cells. Society for Gynecologic Investigation, Abst 299.

58.  Henson MC, Pepe GJ, Albrecht ED 1991 Dose-dependent effects of the antiestrogen ethamoxytriphetol (MER-25) on placental low density lipoprotein (LDL) uptake in baboons. Society for Gynecologic Investigation, Abst 298.

59.  Albrecht ED, Babischkin JS, Pepe GJ 1991 Regulation of placental mitochondrial cholesterol side-chain cleavage (P-450scc) activity in baboons by estrogen. Society for Gynecologic Investigation, Abst 246.

60.  Pepe GJ, Albrecht ED Activation of the baboon fetal pituitary adrenocortical axis at midgestation by estrogen: adrenal $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase and 17$\alpha$-hydroxy lase-17,20-lyase activity. Society for Gynecologic Investigation, Abst 243.

61.  Putney DJ, Henson MC, Pepe GJ, Albrecht ED 1991 Maternal serum growth hormone (GH) concentrations during baboon pregnancy: Role of the fetus and estrogen. Society for the Study of Reproduction, Abst 151.

62.  Sinosich MJ, Waddell BJ, Pepe GJ, Albrecht ED 1991 Effects of fetectomy on pregnancy-associated plasma protein-A concentrations in the baboon (*Papio anubis*). Society for the Study of Reproduction, Abst 503.

63.  Henson MC, Pepe GJ, Albrecht ED 1992 Developmental increase in placental low density lipoprotein uptake during baboon pregnancy. Society for Gynecologic Investigation, Abst 60.

64.  Albrecht ED, Babischkin JS, Pepe GJ 1993 Developmental increase in low density lipoprotein receptor (LDL$_R$) mRNA levels in placental syncytiotrophoblasts during baboon pregnancy. Endocrine Society, Abst 1100.

65.  Davies WA, Berghorn KA, Albrecht ED, Pepe GJ 1993 Developmental regulation of protein kinase A and protein kinase C activity in the baboon fetal adrenal. Society for Gynecologic Investigation, Abst 173.

66.  Babischkin JS, Pepe GJ, Albrecht ED 1994 Developmental regulation of placental P-450 cholesterol side-chain cleavage (P-450scc) mRNA expression during baboon pregnancy. Society for Gynecologic Investigation, Abst 138.

67.  Pepe GJ, Davies WA, Albrecht ED 1994 Developmental regulation of proopiomelanocortin mRNA expression in the baboon fetal pituitary. Society for Gynecologic Investigation, Abst 24.

68.  Berghorn KA, Pepe GJ, Albrecht ED 1994 Activation of the baboon (Papio anubis) fetal hypothalamic-pituitary-adrenocortical axis (HPAA) at midgestation by estrogen:

23

responsivity of the fetal adrenal to ACTH *in vitro*. Society for the Study of Reproduction, Abst 159.

69. Albrecht ED, Pepe GJ 1994 Developmental regulation of placental progesterone biosynthetic pathway and peptide growth factor expression by estrogen during baboon pregnancy. 1st International Meeting of World Placenta Associations, Abst W10.3.

70. Pepe, GJ, Albrecht ED 1994 Developmental activation of the baboon fetal hypothalamic-pituitary-adrenocortical axis by estrogen-induced alterations in placental corticosteroid metabolism. 1st International Meeting of World Placenta Associations, Abst W10.4.

71. Nakamura J, Lu Q, Albrecht E, Brodie A 1995 Aromatase expression and the effect of hormones and locally produced estrogen on growth of the normal primate mammary gland. Endocrine Society, Abst P3-594.

72. Albrecht ED, Tilly JL, Aberdeen GW, Babischkin JS, Pepe GJ 1995 Biphasic developmental regulation of ACTH receptor mRNA expression in the baboon fetal adrenal gland. Endocrine Society, Abst P3-592.

73. Albrecht ED, Pepe GJ 1995 Suppression of maternal adrenal dehydroepiandrosterone (DHA) and DHA sulphate (DHAS) by estrogen during baboon pregnancy. Society for Gynecologic Investigation, Abst P375.

74. Aberdeen GW, Babischkin JS, Pepe GJ, Albrecht ED 1995 Developmental regulation of insulin-like growth factor-II (IGF-II) and IGF binding protein-2 (IGFBP-2) mRNA expression in the baboon fetal adrenal. Society for Gynecologic Investigation, Abst P258.

75. Pepe GJ, Babischkin JS, Burch MG, Albrecht ED 1995 Developmental regulation of 11β-hydroxysteroid dehydrogenase (11β-HSD) mRNA levels in placental syncytiotrophoblasts during baboon pregnancy. Society for Gynecologic Investigation, Abst 0151.

76. Tilly JL, Kugu K, Ratts VS, Piquette GN, Tilly KI, Aberdeen GW, Pepe GJ, Albrecht ED 1996 Apoptosis and cell death gene expression in the human and baboon ovary. Society for Gynecologic Investigation, Abst 24.

77. Davies WA, Brien PJ, Albrecht ED, Pepe GJ 1996 Developmental activation of the baboon fetal hypothalamic-pituitary-adrenocortical axis (HPAA) by estrogen is not related to enhanced hypothalamic corticotropin-releasing hormone (CRH) expression. Society for Gynecologic Investigation, Abst 126.

78. Albrecht ED, Aberdeen GW, Babischkin JS, Tilly JL, Pepe GJ 1996 The decline in ACTH receptor mRNA expression in the baboon fetal adrenal gland in late gestation is not related to programmed cell death. Society for Gynecologic Investigation, Abst 130.

79. Aberdeen GW, Babischkin JS, Pepe GJ, Albrecht ED 1996 Differential expression of mRNAs for steroid biosynthetic components and peptide growth factors in the baboon fetal adrenal during development. International Congress of Endocrinology, Abst OR6-4.

80. Albrecht ED, Pepe GJ 1996 Central integrative role of estrogen in the regulation of primate fetal-placental development. The Maternal-Placental-Fetal Dialogue, Maui, HI.

81. Aberdeen GW, Pepe GJ, Albrecht ED 1997 *In vivo* regulation of baboon fetal adrenal gland development and ACTH receptor expression at midgestation by ACTH. Society for Gynecologic Investigation, Abst 7.

82. Musicki B, Pepe GJ, Albrecht ED 1997 Developmental expression of chorionic somatomammotropin messenger ribonucleic acid and protein in placental syncytiotrophoblasts during baboon pregnancy. Society for Gynecologic Investigation, Abst 245.

83.    Leavitt MG, Aberdeen GW, Burch MG, Albrecht ED, Pepe GJ 1997 Inhibition of fetal adrenal ACTH receptor messenger RNA expression by betamethasone administration to the baboon fetus in late gestation.  Society for Gynecologic Investigation, Abst 696.

84.    Pepe GJ, Davies WA, Luo H, Dong KW, Albrecht ED 1997 Cloning and expression of the genes for 11β-hydroxysteroid dehydrogenase (11β-HSD) types 1 and 2 in the baboon. Society for the Study of Reproduction, Abst 179.

85.    Rosenthal MD, Albrecht ED, Pepe GJ 1998 Developmental expression of the mRNA and protein levels of cytosolic and secretory phospholipases $A_2$ in the baboon placenta.  Society for Gynecologic Investigation, Abst 67.

86.    Pepe GJ, Davies WA, Dong K-W, Albrecht ED 1998 Estrogen regulation of the promoter activity of the genes for 11β-hydroxysteroid dehydrogenase (11β-HSD)-1 and -2.  Society for Gynecologic Investigation, Abst F331.

87.    Billiar RB, Leavitt MG, Albrecht ED, Pepe GJ 1998 Expression of α-inhibin in fetal zone cells of the baboon fetal adrenal gland during gestation.   Society for Gynecologic Investigation, Abst 21.

88.    Pepe GJ, Burch MG, Albrecht ED 1998 Expression of the 11β-hydroxysteroid dehydrogenase types 1 and 2 proteins in human and baboon placental syncytiotrophoblast. Society for Gynecologic Investigation, Abst 395.

89.    Aberdeen GW, Pepe GJ, Albrecht ED 1999 Maturation of the baboon fetal adrenal cortex: Developmental expression of and role of ACTH on the messenger ribonucleic acid levels for peptide growth factors.  Society for Gynecologic Invesitgation, Abst 205.

90.    Albrecht ED, Aberdeen GW, Pepe GJ 1999 Estrogen is essential for the maintenance of primate pregnancy.  Endocrine Society, Abst.

# CV OF

# JOSEPH W. GOLDZIEHER, M.D.

CURRICULUM VITAE

JOSEPH W. GOLDZIEHER, M.D.

| | |
|---|---|
| **BUSINESS ADDRESS:** | 626 Metropolitan Professional Building<br>1303 N. McCullough Ave.<br>San Antonio TX 78212 |
| **BUSINESS TELEPHONE:** | (210) 227-7228; FAX 210-227-9301 |
| **HOME ADDRESS:** | 14635 Blanco Road<br>San Antonio, Texas  78216-7727 |
| **HOME TELEPHONE:** | (210) 492-1605 |
| **SOCIAL SECURITY NO.** | 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 |
| **BIRTH DATE AND PLACE:** | September 21, 1919<br>Budapest, Hungary |
| **MARITAL STATUS:** | Married<br>(Daughter: Michele G.Shedlin,Ph.D.) |

EDUCATION AND TRAINING

**UNDERGRADUATE:**

| | | |
|---|---|---|
| **1940** | Harvard College<br>Cambridge, Massachusetts | A.B.- Chemistry<br>(cum laude) |

**GRADUATE:**

| | | |
|---|---|---|
| **1940-1943** | New York University College<br>of Medicine, New York | M.D. |

**POSTGRADUATE:**

| | | |
|---|---|---|
| **1943** | Bellevue Hospital<br>New York, New York | Internship in Medicine<br>and Surgery |
| **1944** | New York City Hospital<br>New York, New York | Assistant Residency in<br>Pathology |
| **1945** | New York City Hospital<br>New York, New York | Joint Residency in<br>Pathology and Dermatology |
| **1945 - 1946** | Duke University Hospital<br>Durham, North Carolina | Postdoctoral Residency<br>in Gyn. Endocrinology |

APPOINTMENTS AND POSITIONS

## NON-ACADEMIC POSITIONS:

| | | |
|---|---|---|
| 1947 - present | San Antonio, Texas | Private practice of endocrinology |
| 1948 - 1953 | New York Department of Health<br>New York, New York | Consultant in endocrinology,<br>(various hospitals) |
| 1949 - 1953 | St. Clare's Hospital<br>New York, N.Y. | Medical Staff & Chief, Endocrine Research Laboratory |
| 1956 - 1981 | U.S. Army<br>Department of Medicine<br>Brooke General Hospital<br>Fort Sam Houston, Texas | National Consultant in Endocrinology |
| 1960 - 1981 | U.S. Air Force<br>Department of Medicine<br>Wilford Hall USAF Hospital<br>Lackland AFB, San Antonio Texas | National Consultant in endocrinology |

## ACADEMIC POSITIONS:

| | | |
|---|---|---|
| 1953 - 1957 | Southwest Foundation for Research and Education<br>San Antonio, Texas | Head, Endocrine Section |
| 1957 - 1967 | Southwest Foundation for Research and Education<br>San Antonio, Texas | Chairman, Department of Endocrinology |
| 1959 - 1969 | Trinity University<br>San Antonio, Texas | Research Professor |
| 1967 - 1981 | Southwest Foundation for Research and Education<br>San Antonio, Texas | Director, Division of Clinical Sciences and Reproductive Biology |
| 1969 - 1981 | Southwest Foundation for Research and Education | Senior Foundation Scientist |

2

Goldzieher - 3

| | | |
|---|---|---|
| 1972 - 1978 | Hahneman Medical College and Hospital<br>Philadelphia PA | Visiting Professor |
| 1974 - 1981 | The University of Texas<br>Health Science Center<br>San Antonio, Texas | Clinical Professor of Obstetrics<br>and Gynecology |
| 1979 - 1981 | University of Texas<br>College of Sciences and<br>    Mathematics<br>San Antonio, Texas | Associate Professor of<br>Earth and Physical<br>Sciences |
| 7/81 - 7/82 | Baylor College of Medicine<br>Department of Obstetrics and<br>    Gynecology<br>Houston, Texas | Visiting Professor |
| 7/82 -10/91 | Baylor College of Medicine<br>Department of Obstetrics and<br>    Gynecology<br>Houston, Texas | Professor and Director of<br>Endocrine/Metabolic<br>Research |
| 10/91-7/92(retired) | Baylor College of Medicine<br>Department of Obstetrics and<br>Gynecology Houston,Texas | Visiting Professor |
| 5/93-present | Texas Tech University Health<br>Sciences Center School of Medicine,<br>Department of Ob/Gyn, Amarillo TX | Distinguished Professor |

## CERTIFICATIONS AND LICENSURE

The American College of Clinical Pharmacology
and Chemotherapy, Fellow

American Board of Clinical Chemistry, Diplomate

American College of Obstetricians and Gynecologists,
Associate Fellow

National Academy of Clinical Biochemistry
Fellow

American College of Endocrinology, Diplomate

Texas State Board of Medical Licensure, current

3

Goldzieher - 4

<u>MEMBERSHIP IN PROFESSIONAL AND SCIENTIFIC SOCIETIES</u>

The Endocrine Society
American Association of Clinical Endocrinologists


Mexican Society of Nutrition and Endocrinology
American Fertility Society
Pacific Coast Fertility Society (Hon.)
American Association of Clinical Chemists
American Society for Pharmacology and Therapeutics
Association of Harvard Chemists
Texas Medical Association
Houston Gynecological and Obstetrical Society
Herman Johnson Ob-Gyn Society of Houston
American Association of Clinical Endocrinologists

<u>PROFESSIONAL ACTIVITIES</u>

1974 - 1979      Member, Steering Committee of various Task Forces of the WHO Special
                 Programme of Research, Development and Research Training in Human Reproduction

1983 - pres.     Member, International Committee for Research in Reproduction

                 Editorial Board of Contraception

                 Editorial Board of Drugs

                 International Editorial Board of Medical Progress

                 Editorial Board of International
                 Journal of Obstetrics and Gynecology

                 Editorial Board of The Contraception Report

<u>HONORS</u>

1966        Obstetrical-Gynecological Assembly of Southern California - Guest Faculty
1971        Pacific Coast Fertility Society - Honorary Member
1972        Benjamin Franklin Medal for Population Research
1977        Gregory Pincus Memorial Lecturer
1977-1980   Consultant to Coordination of Family Planning, Ministry of Health
            Republic of Mexico
1982        Seward H. Wills Lecturer
1983        Commander's Award for Civilian Service - Department of the Army

4

Goldzieher - 5

| 1983 | **Commander's Award for Civilian Service** - Department of the Army |
| | Brooke Army Medical Center, Fort Sam Houston, Texas |
| 1983 | **U.S. Air Force Outstanding Service Citation** |
| | Physician's Recognition Award |
| 1987 | Masters in Obstetrics and Gynecology |

## PUBLICATIONS

Approximately 470 to present, on research related to endocrine (especially steroid) methodology, adrenal and ovarian disorders, steroid metabolism, reproductive physiology (both clinical and experimental), and fertility control both clinical and experimental. Numerous papers devoted to menopause and the development and evaluation of oral and injectable steroid contraceptives. Latest books: Goldzieher JW: "Hormonal Contraception: Pills, Injections and Implants" 2nd Ed. 1992 (English, Italian, English and French Canadian versions); 3d Ed.1994 (Canada);4th Ed.(Emis Press, Canada,1998). Goldzieher JW and Shedlin MA: "A User's Guide to Oral Contraception ("The Pill")", Emis Press , Toronto 1994; "Pharmacology of the Contraceptive Steroids", J. Goldzieher and K. Fotherby,Eds. Raven Press, New York 1994, 462pp.

PUBLICATIONS:

1945–1950

1.    Goldzieher, M.A., Reimer, N.A. and Goldzieher, J.W.: Metabolic abnormalities in obesity: A statistical survey. Am. J. Dig. Dis. 12:387–394, 1945.

2.    Goldzieher, J.W.: The adrenal glands in pemphigus vulgaris. Report of six autopsies and review of literature. Arch. Dermatol. Syphilol. 52:369–375, 1945.

3.    Goldzieher, J.W.: The adrenal glands in pemphigus vulgaris. Report of a case. Arch. Dermatol. Syphilol. 53:42–44, 1946.

4.    Goldzieher, J.W. and Popkin, G.L.: Treatment of headache with intravenous sodium nicotinate. J. Am. Med. Assoc. 131:103–105, 1946.

5.    Goldzieher, J.W. and Goldzieher, M.A.: Treatment of severe functional headaches. Am. J. Med. 1:656–660, 1946.

6.    Goldzieher, J.W.: Pituitary lesions accompanying obesity. Arch. Pathol. 41:203–212, 1946.

7.    Goldzieher, J.W. and Lisa, J.R.: Gross cerebral hemorrhage and vascular lesions in acute tuberculous meningitis and meningoencephalitis. Am. J. Pathol. 23:133–145, 1947.

8.    Gilbert, R.A. and Goldzieher, J.W.: The mechanism and prevention of cardiovascular changes due to insulin. Ann. Intern. Med. 25:928-940, 1946.

9.    Goldzieher, J.W.: Gonadotropins in women. Levels in health and disease; therapeutic applications. A review. Quart. Rev. Obstet. Gynecol. 5:367–380, 1947.

10.   Goldzieher, J.W., Henkin, A.E. and Hamblen, E.C.: Characteristics of the normal menstrual cycle. Am. J. Obstet. Gynecol. 54:668–675, 1947.

11.   Goldzieher, J.W., Haus, L.W., and Hamblen, E.C.: The characteristics of uterine bleeding following cyclic oral therapy with estrogen and progesterone. Am. J. Obstet. Gynecol. 54:636–642, 1947.

12.   Haus, L.W., Goldzieher, J.W. and Hamblen, E.C.: Dysmenorrhea and ovulation: Correlation of the effect of estrogen therapy on pain, the endometrium, and the basal body temperature. Am. J. Obstet. Gynecol. 54:820–828, 1947.

13.   Goldzieher, J.W. and Hamblen, E.C.: Andrologic endocrinology; correlation of clinical symptoms, urinary hormone excretion, and testicular cytology. Surg. Gynecol. Obstet. 85:583–596, 1947.

14.   Goldzieher, J.W.: A new colorimetric method for the determination of pregnandiol. J. Lab. Clin. Med. 33:251–253, 1948.

15.   Goldzieher, J.W. and Stone, G.C.H.: A rapid colorimetric method for the determination of

1

sodium in biological fluids. J. Clin. Endocrinol. 9:95–100, 1949.

16.    Stone, G.C.H. and Goldzieher, J.W.: A rapid colorimetric method for the determination of sodium in biological fluids and particularly in serum. J. Biol. Chem. 181:511–521, 1949.

17.    Goldzieher, J.W. and Stone, G.C.H.: The relative independence of sodium and chloride excretion. J. Clin. Endocrinol. 9:368–371, 1949.

18.    Goldzieher, J.W., Bassin, S. and Goldzieher, S.T.: Habitus in tuberculosis. N.Y. State J. Med. 49:1300–1302, 1949.

19.    Goldzieher, J.W.: Estimation of urinary sodium. J. Am. Med. Assoc. 140:1172, 1949.

20.    Goldzieher, J.W.: The direct effect of steroids on the senile human skin: A preliminary report. J. Gerontol. 4:104–112, 1949.

21.    Goldzieher, M.A. and Goldzieher, J.W.: Toxic effects of percutaneously absorbed estrogens. J. Am. Med. Assoc. 140:1156, 1949.

22.    Goldzieher, M.A. and Goldzieher, J.W.: Tumors of the adrenal glands. In Cyclopedia of Medicine, Surgery and Specialties, 3rd edition. Edited by G.M. Piersol. Philadelphia, Pa., F.A. Davis Co., 1950, p. 225.

1951

23.    Goldzieher, M.A., McGavack, T.H., Peterson, C.A., Goldzieher, J.W. and Miller, H.R.: Retrobulbar neuritis associated with hyperthyroidism. Arch. Neurol. Psychiatry 65:189–196, 1951.

24.    Goldzieher, J.W. and Gilbert, C.R.A.: Present theories of menstrual physiology: A critical survey. Quart. Rev. Obstet. Gynecol. 9:1–16, 1951.

25.    Goldzieher, J.W., McMahon, H.E. and Goldzieher, M.A.: Coarctation of the abdominal aorta simulating pheochromocytoma. Arch. Intern. Med. 88:835–839, 1951.

26.    Goldzieher, J.W., Jordan, M.J. and Epstein, P.R.: The frog (Rana pipiens) pregnancy test. Report of 528 tests and review of the literature. Quart. Rev. Obstet. Gynecol. 9:161–168, 1951.

27.    Goldzieher, J.W., Roberts, I.S., Rawls, W.B., and Goldzieher, M.A.: Chemical analysis of the intact skin by reflectance spectrophotometry. Arch. Dermatol. Syphilol. 64:533–548, 1951.

1952

28.    Goldzieher, J.W., Roberts, I.S., Rawls, W.B., and Goldzieher, M.A.: Studies on aging: Correlation of skin morphology with age and hormone excretion. J. Gerontol. 7:47–53, 1952.

29.    Goldzieher, M.A. and Goldzieher, J.W.: Hormone–resistant psychogenic amenorrhea. J. Clin. Endocrinol. Metab. 12:42–49, 1952.

30.    Goldzieher, J.W. and Roberts, I.S.: Identification of estrogen in the human testis. J. Clin. Endocrinol. Metab. 12:143–150, 1952.

2

31.    Goldzieher, M.A. and Goldzieher, J.W.:  Past and present concepts of energy metabolism and obesity.  Am. J. Dig. Dis. 19:69–72, 1952.

32.    Goldzieher, J.W., Roberts, I.S., Rawls, W.B., and Goldzieher, M.A.: Local action of steroids on senile human skin.  Arch. Dermatol. Syphilol. 66:304–315, 1952.

**1953**

33.    Goldzieher, M. and Goldzieher, J.W.:  The male climacteric and the postclimacteric state. Geriatrics 8:1–10, 1953.

34.    Goldzieher, J.W., Bodenchuck, J.M. and Nolan, P.:  The fluorescence reactions of steroids.  I. Estrogens. J. Biol. Chem. 199:621–629, 1953.

35.    Goldzieher, J.W. and Edlin, J.S.:  The effect of orally administered ascorbic acid and/or l–cystine on urinary steroid excretion.  J. Clin. Endocrinol. Metab. 13:436–443, 1953.

36.    Goldzieher, J.W., Epstein, P.R., Rawls, W.B. and Goldzieher, M.A.: The adrenal cortex and sulfur metabolism:  The effect of intravenous ACTH on blood level of ascorbic acid and of sulfhydryl as determined by a modified amperometric technique.  J. Clin. Endocrinol. Metab. 13:662–673, 1953.

37.    Goldzieher, J.W., Rawls, W.B. and Goldzieher, M.A.:  The adrenal cortex and sulfur metabolism:  The effect of ACTH on the sulfhydryl concentration of rat adrenal, liver and muscle.  Endocrinology 52:580–584, 1953.

38.    Goldzieher, J.W., Rawls, W.B. and Goldzieher, M.A.:  The adrenal cortex and sulfhydryl metabolism:  The influence of amino acid sulfur on the formation of liver glycogen. Endocrinology 52:575–579, 1953.

39.    Goldzieher, J.W., Rawls, W.B. and Goldzieher, M.A.:  The uptake of sulfhydryl compounds by rat adrenal, liver and muscle as measured by an improved amperometric technique.  J. Biol. Chem. 203:519–526, 1953.

40.    Goldzieher, J.W. and Edlin, J.S.:  Adrenal function in chronic pulmonary tuberculosis.  Dis. Chest 23:667–677, 1953.

41.    Goldzieher, M.A. and Goldzieher, J.W.:  Endocrine Treatment in General Practice.  New York, Springer Publishing Co., 1953, 474 pp.

42.    Peterson, W.F. and Goldzieher, J.:  Adrenal hemorrhage in pregnancy. Am. J. Obstet. Gynecol. 66:648–653, 1953.

43.    Goldzieher, J.W.:  The measurement of estrogen mixtures by differential fluorometry. Endocrinology 53:527–535, 1953.

44.    Goldzieher, J.W. and Goldzieher, M.A.:  Clinical evaluation of long- acting steroid hormones. N.Y. State J. Med. 53:2853–2856, 1953.

**1954**

45.    Goldzieher, J.W., Bodenchuk, J.M. and Nolan, P.:  The fluorescence reactions of steroids.

Anal. Chem. 26:853–856, 1954.

46.    Goldzieher, J.W.:  Effect of colloidal sulphur on adrenal size and on liver glycogen.  Am. J. Physiol. 177:49–50, 1954.

47.    Rawls, W.B., Baker, E., Tichner, J.B. and Goldzieher, J.W.: Simultaneous administration of cortical steroids and ACTH:  The effect on adrenal weight and cholesterol concentration.  J. Lab. Clin. Med. 44:506–511, 1954.

48.    Rawls, W.B., Goldzieher, J., Tichner, J.B., and Baker, E.:  The effect of (1) hypophysectomy alone and (2) hypophysectomy plus various combinations of steroids and ACTH upon phagocytosis by the reticuloendothelial system of intravenously injected India ink particles.  J. Lab. Clin. Med. 44:512–516, 1954.

49.    Goldzieher, J.W. and Matthews, R.L.:  The adrenal cortex and sulfur metabolism:  The non–effect of glutathione on adrenal ascorbic acid. Endocrinology 55:163–165, 1954.

1955

50.    Goldzieher, J.W.:  Present concepts of menstrual physiology: A critical appraisal.  Fertil. Steril. 6:1–10, 1955.

51.    Goldzieher, M.A. and Goldzieher, J.W.: Endocrine Treatment in General Practice (Spanish Edition).  Barcelona, Springer Publishing Co., 1955.

52.    Goldzieher, J.W.:  Progress in female endocrinology.  Am. J. Nurs. 55:831–833, 1955.

1956

53.    Goldzieher, J.W.:  Hirsutism.  Differential diagnosis and treatment. Tex. State J. Med. 52:66–70, 1956.

54.    Goldzieher, J.W.:  On the meaning of numbers.  Fertil. Steril. 7:201-202, 1956.

55.    Werthessen, N.T., Marden, W., Haag, F., and Goldzieher, J.W.:  The influence of seminal fluid on fertility.  Proc. Soc. Study Fertil. 8:42-52, 1956.

1957

56.    Goldzieher, J.W. and Hartman, A.W.:  Hypothyroidism in infancy. Tex. State J. Med. 53:43–48, 1957.

57.    Goldzieher, J.W.:  Lack of androgenicity of 17$\alpha$–hydroxyprogesterone or its 17–caproate ester. J. Clin. Endocrinol. Metab. 17:323–325, 1957.

58.    Goldzieher, J.W. and Woolley, H.L.:  Gonadotropins. Prog. Gynecol. 3:253–266, 1957.

59.    Goldzieher, J.W., Heaney, J.P. and Fairweather, M.J.:  Problems in diagnosis and management of functioning parathyroid tumors.  J. Am. Med. Assoc. 164:1054–1061, 1957.

60.    Besch, P.K., Goldzieher, J.W. and McCormack, S.:  Selective removal of nonprotein sulfhydryl compounds from biological systems.  Science 126:650, 1957.

4

1958

61.  Truby, F.K. and Goldzieher, J.W.:  Electron spin resonance investigations of rat liver and rat hepatoma.  Nature (London) 182:1371–1372, 1958.

62.  Mandelstam, P., Goldzieher, J.W., Soroff, H.S., and Green, N.:  The pituitary–adrenal axis: Acute adrenocortical insufficiency and persistent occult dysfunction following thermal injury.  J. Clin. Endocrinol. Metabol. 18:284–299, 1958.

63.  Goldzieher, J.W., Besch, P.K., and Velez, M.E.:  The turnover of S³⁵ labeled glutathione in rat adrenal cortex and liver.  J. Biol. Chem. 231:445–458, 1958.

64.  Goldzieher, J.W., Besch, P.K., and Velez, M.E.:  The localization and turnover of glutathione in the rat testis.  J. Biol. Chem. 231:459–465, 1958.

65.  Goldzieher, J.W. and Besch, P.K.:  Fluorescence and absorption spectra of some corticosteroids in sulfuric and phosphoric acids.  Anal. Chem. 30:962–967, 1958.

66.  Savard, K., Besch, P.K., Restivo, S., and Goldzieher, J.W.:  Biosynthesis of steroids in stallion testis tissue.  Fed. Proc. 17:303 (1199), 1958.

67.  Goldzieher, J.W.:  New techniques in the diagnosis of hyperparathyroidism.  Geriatrics 13:483–488, 1958.

68.  Goldzieher, J.W. and Benigno, B.B.:  The treatment of threatened and recurrent abortion:  A critical review.  Am. J. Obstet. Gynecol. 75:1202–1214, 1958.

69.  Goldzieher, J.W., Peterson, W.F., and Gilbert, R.A.:  Comparison of the endometrial activities in man of anhydrohydroxyprogesterone and 17–acetoxyprogesterone, a new oral progestational compound.  Ann. N.Y. Acad. Sci. 71:722–726, 1958.

70.  Fairweather, M.J. and Goldzieher, J.W.:  Problems in diagnosis and causes of hirsutism.  J. Am. Med. Assoc. 13:501–510, 1958.

1959

71.  Nyman, M.A., Geiger, J., and Goldzieher, J.W.:  Biosynthesis of estrogen by the perfused stallion testis.  J. Biol. Chem. 234:16–18, 1959.

72.  Goldzieher, J.W., Baker, R.E., and Nyman, M.A.:  The distribution of estrogens between red cells and serum.  Endocrinology 6:310–316, 1959.

73.  Gassner, F.X., Goldzieher, J.W., Masken, J.F., and Hopwood, M.L.:  The objective measurement of sperm motility.  Fertil. Steril. 10:488–501, 1959.

74.  Axelrod, L.R. and Goldzieher, J.W.:  The metabolism of 17α- hydroxyprogesterone in hypopituitary patients.  Proc. Endocrine Soc., 41st Meeting, Atlantic City, N.J., 1959, p. 66.

75.  Goldzieher, J.W., Laitin, H., and Axelrod, L.R.:  Evaluation of adrenocortical function in simple hirsutism.  Endocrine Society, 41st Meeting, Atlantic City, N.J., 1959, p. 66.

5

76.     Goldzieher, J.W.: Evaluation of treatment in abortion; a problem in experimental design. Brook Lodge Symposium, Augusta, Michigan, Brook Lodge Press, 1959, pp. 65–70.

1960

77.     Axelrod, L.R. and Goldzieher, J.W.: The metabolism of 17α-hydroxyprogesterone and its relation to congenital adrenal hyperplasia. J. Clin. Endocrinol. Metab. 20:238–297, 1960.

78.     McCormack, S., Goldzieher, J.W., and Besch, P.K.: A chloromercuribenzoate resin for the selective binding of nonprotein sulfhydryl compounds. Biochim. Biophys. Acta 38:293–297, 1960.

79.     Axelrod, L.R., Rao, P.N., and Goldzieher, J.W.: Methylation of 2-hydroxyestradiol–17β to 2–methoxyestrone in the human. Arch. Biochem. Biophys. 87:152–153, 1960.

80.     Bauld, W.S., Givner, M.L., Engel, L.L., and Goldzieher, J.W.: The fluorescence of eight natural estrogens in sulfuric acid. Can. J. Biochem. Physiol. 38:213–232, 1960.

81.     Goldzieher, J.W., Bauld, W.S., Engel, L.L., and Givner, M.L.: Recording spectrofluorometers: Two new designs and their evaluation. Can. J. Biochem. Physiol. 38:233–243, 1960.

82.     Savard, K. and Goldzieher, J.W.: Biosynthesis of steroids in stallion testis tissue. Endocrinology 66:617–624, 1960.

83.     Savard, K., Goldweber, M., and Goldzieher, J.W.: Non–utilization of mevalonic acid in steroidogenesis by testis tissue. Fed. Proc. 19:169(8), 1960.

84.     Domnitz, J., Hurd, H.F., and Goldzieher, J.W.: The evaluation of I¹³¹ therapy of Graves' disease. Reliability and prognostic value of chemical and radioactive iodine studies. Arch. Intern. Med. 106:194-204, 1960.

85.     Goldzieher, J.W. and Baker, R.E.: The percutaneous absorption of estradiol–17β and progesterone. J. Invest. Dermatol. 35:215–218, 1960.

86.     Goldzieher, J.W. and Laitin, H.: Evaluation of the pituitary–adrenal axis in simple hirsutism. J. Clin. Endocrinol. Metab. 20:967–982, 1960.

87.     Goldzieher, J.W. and Laitin, H.: Evaluation of the pituitary–adrenal axis in idiopathic hirsutism. Acta Endocrinol. (Copenhagen) (Suppl. 51):401, 1960.

88.     Goldzieher, J.W. and Axelrod, L.R.: Adrenal and ovarian steroidogenesis in the sclerocystic ovary syndrome. Acta Endocrinol. (Copenhagen) (Suppl. 51):617, 1960.

89.     Goldzieher, J.W., Domnitz, J., and Hurd, H.F.: The reliability and prognostic value of chemical and radioiodine studies following I¹³¹ therapy of Graves' disease. Acta Endocrinol. (Copenhagen) (Suppl. 51):1195, 1960.

90.     Goldzieher, J.W.: Endocrinologist challenges paper on hyperandrinocorticism (sic). Tex. State J. Med. 56:339–401, 1960.

91.     Truby, F. and Goldzieher, J.W.: Correlation of biological activity and the electron spin resonance signal strength from guinea pig adrenals. Nature (London) 188:1088–1090, 1960.

6

<u>1961</u>

92.    Goldzieher, J.W., Baker, R.A., and Riha, E.C.:  The quantitative extraction and partial purification of steroids in tissue and blood.  J. Clin. Endocrinol. Metab. 21:62–71, 1961.

93.    Axelrod, L.R. and Goldzieher, J.W.:  Transmethylation of 2–hydroxy estrogens by human tissue.  J. Clin. Endocrinol. Metab. 21:211–212, 1961.

94.    Axelrod, L.R., Rao, P.N., and Goldzieher, J.W.:  The conversion of 2-hydroxy estradiol–17β to 2–hydroxy and 2–methoxy metabolites in human urine.  Arch. Biochem. Biophys. 94:265–268, 1961.

95.    Pitcher, J.L., Goldsmith, R.S., and Goldzieher, J.W.:  Transient hypophysitis following aseptic meningitis.  Endocrine Soc., 43rd Meeting, New York City, N.Y., 1961, Program. p. 92(175).

96.    Matthijssen, C. and Goldzieher, J.W.:  Studies of adrenal 21–hydroxylation.  Endocrine Soc., 43rd Meeting, New York City, N.Y., 1961, Program. p. 83(157).

97.    Axelrod, L.R. and Goldzieher, J.W.:  Steroidogenesis in the polycystic ovary.  Endocrine Soc., 43rd Meeting, New York City, N.Y., 1961, Program. p. 24(44).

98.    McCormack, S. and Goldzieher, J.W.:  Adrenal steroidogenesis in vitro. A review.  Pathol. Biol. 9:1343–1355, 1961.

99.    Axelrod, L.R. and Goldzieher, J.W.:  Enzymic inadequacies of human polycystic ovaries.  Arch. Biochem. Biophys. 95:547–548, 1961.

100.    Baker, R.E. and Goldzieher, J.W.:  A simple method for the measurement of total urinary radioactive steroid metabolites and its application to the study of percutaneous absorption.  Acta Endocrinol. (Copenhagen) 38:275–284, 1961.

101.    Goldzieher, J.W.:  Synthetic progestins:  Their potentialities and use. Pacific Coast Fertil. Soc. 10th Annual Meeting, 1961, p. 5.

102.    Goldzieher, J.W.:  A critical look at the urinary 17–ketosteroid determination.  Sociedad Mexicana de Nutricion y Endocrinologia, II. Reunion Anual, San Jose Purua, Mich., Mexico, November, 1961, pp. 93–100.

103.    Goldzieher, J.W.:  Symposium on Steroid Hormones.  II. Clinical applications of steroid determinations.  Tex. State J. Med. 57:968-973, 1961.

104.    Goldzieher, J.W.:  Symposium on Steroid Hormones.  I. Synthetic progestational steroids. Their significance and use.  Tex. State J. Med. 57:962–967, 1961.

105.    Martinez–Manautou, J., Maqueo, M., Rudel, H.W., and Goldzieher, J.W.:  Correlation of hormonal activity and ovarian histology in certain physiopathic conditions and after administration of a new progestational compound. Proc. 5th Pan- American Congr. Endocrinol. 1961.

<u>1962</u>

106.    Axelrod, L.R. and Goldzieher, J.W.:  Formation of 2-methoxyestradiol–17β in human steroid–producing tissues by a transmethylation reaction.  Endocrinol. 70:943–945, 1962.

7

107.   Goldzieher, J.W. and Green, J.A.: The polycystic ovary. I. Clinical and histologic features. J. Clin. Endocrinol. Metab. 22:325–338, 1962.

108.   Axelrod, L.R. and Goldzieher, J.W.: The polycystic ovary. II. Urinary steroid excretion. J. Clin. Endocrinol. Metab. 22:425–430, 1962.

109.   Axelrod, L.R. and Goldzieher, J.W. : The polycystic ovary. III. Steroid biosynthesis in normal and polycystic ovarian tissue. J. Clin. Endocrinol. Metab. 22:431–440, 1962.

110.   Troll, J. and Goldzieher, J.W.: Quantitative evaluation of the motility of spermatozoa. Fertil. Steril. 13:72–83, 1962.

111.   Martinez–Manautou, J., Maqueo, M., Gilbert, R.A., and Goldzieher, J.W.: Human endometrial activity of several new derivatives of 17-acetoxyprogesterone. Fertil. Steril. 13:169–183, 1962.

112.   Benoit, P., Goldzieher, J.W., Lepere, R.H., and Hardy, R.C.: Innervation of the ovary of the baboon. Anat. Rec. 142:215, 1962.

113.   Axelrod, L.R. and Goldzieher, J.W.: Mechanism of biochemical aromatization of steroids. J. Clin. Endocrinol. Metab. 22:537–542, 1962.

114.   Goldzieher, J.W., Moses, L.E., and Ellis, L.T.: Study of norethindrone in contraception. J. Am. Med. Assoc. 180:359–361, 1962.

115.   Goldzieher, J.W., Moses, L.E., and Ellis, L.T.: A field trial with a physiological method of conception control. In Conference on Research in Family Planning, New York, 1960. Edited by C. V. Kiser. Princeton, N.J., Princeton Univ. Press, 1962, pp. 351–356.

116.   Goldzieher, J.W.: The use of newer progestins as oral contraceptives and in uterine carcinoma. New Physician 11:265–267, 1962.

117.   Matthijssen, C. and Goldzieher, J.W.: The role of glutathione in adrenal 21–hydroxylation. Biochim. Biophys. Acta 60:20–25, 1962.

118.   Goldzieher, J.W. and Nakamura, Y.: A clinical method for the determination of urinary pregnandiol and pregnanetriol. Acta Endocrinol. (Copenhagen) 41:371–380, 1962.

119.   Acevedo, H.F. and Goldzieher, J.W: Steroid metabolism of human prostatic tissue. Sociedad Mexicana de Nutricion y Endocrinologia, III Reunion Anual, San Jose Purua, Mich., Mexico, November 1962, p. 113-123.

120.   Goldzieher, J.W., Rice–Wray, E., Schulz–Contretras, M., and Aranda-Rosell, A.: Fertility following termination of contraception with norethindrone. Endometrial morphology and conception rate. Am. J. Obstet. Gynecol. 84:1474–1477, 1962.

121.   Goldzieher, J.W. and Axelrod, L.R.: A study of methods for the determination of total, grouped and individual urinary 17-ketosteroids. J. Clin. Endocrinol. Metab. 22:1234–1241, 1962.

122.   Goldzieher, J.W. and Acevedo. H.F.: Metabolism of androstenedione by hypertrophic and carcinomatous prostate glands. Endocrine Soc., 44th Meeting, Chicago, Illinois, 1962, Program. p. 7(15).

NOTE: Numbers 123 through 125 are skipped.  Listing continued in order with number 126 (1963).

<u>1963</u>

126.    Goldzieher, J.W.: Fluorescence spectra.  In Physical Properties of the Steroid Hormones.
        Edited by L. L. Engel.  New York, Macmillan Co., 1963, pp. 288–320.

127.    Rice–Wray, E., Goldzieher, J.W., and Aranda–Rosell, A.: Oral progestins in fertility control:
        A comparative study.  Fertil. Steril. 14:402–409, 1963.

128.    Goldzieher, J.W.: Hormone production of the human ovary.  Congreso Mexicano de Ginecologia
        y Obstetricia.  IV, Memoria I:229, 1963.

129.    Goldzieher, J.W. and Rodgers, K.: Clitoral hypertrophy in one of nonidentical twins.  Am. J.
        Obstet. Gynecol. 86:882–885, 1963.

130.    Goldzieher, J.W., Martinez–Manautou, J., Livingston, N.B., Jr., Moses, L.E., and
        Rice–Wray, E.: The use of sequential estrogen and progestin to inhibit fertility.  A preliminary
        report.  West. J. Surg. Obstet. Gynecol. 71:187–190, 1963.

131.    Goldzieher, J.W. and Axelrod, L.R.: Clinical and biochemical features of polycystic ovarian
        disease.  Fertil. Steril. 14:631–653, 1963.

132.    Goldzieher, J.W.: Estrogens and progestins in normal and pathological states in women.  Prog.
        Gynecol. 4:201–227, 1963.

133.    Goldzieher, J.W.: Synthetic progestins:  Their potentialities and use.  Ortho Conference, Miami,
        Florida, November, 1963.

134.    Goldzieher, J.W.: Origins of hirsutism and virilism.  Tex. State J. Med. 59:1147–1150, 1963.

135.    Rice–Wray, E., Aranda–Rosell, A., Maqueo, M., and Goldzieher, J.W.: Comparison of the
        long–term endometrial effects of synthetic progestins used in fertility control.  Am. J. Obstet.
        Gynecol. 87:429–433, 1963.

136.    Maqueo, M., Perez–Vega, E., Goldzieher, J.W., Martinez–Manautou, J., and Rudel, H.:
        Comparison of the endometrial activity of 3 synthetic progestins used in fertility control.  Am.
        J. Obstet. Gynecol. 85:427–432, 1963.

137.    Goldzieher, J.W., Rice–Wray, E., Aranda–Rosell, A., and Maqueo-Topete, M.: Sinteticos
        utilizados en el control de la fertilidad. Congreso Mexicano de Ginecologia Y Obstetricia, IV,
        June, 1963, Memoria, pp. 612–616.

138.    Martinez, J., Goldzieher, J.W., Maqueo, M., Gual, C., and Rudel, H.W: Un nuevo concepto
        sobre la eficacia antiovulatoria de estrogenos y progestagenos.  Congreso Mexicano de
        Ginecologia y Obstetricia, IV, June, 1963, Memoria, pp. 624–625.

<u>1964</u>

139.    Acevedo, H.F. and Goldzieher, J.W.: The metabolism of 4–$^{14}$C–androstene–3,17–dione by
        normal human prostatic tissue.  Biochim. Biophys. Acta 82:118–120, 1964.

140.    Goldzieher, J.W., Livingston, N.B., Jr., Martinez–Manautou, J., and Moses, L.E.: The use of

sequential estrogen and progestin to inhibit fertility. International Planned Parenthood Federation, 7th Conference, Singapore, 1963, Proceedings. (Excerpta Medica Int. Congr. Ser. 72). N.Y., Excerpta Medica Foundation, 1964. pp 325–327.

141. Goldzieher, J.W.: Newer drugs in oral contraception. Med. Clin. N. Am. 48:529–545, 1964.

142. Goldzieher, J.W.: Double–blind trial of a progestin in habitual abortion. J. Am. Med. Assoc. 188:651–654, 1964.

143. Goldzieher, J.W.: Urinary estrogens in congenital adrenal hyperplasia. Endocrine Society, 46th Meeting, San Francisco, Calif., 1964, Program. p. 54(64).

144. Axelrod, L.R. and Goldzieher, J.W.: Coexistent adrenal and ovarian 3β–ol dehydrogenase deficiency. Endocrine Society, 46th Meeting, San Francisco, Calif., 1964, Program. p. 72(99).

145. Acevedo, H.F. and Goldzieher, J.W.: Metabolism of estrone–16–¹⁴C by the human prostate. Endocrine Soc., 46th Meeting, San Francisco, Calif., 1964, Program. p. 68(91).

146. Martinez–Manautou, J., Gual, C., Goldzieher, J.W., and Rudel, H.W.: Comparative anti–ovulatory potency of certain natural and synthetic estrogens. Endocrine Soc., 46th Meeting, San Francisco, Calif., 1964, Program. p. 118(192).

147. Gilbert, C.R.A., Goldzieher, J.W., and Cook, T.A., Jr.: Insidious rupture of the spleen or splenic vessels associated with pregnancy. J. Abdom. Surg. 6:48–57, 1964.

148. Goldzieher, J.G. (sic): Fundamentals in the use of progestins for the control of conception. Appl. Ther. 6:503–507, 1964.

149. Maqueo, M., Becerra, C., Munguia, H., and Goldzieher, J.W.: Endometrial histology and vaginal cytology during oral contraception with sequential estrogen and progestin. Am. J. Obstet. Gynecol. 90:395–400, 1964.

150. Goldzieher, J.W., Becerra, C., Gual, C., Livingston, N.B., Jr., Maqueo, M., Moses, L.E., and Tietze, C.: New oral contraceptive. Sequential estrogen and progestin. Am. J. Obstet. Gynecol. 90:404–411, 1964.

151. Goldzieher, J.W.: Ovarian dysfunction. Clin. Obstet. Gynecol. 7:1160–1180, 1964.

152. Goldzieher, J.W.: Adrenal cortical dysfunction. Clin. Obstet. Gynecol. 7:1136–1159, 1964.

153. Goldzieher, J.W.: The neglected infertile couple. Tex. State J. Med. 60:704–705, 1964.

**1965**

154. Axelrod, L.R., Matthijssen, C., Rao, P.N., and Goldzieher, J.W.: The fate of carbon–19 in the course of oestrogen biosynthesis from testosterone–19–¹⁴C. Acta Endocrinol. (Copenhagen) 48:383–391, 1965.

155. Matthijssen, C. and Goldzieher, J.W.: Precision and reliability in liquid scintillation counting. Anal. Biochem. 10:401–408, 1965.

156. Axelrod, L.R., Goldzieher, J.W., and Ross, S.D.: Concurrent 3β-hydroxysteroid

dehydrogenase deficiency in adrenal and sclerocystic ovary. Acta Endocrinol. (Copenhagen) 48:392–412, 1965.

157.    Goldzieher, J.W.: Future approaches in conception control. Pac. Med. Surg. 73:69–73, 1965.

158.    Rice–Wray, E. , Cervantes, A., Gutierrez, J., Aranda Rosell, A., and Goldzieher, J.W.: The acceptability of oral progestins in fertility control. Metabolism 14:451–456, 1965.

159.    Acevedo, H.F. and Goldzieher, J.W.: The metabolism of $^{14}C$–estrone by hypertrophic and carcinomatous human prostate tissue. Biochim. Biophys. Acta 97:571–578, 1965.

160.    Acevedo, H.F. and Goldzieher, J.W.: Further studies on the metabolism of 4–$^{14}C$–androstene–3,17–dione by normal and pathological human prostate tissue. Biochim. Biophys. Acta 97:564-570, 1965.

161.    Goldzieher, J.W.: Correlation of studies. Adv. Planned Parent. 1:1119, 1964.

162.    Goldzieher, J.W.: Oral contraceptives. Med. J. Aust. 1:991–992, 1965.

163.    Goldzieher, J.W.: Karzinomprophylaxe mit progestagenen. Selecta 7:1222–1227, 1965.

164.    Axelrod, L.R., Matthijssen, C., Goldzieher, J.W., and Pulliam, J.E.: Definitive identification of microquantities of radioactive steroids by recrystallization to constant specific activity. Acta Endocrinol. (Copenhagen), Suppl. 99:77 pp., 1965.

165.    Axelrod, L.R. and Goldzieher, J.W.: The polycystic ovary. V. Alternative pathways of steroid aromatization in normal, pregnancy and polycystic ovaries. J. Clin. Endocrinol. Metab. 25:1275–1278, 1965.

166.    Goldzieher, J.W. and Maas, J.M,: Sequential use of estrogen and progestin to control fertility. Pan American Congress of Endocrinology, 6th, Mexico, D.F., 1965, Abstracts of papers presented, p. E143 (315). (Excerpta Med. Int. Congr. Ser. 99), N.Y., Excerpta Medica Foundation, 1965.

167.    Acevedo, H.F. and Goldzieher, J.W.: The metabolism of 17–hydroxyprogesterone–4–$^{14}C$ by the pathological human prostate. Pan American Congress of Endocrinology, 6th, Mexico, D.F., 1965, Abstracts of papers presented, p. E173(381). (Excerpta Med. Int. Congr. Ser. 99), N.Y., Excerpta Medica Foundation, 1965.

168.    Goldzieher, J.W., King, E.P., and Hines, D.C.: Evaluation of clinical trials of fertility controlling agents. Pan American Congress of Endocrinology, 6th, Mexico, D.F., 1965, Abstracts of papers presented, p. E148(330). (Excerpta Med. Int. Congr. Ser. 99). N.Y., Excerpta Medica Foundation, 1965.

169.    Acevedo, H.F. and Goldzieher, J.W.: The metabolism of progesterone–4–$^{14}C$ by hypertrophic and carcinomatous human prostate tissue. Endocrine Soc., 47th Meeting, New York City, N.Y., 1965, Program. p. 76(111).

170.    Acevedo, H.F. and Goldzieher, J.W.: The metabolism of 4–$^{14}C$ progesterone by hypertrophic and carcinomatous human prostate tissue. Biochim. Biophys. Acta 111:294–298, 1965.

171.    Stevens, V.C. and Goldzieher, J.W.: Urinary excretion of gonadotropins in congenital adrenal

hyperplasia. Endocrine Soc., 47th Meeting, New York City, N.Y., 1965, Program. p. 64(88).

172. Green, J.A. and Goldzieher, J.W.: The polycystic ovary. IV. Light and electron microscope studies. Am. J. Obstet. Gynecol. 91:173–181, 1965.

173. Goldzieher, J.W. and Maas, J.M.: Sequential use of estrogen and progestin to control fertility. Pan American Congress of Endocrinology, 6th, Mexico, D.F., 1965. Abstracts of papers presented, p. E143(315). (Excerpta Med. Int. Congr. Ser. 99). N.Y. Excerpta Medica Foundation, 1965.

174. Goldzieher, J.W.: Clinical evaluation of contraceptives: A great responsibility. Yearbook Obstet. Gynecol. 1965–1966, p. 371–374.

175. LePere, R.H., Benoit, P.E., Hardy, R.C., and Goldzieher, J.W.: The origin and function of the ovarian nerve supply in the baboon. Fertil. Steril. 17:68–75, 1966.

176. Goldzieher, J.W.: The pill. J. Am. Med. Assoc. 196:390, 1966.

177. Hines, D.C., Goldzieher, J.W., and King, E.P.: A large scale study of conception control: facts and fancies. World Conference of Fertility Sterility, 5th, Stockholm, 1966. (Excerpta Med. Int. Congr. Ser. 109), N.Y., Excerpta Medica Foundation, 1966.

178. Hines, D.C., Goldzieher, J.W., and King, E.P.: Side–effects in a large scale study of an oral contraceptive agent. World Conference of Fertility Sterility, 5th, Stockholm, 1966. (Excerpta Med. Int. Congr. Ser. 109). N.Y., Excerpta Medica Foundation, 1966.

179. Goldzieher, J.W.: The therapy of coincidence. Tex. Med. 62:35–37, 1966.

180. Corral–Gallardo, J., Acevedo, H.A., Perez de Salazar, J.L., Loria, M., and Goldzieher, J.W.: The polycystic ovary. VI. A hilus cell tumor of the ovary associated with polycystic ovarian disease: In vivo and in vitro studies. Acta Endocrinol. (Copenhagen) 52:425–442, 1966.

181. Kumari, L. and Goldzieher, J.W.: In vitro steroidogenesis in normal human ovarian tissue. Acta Endocrinol. (Copenhagen) 52:455–464, 1966.

182. Maqueo, M. and Goldzieher, J.W.: Hormone–induced alterations of ovarian morphology. Fertil. Steril. 17:676–683, 1966.

183. Zanartu, J., Rice–Wray, E., and Goldzieher, J.W.: Fertility control with long–acting injectable steroids. A preliminary report. Obstet. Gynecol. 28:513–515, 1966.

184. Goldzieher, J.W.: The identification of sex hormones by chemical and biological assays. In: Adolescent Gynecology. Edited by F. P. Heald. Baltimore, Md., Williams and Wilkins Co., 1966. pp. 33–34.

185. Soberon, J., Calderon, J.J., and Goldzieher, J.W.: Relation of parity to age at menopause. Am. J. Obstet. Gynecol. 96:96–100, 1966.

186. Goldzieher, J.W.: Sequential oral contraceptives. Med. Proc. 12:320-330, 1966.

187. Goldzieher, J.W., Moses, L.E., and Rice–Wray, E.: 2000 anos–mujer de experiencia con terapia sequencial mestranol–clormadinona. Sociedad Mexicana de Nutricion y Endocrinologia,

12

V reunion anual, 35 diciembre 1964, Ixtapan de la Sal, Mexico, Induccion e inhibicion de la ovulacion; actas del segundo simposio. (Excerpta Med. Int. Congr. Ser. 104). Amsterdam/New York, Excerpta Medical Foundation, 1966. pp. 119–124.

188.    Maqueo, M., Azuela, J.C., Calderon, J.J., and Goldzieher, J.W.: Morphology of the cervix in women treated with synthetic progestins. Am. J. Obstet. Gynecol. 96:994–998, 1966.

189.    Lecocq, F.R., Bradley, E.M., and Goldzieher, J.W.: A comparison of the anabolic effect of chemically different oral contraceptives. Sociedad Mexicana de Nutricion y Endocrinologia, A.C., 6a, Ixtapan de la Sal, Mexico, 1966, Reunion Anual, pp. 229–233.

190.    Goldzieher, J.W., Maqueo, M., Ricaud, L., Aguilar, J.A., and Canales, E.: Induction of degenerative changes in uterine myomas by high-dosage progestin therapy. Am. J. Obstet. Gynecol. 96:1078–1087, 1966.

191.    Goldzieher, J.W. and Rice–Wray, E.: Oral contraception: Mechanism and Management. Springfield, Ill., Charles C. Thomas Co., 1966, p. 146.

192.    Maqueo, M. and Goldzieher, J.W.: Selective injury of uterine myomas with 6,17–dimethyl $\Delta^6$–progesterone. Endocrine Soc., 48th Meeting, Chicago, Ill., 1966. Program. p. 91(129).

193.    Young, R. L., Lecocq, F.R., Bradley, E.M., and Goldzieher, J.W.: Lactation and pituitary tumors. Endocrine Society, 48th Meeting, Chicago, Ill., 1966, Program. p. 91(129).

        Reference only: Green, J.A. and Maqueo, M.: Histopathology and ultrastructure of an ovarian hilar cell tumor. Am. J. Obstet. Gynecol. 96:478–485, 1966.

194.    Goldzieher, J.W.: Polycystic ovarian disease. Adv. Obstet. Gynecol. 1:354, 1967.

195.    Goldzieher, J.W.: Oestrogens in congenital adrenal hyperplasia. Acta Endocrinol. (Copenhagen) 54:51–62, 1967.

196.    Gual, C., Becerra, C., Rice–Wray, E., and Goldzieher, J.W.: Inhibition of ovulation by estrogens. Am. J. Obstet. Gynecol. 97:443-447, 1967.

197.    Goldzieher, J.W. and Fariss, B.: The polycystic ovary. VII. Intractable uterine bleeding and endometrial hyperplasia possibly related to an extraovarian source of estrogen. Acta. Endocrinol. (Copenhagen) 54:452–466, 1967.

198.    Rice–Wray, E., Correu, S., Gorodovsky, J., Esquivel, J., and Goldzieher, J.W.: Return of ovulation after discontinuance of oral contraceptives. Fertil. Steril. 18:212–218, 1967.

199.    Young, R.L., Bradley, E.M., Goldzieher, J.W., Myers, P.W., and Lecocq, R.F.: Spectrum of non–puerperal galactorrhea: Report of two cases evolving through the various syndromes. J. Clin. Endocrinol. Metab. 27:461–466, 1967.

200.    Goldzieher, J.W., Matthijssen, C., Gual, C., Vela, B.A., and de la Pena, A.: A simplified gas chromatographic method for large numbers of urinary pregnanediol determinations. Am. J. Obstet. Gynecol. 98:759–766, 1967.

201.    Rice–Wray, E., Becerra, C., Cervantes, A., and Goldzieher, J.W.: Control de la fertilidad: Regimen secuencial. Rev. Fac. Med., Univ. Mex. 9:5–17, 1967.

13

202.    de la Pena, A. and Goldzieher, J.W.: Clinical parameters of the normal baboon. In The Baboon in Medical Research, Vol. 2. (International Symposium on the Baboon and Its Use as an Experimental Animal, 2nd, San Antonio, 1967, Proceedings.) Edited by H. Vagtborg. Austin, University of Texas Press, 1967. pp. 379-389.

203.    Lecocq, F.R., Bradley, E.M., and Goldzieher, J.W.: Metabolic balance studies with norethynodrel and chlormadinone acetate. Am. J. Obstet. Gynecol. 99:374–381, 1967.

204.    Axelrod, L.R. and Goldzieher, J.W.: The polycystic ovary. VIII. The metabolism of $\Delta^5$–pregnenolone, progesterone, testosterone, 4-androstenedione and oestrone by normal and polycystic ovarian tissues. Acta Endocrinol. (Copenhagen) 56:255–271, 1967.

205.    Axelrod, L.R. and Goldzieher, J.W.: Steroid biosynthesis by adrenal and ovarian tissue in congenital adrenal hyperplasia. Acta Endocrinol. (Copenhagen) 56:453–458, 1967.

206.    Goldzieher, J.W.: Perspectives in conception control. Sociedad Mexicana de Nutricion y Endocrinologia, December 1–2, 1967, Guadalajara, Mexico, 1967. p. 28.

1968

207.    Stevens, V.C. and Goldzieher, J.W.: Urinary excretion of gonadotropins in congenital adrenal hyperplasia. Pediatrics 41:421-427, 1968.

208.    Axelrod, L.R. and Goldzieher, J.W.: Free steroid biosynthesis from $\Delta^5$–(4–$^{14}$C) pregnenolone in normal human adrenal tissue. Biochim. Biophys. Acta 152:391–395, 1968.

209.    Goldzieher, J.W., Axelrod, L.R., and Weissbein, A.S.: Atypical adrenal hyperfunction: In vivo studies and in vitro incubations of adrenal tissue with 4–$^{14}$C–progesterone. Acta Endocrinol. (Copenhagen) (Suppl. 129):34, 1968.

210.    Goldzieher, J.W.: The incidence of side effects with oral or intrauterine contraceptives. Am. J. Obstet. Gynecol. 102:91–94, 1968.

211.    Stevens, V.C., Goldzieher, J.W., and Vorys, N.: Effect of mestranol and chlormadinone acetate on urinary excretion of FSH and LH. Am. J. Obstet. Gynecol. 102:95–105, 1968.

212.    Goldzieher, J.W. and de la Pena, A.: the effect of formalin and the duration of acid hydrolysis on free and conjugated urinary 17-ketosteroids. Clin. Chem. 14:1125–1130, 1968.

213.    Hines, D.C. and Goldzieher, J.W.: Large–scale study of an oral contraceptive. Fertil. Steril. 19:841–866, 1968.

214.    Goldzieher, J.W.: Polycystic ovarian disease. In Progress in Infertility, Chapter 15. Edited by S. J. Behrman and R. W. Kistner. Boston, Little, Brown and Co., 1968. pp. 351–372.

215.    Goldzieher, J.W.: The interplay of adrenocortical and ovarian function. Symposium on the Physiology and Pathology of Human Reproduction, 2nd, Detroit, 1966, The ovary: Proceedings. Compiled and Edited by H.C. Mack, Springfield, Ill., Charles C. Thomas, Co., 1968. pp. 106–129.

216.    Hagino, N. and Goldzieher, J.W.: A role of ovarian hormones on the neural timing of gonadotropin release in rats. International Congress of Physiological Sciences, 24th,

Washington, D.C., 1968, Vol. 7, Abstracts of Volunteer Papers and Films. p. 175 (523).

217.    Goldzieher, J.W.: Oral contraception: Development and clinical use of sequential preparation. In Advanced Concepts in Contraception. Edited by F. Hoffman and R. L. Kleinman. (Excerpta Med. Int. Congr. Ser. 169). N.Y., Excerpta Medica Foundation, 1968. pp. 6–30.

Goldzieher, J.W: Clinical use of sequential preparations. In: Advanced Concepts in Contraception. Edited by F. Hoffman and R. L. Kleinman. (Excerpta Med. Int. Congr. Ser. 169). N.Y., Excerpta Medica Foundation, 1969. pp. 40–43.

Goldzieher, J.W.: Oral contraception: Combined and sequential preparations. In Advanced Concepts in Contraception. Edited by F. Hoffman and R L. Kleinman. (Excerpta Med. Int. Congr. Ser. 169). N.Y., Excerpta Medica Foundation, 1968. pp. 69–79.

Goldzieher, J.W.: Abnormalities in ovarian hormone production. In: Advanced Concepts in Contraception. Edited by F. Hoffman and R. L. Kleinman. (Excerpta Med. Int. Congr. Ser. 169). N.Y., Excerpta Medica Foundation, 1968. pp. 133–139.

218.    Goldzieher, J.W., Maas, J.M., and Hines, D.C.: Seven years of clinical experience with a sequential oral contraceptive. Int. J. Fertil. 13:399–404, 1968.

219.    Spellacy, W.N., Buhi, W.C., Spellacy, C.E., Moses, L.C., and Goldzieher, J.W.: Carbohydrate studies in long–term users of oral contraceptives. Diabetes 17:344–345, 1968.

<u>1969</u>

220.    Hagino, N., Watanabe, M., and Goldzieher, J.W.: Inhibition by adrenocorticotrophin of gonadotropin–induced ovulation in immature female rats. Endocrinology 84:308–314, 1969.

221.    Goldzieher, J.W. and Beering, S.C.: Metabolism of 11β–hydroxyandrostenedione, adrenosterone and hydrocortisone to urinary 11–oxy 17–ketosteroids. J. Clin. Endocrinol. Metab. 29:171–178, 1969.

222.    Kulkarni, B.D. and Goldzieher, J.W.: Isolation of 17α–ethynyl steroids by column chromatography on silver-impregnated florisil. Steroids 13:467–475, 1969.

223.    Kammer, C.S. and Goldzieher, J.W.: Extraction of steroid conjugates from aqueous solutions. Anal. Biochem. 28:492–502, 1969.

224.    Goldzieher, J.W. and Axelrod, L.R.: Polycystic ovary. In Selected Genital Anomalies and Related Subjects. Compiled and edited by M. Nabil Rashad and W.R.M. Morton. Springfield, Ill., Charles C. Thomas Co., 1969. pp. 642–683.

225.    Axelrod, L.R., Lecocq, F.R., and Goldzieher, J.W.: Biosynthesis of allo–3β–tetrahydrocortisol (Reichstein's Substance V) by an adrenal adenoma. J. Clin. Endocrinol. Metab. 29:936–941, 1969.

226.    Goldzieher, J.W.: Present methods and future possibilities. In Progress in Conception Control. Edited by E. T. Tyler, Philadelphia, PA., J.B. Lippincott Co., 1969. pp. 118–124.

227.    Goldzieher, J.W.: Oral contraceptives: Which one and for whom: In Family Planning Today. Edited by A. Rubin. (Planned Parenthood Association of Southeastern Pennsylvania

15

Conference, Philadelphia, PA., 1968)  Philadelphia, PA., F.A. Davis Co., 1969.  pp.43–57.

228.    Hines, D.C. and Goldzieher, J.W.:  Clinical investigation:  A guide to its evaluation.  Am. J. Obstet. Gynecol. 105:450–487, 1969.

229.    Moses, L.E., Goldzieher, J.W., and Moses, I.G.:  Evaluation of a new combination oral contraceptive:  Lynestrenol–mestranol (Lyndiol).  Fertil. Steril. 20:715–728, 1969.

230.    Allen, B.R., Hagino, N., and Goldzieher, J.W.:  Stereotaxic internal coordinates using positive contrast ventriculography in the baboon. Anat. Rec. 163:145–146, 1969.

231.    Goldzieher, J.W. and Axelrod, L.R.:  Urinary metabolites of 4–$^{14}$C-progesterone in the baboon (Papio sp.).  Gen. Comp. Endocrinol. 13:201–205, 1969.

232.    Hagino, N. and Goldzieher, J.W.:  The influence of corticosteroids on FSH secretion in immature rats.  Endocrine Soc., 51st Meeting, New York City, NY, 1969, Program.  p. 149(237).

233.    Axelrod, L.R. and Goldzieher, J.W.:  Metabolism in vitro of androstenedione and dehydroepiandrosterone by normal ovarian tissue.  Biochim. Biophys. Acta 187:450–453, 1969.

234.    Axelrod, L.R., Goldzieher, J.W., and Woodhead, D.M.:  Steroid biosynthesis in a feminizing adrenal carcinoma.  J. Clin. Endocrinol. Metab. 29:1481–1488, 1969.

1970

235.    Spellacy, W.N, Buhi, W.C., Spellacy, C.E., Moses, L.E., and Goldzieher, J.W.:  Glucose, insulin, and growth hormone studies in long–term users of oral contraceptives.  Am. J. Obstet. Gynecol. 106:173–182, 1970.

236.    Goldzieher, J.W.:  Estrogens and progestins.  Prog. Gynecol. 5:12–45, 1970.

237.    Kulkarni, B.D. and Goldzieher, J.W.:  A preliminary report on urinary excretion pattern and method of isolation of $^{14}$C–ethynyl–estradiol metabolites in women.  Contraception 1:47–55, 1970.

238.    Maqueo, T.M., Gorodovsky, J., Rice–Wray, E., and Goldzieher, J.W.:  Endometrial changes in women taking hormonal contraceptives for periods of up to ten years.  Contraception 1:115–129, 1970.

239.    Kulkarni, B.D. and Goldzieher, J.W.:  Urinary excretion pattern and fractionation of radioactivity after injection of 4–$^{14}$C–mestranol (17α–ethynylestradiol 3–methyl ether) in women – a preliminary report.  Contraception 1:131–135, 1970.

240.    Hagino, N. and Goldzieher, J.W.:  Effect of timing and quantity of estrogen on gonadotropin–induced ovulation in immature rats. Endocrinology 86:29–33, 1970.

241.    Kulkarni, B.D., Kammer, C.S., and Goldzieher, J.W.:  Tracer studies of the fate of steroid hormones in the baboon. Gen. Comp. Endocrinol. 14:68–71, 1970.

242.    Williams, M.J. and Goldzieher, J.W.:  Variable conversion of circulating testosterone to urinary testosterone glucuronide in normal and hirsute women. Endocrine Soc., 52nd Annual Meeting, St. Louis, MO., 1970, Program. p. 212(352).

243.    Axelrod, L.R. and Goldzieher, J.W.:  The effect of cofactors on steroid biosynthesis in normal ovarian tissue.  Biochim. Biophys. Acta 202:349–353, 1970.

244.    Maqueo, T.M., Rice–Wray, E., Gorodovsky, J., and Goldzieher, J.W.: Endometrial regeneration in patients discontinuing oral contraceptives.  Fertil. Steril. 21:224–229, 1970.

245.    de la Pena, A. Matthijssen, C., and Goldzieher, J.W.:  Normal values for blood constituents of the baboon (Papio species).  Lab. Anim. Care 20:251–261, 1970.

246.    Goldzieher, J.W.:  Oral contraceptives:  A review of certain metabolic effects and an examination of the question of safety.  Fed. Proc. 29:1220–1227, 1970.

247.    Goldzieher, J.W.:  An assessment of the hazards and metabolic alterations attributed to oral contraceptives.  Contraception 1:409-445, 1970.

248.    Goldzieher, J.W.:  La interaccion de las funciones suprarenal y ovarica.  In Endocrinologia de la Reproduccion.  Edited by Jorge Martinez–Manautou.  Mexico 20, D.F., La Prensa Medica Mexicana, 1970.  pp. 238–257.

249.    Goldzieher, J.W.:  Present methods and future possibilities.  J. Reprod. Med. 5:49–52, 1970.

250.    Goldzieher, J.W.:  New report on oral contraceptives of the Advisory Committee to the Food and Drug Administration.  A comment on the new report.  Am. J. Obstet. Gynecol. 107:1106–1110, 1970.

251.    Axelrod, L.R. and Goldzieher, J.W.:  In vitro metabolism of androstenedione and dehydroepiandrosterone by normal ovarian tissue.  In Homenaje al Profesor Doctor Luis Castelazo Ayala, XXV Aniversario Profesional,  Tomo II, Mexico, 1970.  pp. 387–390.

252.    Hagino, N. and Goldzieher, J.W.:  Regulation of gonadotropin release by the corpus luteum in the baboon.  Endocrinology 87:413–418, 1970.

253.    Goldzieher, J.W., Kleber, J.W., Moses, L.E., And Rathmacher, R.P.: A cross–sectional study of plasma FSH and LH levels in women using sequential, combination or injectable steroid contraceptives over long periods of time.  Contraception 2:225–248, 1970.

254.    Maqueo, M.T., Rice–Wray, E., Gorodovsky, J., and Goldzieher, J.W.: The effect of contraceptive steroids on endometrial sinusoids and the failure of these changes to correlate with breakthrough bleeding or systemic vascular effects.  Contraception 2:283–288, 1970.

255.    Goldzieher, J.W., Matthijssen, C., and Mandel, J.E.:  Inhibition of fertility in rabbits by administration of homologous placental extracts and human chorionic gonadotropin. Contraception 2:323-330, 1970.

256.    Goldzieher, J.W. and Hardy, R.C.:  Pseudotumor hypophyseos.  A case report.  Acta Endocrinol. (Copenhagen) 65:617–626, 1970.

257.    Axelrod, L.R. and Goldzieher, J.W.:  Metabolism of 4–$^{14}$C progesterone by components of normal human ovaries.  Acta Endocrinol. (Copenhagen) 65:707–711, 1970.

258.    Goldzieher, J.W.:  Statement of Dr. Joseph W. Goldzieher, Director, Division of Clinical Sciences, Southwest Foundation for Research and Education, San Antonio, Texas.  In U.S.

17

Congress. Senate. Committee on Labor and Public Welfare, Subcommittee on Health, Family Planning and Population Research, 1970. Hearings, NinetyFirst Congress, first and second sessions on S. 2109 and S. 3219, pp. 244–246. Washington, U.S. Govt. Print. Off., 1970.

259.    Goldzieher, J.W.: Statement of Dr. Joseph W. Goldzieher, Director, Division of Clinical Sciences, Southwest Foundation for Research and Education, San Antonio, Texas. In U.S. Congress. Senate. Select Committee on Small Business, Subcommittee on Monopoly. Competitive problems in the drug industry. Hearings. Ninety–first Congress, second session on present status of competition in the pharmaceutical industry, Part 15, Oral contraceptives (volume one), pp. 6345–6380. Washington, U.S. Govt. Print. Off., 1970.

**1971**

260.    Moses, L.E. and Goldzieher, J.W.: The influence of a sequential oral contraceptive on the carbohydrate metabolism of diabetics and prediabetics. Adv. Planned Parent. 6:101–104, 1971.

261.    Goldzieher, J.W., Axelrod, L.R., and Kammer, C.S.: In vivo conversion of 4–$^{14}$C progesterone to androsterone and etiocholanolone in man. Steroids 17:209–217, 1971.

262.    Goldzieher, J.W. and Williams, M.C.: Urinary testosterone glucuronide as a measure of endogenous testosterone production. Acta Endocrinol. (Copenhagen) 67:371–383, 1971.

263.    Rice–Wray, E. and Goldzieher, J.W.: Efectos colaterales con esteroides anticonceptivos. Ginecol. Obstet. Mex. 29:253–264, 1971.

264.    Goldzieher, J.W. and Axelrod, L.R.: Precursors of urinary 11–oxy–17–ketosteroids. II. Allo–3B–tetrahydrocortisol. J. Clin. Endocrinol. Metab. 33:176–181, 1971.

265.    Matthijssen, C. and Goldzieher, J.W.: Analysis of total, grouped, and individual urinary 17–ketosteroids: A critical evaluation. Acta Endocrinol. (Copenhagen) 68:311–333, 1971.

266.    Goldzieher, J.W., Moses, L.E., Averkin, E., Scheel, C., and Taber, B.Z.: A placebo–controlled double–blind crossover investigation of the side effects attributed to oral contraceptives. Fertil. Steril. 22:609–623, 1971.

267.    de la Pena, A. and Goldzieher, J.W.: Separation of free and bound steroid in the competitive protein binding assay for testosterone: Accuracy and reproducibility. Steroids 18:195–201, 1971.

268.    Goldzieher, J.W.: Diurnal cycle of adrenal activity in secondary amenorrhea. Obstet. Gynecol. 38:848–849, 1971.

269.    Goldzieher, J.W., Moses, L.E., Averkin, E., Scheel, C., and Taber, B.Z.: Nervousness and depression attributed to oral contraceptives: A double–blind, placebo–controlled study. Am. J. Obstet. Gynecol. 111:1013–1020, 1971.

270.    Goldzieher, J.W.: Orale kontrazeptiva und thromboembolie erfahrungen in Nordamerika. In: Hamburger Symposium uber Blutgerinnung, XIV, 1971; Sexualhormone und Blutgerinnung. Edited by R. Marx and H.A. Thies. Stuttgart/New York, F.K. Schattauer Verlag, 1971. pp. 205–211.

271.    Connell, E.B., Davis, J.E., Goldzieher, J.W., and Wallace, E.Z.: Hormones, Sex and Happiness. Chicago, Ill., Cowles Book Co., 1971, p. 358.

18

## 1972

272.    Kudzma, D.J., Bradley, E.M., and Goldzieher, J.W.: A metabolic balance study of the effects of an oral steroid contraceptive on weight and body composition. Contraception 5:31–37, 1972.

273.    Corral, J., Calderon, J., and Goldzieher, J.W.: Induction of ovulation and term pregnancy in a hypophysectomized woman. A case report. Obstet. Gynecol. 39:397–400, 1972.

274.    Maqueo, M., Rice–Wray, E., Calderon, J.J., and Goldzieher, J.W.: Ovarian morphology after prolonged use of steroid contraceptive agents. Contraception 5:177–185, 1972.

275.    de la Pena, A., Matthijssen, C., and Goldzieher, J.W.: Normal values for blood constituents of the baboon. Part II. Lab. Anim. Sci. 22:249–257, 1972.

276.    Mendelsohn, L.V., Mouton, D.E., and Goldzieher, J.W.: Thyroid responsiveness in Gravesian ophthalmopathy. Arch. Intern. Med. 130:119–120, 1972.

277.    Goldzieher, J.W.: The quality of advice: Philosophy and Technology of Drug Assessment, Vol. 2. Edited by J.D. Cooper. N. Engl. J. Med. 287:53 (Book Review), 1972.

278.    Goldzieher, J.W. and Kraemer, D.C.: The metabolism and effects of contraceptive steroids in primates. Acta Endocrinol. (Copenhagen) (Suppl. 166):389–421, 1972.

279.    Goldzieher, J.W.: Experimental design. International Congress on Pharmacology, 5th, San Francisco, Calif. , 1972, Abstracts. p. 126.

280.    de la Pena, A. and Goldzieher, J.W.: Practical determination of total plasma cortisol using competitive protein binding. International Congress on Clinical Chemistry, 8th, Copenhagen, Denmark,1972.

## 1973

281.    Rice–Wray, E., Gutierrez, J., Gordovsky, J., Maqueo, M., and Goldzieher, J.W.: Injectable contraceptives in family planning: Clinical experience in 14,958 cycles. Adv. Planned Parent. 8:103–133, 1973.

282.    Axelrod, L.R,, Kraemer, D.C., Burdett, J., Jr., and Goldzieher, J.W.: Biosynthesis of 11ß–hydroxandrostenedione by human and baboon adrenals. Acta Endocrinol. (Copenhagen) 72:545–550, 1973.

283.    Goldzieher, J.W.: The evaluation of clinical and therapeutic information. In Human Reproduction, Conception and Contraception, chapt. 15. Edited by E.S.E. Hafez and T.N. Evans, Hagerstown, MD, Harper & Row, 1973. pp. 607–614.

284.    Garcia, C.R., Goldzieher, J.W., and Massey, J.B.: Oral contraceptives. In Human Reproduction, Conception and Contraception, chapt. 15. Edited by E.S.E. Hafez and T.N. Evans, Hagerstown, MD, Harper & Row, 1973. pp. 335–359.

285.    Goldzieher, J.W.: Problems in the experimental design of clinical trials with oral contraceptive agents. In International Congress Pharmacology, 5th, San Francisco, Calif., 1972, Proceedings: Vol. 1, Pharmacology and the Future of Man. Basel, Karger, 1973, pp. 240-249.

19

286.    Hale, H.B., Storm, W.F., Goldzieher, J.W., Hartman, B.O., Miranda, R.E., and Hosenfeld, J.M.: Physiological cost and 36– and 48–hour simulated flights. Aerosp. Med. 44:871–881, 1973.

287.    de la Pena, A., Matthijssen, C., and Goldzieher, J.W.: Clinical chemistry. Primate Med. 8:34–50, 1973.

288.    Goldzieher, J.W., Joshi, S., and Kraemer, D.C.: Non–human primates in contraceptive research. Acta Endocrinol. (Copenhagen) (Suppl. 185):90–118, 1973.

289.    Goldzieher, J.W.: Enfermedad ovarica poliquistica. Clin. Obstet. Ginecol. 16:81–102, 1973. (Translation of Clin. Obstet. Gyencol. 16:82–105, 1973).

1974

290.    de la Pena, A. and Goldzieher, J.W.: Practical determination of total plasma cortisol by use of competitive protein binding. Clin. Chem. 20:1376–1378, 1974.

291.    Goldzieher, J.W., de la Pena, A., and Chenault, C.B.: Ovulation inhibiting action of ethynyl estrogen. Fertil. Steril. 25:299–300, 1974.

292.    Goldzieher, J.W.: Metabolic alterations associated with oral contraceptives. International Planned Parenthood Federation, SouthEast Asia and Oceania Regional Medical and Scientific Congress, 1st, Sydney, 1972, Clinical Proceedings. Melbourne, Australian and New Zealand Journal of Obstetrics and Gynecology, n.d., pp. 48–54.

293.    Williams, M.C., Helton, E.D., and Goldzieher, J.W.: The metabolism of ethynyl estradiol in women. Endocrine Soc., 56th Annual Meeting, Atlanta, GA., 1974, Program and Abstracts. p. A–315(520).

294.    Rao, P.N., de la Pena, A., and Goldzieher, J.W.: Antisera for radioimmunoassay of mestranol and ethynylestradiol. J. Steroid Biochem. 5:307(49), 1974.

295a.   Helton, E.D., Williams, M.C., and Goldzieher, J.W.: The metabolism of ethynyl estradiol in women. J. Steroid Biochem. 5:320(103), 1974.

295b.   Williams, M.C., Helton, E.D., and Goldzieher, J.W.: The urinary metabolites of 17α-ethynylestradiol-9,11α-²H in women. Chromatographic profiling and identification of ethynyl and nonethynyl compounds. Steroids 25:229-246, 1975.

296a.   Cunningham, G.R., Caperton, E., and Goldzieher, J.W.: The antiovulatory effect of triamcinolone in man. J. Steroid Biochem. 5:378(345), 1974.

296b.   Cunningham, G.R., Caperton, E.M., Jr., and Goldzieher, J.W.: Antiovulatory activity of synthetic corticoids. J. Clin. Endocrinol. Metab. 40:265-267, 1975.

297.    Goldzieher, J.W. and Rudel, H.W.: How the oral contraceptives came to be developed. J. Am. Med. Assoc. 230:421–425, 1974.

298.    Rao, P.N., de la Pena, A., and Goldzieher, J.W.: Antisera for radioimmunoassay of 17α–ethynylestradiol and mestranol. Steroids 24:803–808, 1974.

299.    Rao, P.N., Moore P.H., Jr., and Goldzieher, J.W.:  Specific antisera suitable for solid–phase radioimmunoassay of 11ß–hydroxyandrost–4-ene–3,17–dione.  Steroids 24:793–801, 1974.

300.    Goldzieher, J.W.:  Postmenopausal estrogen therapy.  J. Am. Med. Assoc. 227:1382–1383, 1974.

1975

301.    Hagino, N. and Goldzieher, J.W.:  The effect of testosterone and other adrenal steroids on PMS–induced ovulation in the immature rat. Neuroendocrinology 17:27–39, 1975.

302.    Goldzieher, J.W.:  Assessment of contraceptive effectiveness in phase II clinical trials.  In Principles and Techniques of Human Research and Therapeutics, Vol. VI:  Endocrine–metabolic drugs, chapt. 3.  Edited by F G. McMahon.  Mount Kisco, N.Y., Futura Publishing Co., Inc., 1975.  pp. 19–31.

303.    Goldzieher, J.W., Maqueo, M., Chenault, C.B., and Woutersz, T.B.: Comparative studies of the ethynyl estrogens used in oral contraceptives.  I.  Endometrial response.  Am. J. Obstet. Gynecol. 122:615–618, 1975.

304.    Goldzieher, J.W., de la Pena, A., Chenault, C.B., and Cervantes, A.: Comparative studies of the ethynyl estrogens used in oral contraceptives.  II.  Antiovulatory potency.  Am. J. Obstet. Gynecol. 122:619–624, 1975.

305.    Goldzieher, J.W., de la Pena, A., Chenault, C.B., and Cervantes, A.: Comparative studies of the ethynyl estrogens used in oral contraceptives.  III.  Effect on plasma gonadotropins.  Am. J. Obstet. Gyencol. 122:625–636, 1975.

306.    Goldzieher, J.W.:  Current status of female hormonal contraception. Prog. Gynecol. 6:353–380, 1975.

307.    Goldzieher, J.W.:  Polycystic ovarian disease.  In Progress in Infertility, chapt. 3, 2nd edition. Edited by S.J. Behrman and R. W. Kistner.  Boston, MA, Little, Brown and Co., 1975.  pp. 325–344.

308.    de la Pena, A., Chenault, C.B., and Goldzieher, J.W.: Radioimmunoassay of unconjugated plasma ethynylestradiol in women given a single oral dose of ethynylestradiol or mestranol. Steroids 25:773–780, 1975.

309.    Goldzieher, J.W.:  The interface of animal and clinical pharmacology. J. Steroid Biochem. 6:929–931, 1975.

310.    WHO Scientific Group on Advances in Methods of Fertility Regulation.  (Diczfalusy, E., Giner, J., Goldzieher, J.W., Haspels, A.A., Pshenichnikova, T.Y., Tejuja, S., and Wynn, V.; members). Advances in methods of fertility regulation.  WHO Tech. Rep. Ser. 575:1–45, 1975.

311.    Goldzieher, J.W. and Dozier, T.S.:  Oral contraceptives and thromboembolism:  A reassessment.  Am. J. Obstet. Gynecol. 123:878–914, 1975.

312.    Goldzieher, J.W.:  Alleged thromboembolic and carcinogenic hazards of contraceptive steroids. International Scientific Congress of the Family Planning Association of Sri Lanka, 1st, Colombo, 1974, Proceedings.  Edited by S. Chinnatamby and N.D.W. Lionel.  Colombo Family Planning Association of Sri Lanka, n.d. pp. 60–65.

313.  Goldzieher, J.W., Connell, E.B., Chez, R.A., and Weingold, A.B.: Diagnostic evaluation of a woman prior to beginning contraception. Dialogues Oral Contracept. 1(2):1–2, 4–8, 1976.

314.  Menendez, C.E. and Goldzieher, J.W.: Modern laboratory diagnosis of thyroid disease. Tex. Med. 72:66–73, 1976.

315.  Goldzieher, J.W., Dozier, T.S., and Maas, M.J.: 11β–hydroxyandrostenedione as an index of the adrenal contribution to plasma androstenedione. Endocrine Society, 58th Annual Meeting, San Francisco, Calif., 1976, Program and Abstracts.  p. 247 (380).

316.  Cunningham, G.R. and Goldzieher, J.W.: Antiovulatory action of triamcinolone acetonide. Endocrine Society, 58th Annual Meeting, San Francisco, Calif., 1976, Program and Abstracts. p. 343 (572).

317.  Helton, E.D., Williams, M.C., and Goldzieher, J.W.: Human urinary and liver conjugates of 17α–ethynylestradiol. Steroids 27:851–867, 1976.

318.  Shaikh, A.A., Allen–Rowlands, C., Dozier, T., Kraemer, D.C., and Goldzieher, J.W.: Diagnosis of early pregnancy in the baboon. Contraception 14:391–402, 1976.

319.  Goldzieher, J.W., Dozier, T.S., Smith, K.D., and Steinberger, E.: Improving the diagnostic reliability of rapidly fluctuating plasma hormone levels by optimized multiple–sampling techniques. J. Clin. Endocrinol. Metab. 43:824–830, 1976.

320.  Goldzieher, J.W. and Dozier, T.S.: Oral contraceptives and thromboembolism. Reply to the editors. Am. J. Obstet. Gynecol. 126:607–623, (Correspondence), 1976.

## 1977

321.  Helton, E.D. and Goldzieher, J.W.: Pharmacokinetics of ethynyl estrogens. A review. Contraception 15:255–284, 1977.

322.  World Health Organization Expanded Programme of Research, Development, and Research Training in Human Reproduction; Task Force on Long–Acting Systemic Agents for the Regulation of Fertility. G. Benagiano, E. Diczfalusy, J.W. Goldzieher, and R. Gray, coordinators: Multinational comparative evaluation of two long–acting injectable contraceptive steroids: Norethisterone oenanthate and medroxyprogesterone acetate. 1. Use–effectiveness. Contraception 15:513–533, 1977.

323.  Goldzieher, J.W.: Perspectives in evaluating the safety and effectiveness of steroidal contraceptives in different parts of the world. Int. J. Gynaecol. Obstet. 15:63–68, 1977.

324.  Goldzieher, J.W. and Dozier, T.S.: Anticonceptivos orales y tromboembolismo. Ginecologia y Obstetricia de Mexico 41: 273–346, 1977. (Translation of American Journal of Obstetrics and Gynecology 123:878–914, 1975).

325.  Helton, E.D., Simmons, R., Meltz, M.L., and Goldzieher, J.W.: Variability in conjugates of ethynylestradiol produced by in vitro incubation of human liver tissues. Contraception 16:257–260, 1977.

326.  Goldzieher, J.W.: The pill. In Gynecologic Endocrinology. Edited by J.R. Givens, Chicago, Year Book Medical Publishers, 1977. p. 1932.

327.    Helton, E.D., Williams, M.C., and Goldzieher, J.W.: Oxidative metabolism and
        de–ethynylation of 17α–ethynylestradiol by baboon liver microsomes. Steroids 30:71–83, 1977.

328.    Goldzieher, J.W., Chenault, C.B., de la Pena, A., Dozier, T.S., and Kraemer, D.C.:
        Comparative studies of the ethynyl estrogens used in oral contraceptives: Effects with and
        without progestational agents on plasma cortisol and cortisol binding in humans, baboons, and
        beagles. Fertil. Steril. 28:1182–1190, 1977.

329.    Helton, E.D. and Goldzieher, J.W.: Metabolism of ethynyl estrogens. J. Toxicol. and
        Environmental Health 3:231–241, 1977.

**1978**

330.    Goldzieher, J.W., Villegas–Castrejon, H., Cervantes, A., Maqueo, M. and Siperstein, M.D.:
        Absence of capillary microangiopathy in oral contraceptive users with glucose intolerance.
        Obstet. Gynecol. 51:8992, 1978.

331.    Cunningham, G.R., Goldzieher, J.W., de la Pena, A., and Oliver, M.: The mechanism of
        ovulation inhibition by triamcinolone acetonide. J. Clin. Endocrinol. Metab. 46:8–14, 1978.

332.    Helton, E.D., Hadd, H.E., Williams, M.C., Rao, P.N., and Goldzieher, J.W.: Synthesis of
        17ß–D–glucopyranosiduronic acid of 17α–ethynylestradiol. J. Steroid Biochem. 9:237–238,
        1978.

333.    Goldzieher, J.W.: L'Infarctus du myocarde, les contraceptifs oraux, l'age et les habitudes de
        fumer. Contracept.Fertil.Sex. 6:155–159, 1978.

334.    Goldzieher, J.W., de la Pena, A., and Aivaliotis, M.M.: Radioimmunoassay of plasma
        androstenedione, testosterone and 11ß-hydroxyandrostenedione after chromatography on
        Lipidex–5000 (hydroxyalkoxypropyl Sephadex). J. Steroid Biochem. 9:169–173, 1978.

335.    Goldzieher, J.W., Chenault, C.B., de la Pena, A., Dozier, T.S., and Kraemer, D.C.:
        Comparative studies of the ethynyl estrogens used in oral contraceptives: V. Effects with and
        without progestational agents on plasma androstenedione, testosterone, and testosterone binding
        in humans, baboons, and beagles. Fertil. Steril. 29:388–396, 1978.

336.    Goldzieher, J.W.: New developments in combination oral contraception. Regional Seminar on
        New Developments in Fertility Regulation, Manila, Philippines, 1977, Final Report. World
        Health Organization, Manila, Philippines, 1978. pp. 18–19.

337.    Goldzieher, J.W.: Myocardial infarction and the pill: A dissenting view. Current Prescribing
        4:37, 1978.

338.    Shaikh, A.A., Goldzieher, J.W., Kraemer, D.C., and Dozier, T.: Experimental designs for the
        use of nonhuman primates in fertility research. In Recent Advances in Primatology, Vol. 4:
        Medicine. Edited by D. J. Chivers and E.H.R. Ford, London, Academic Press, 1978.

339.    Goldzieher, J.W.: Perspectives in polycystic ovarian disease—1969-1977. In Symposium on
        Gynecologic Endocrinology, 2nd, Univ. of Tennessee, Memphis, Tenn., 1977; Endocrine Causes
        of Menstrual Disorders. Edited by J.R. Givens. (Gynecol. Endocrinol., Vol I.) Chicago, Year
        Book Medical Publishers, 1978. pp. 307–332.

340.     World Health Organization Special Programme of Research, Development, and Research Training in Human Reproduction; Task Force on Long–Acting Systemic Agents for the Regulation of Fertility. G. Benagiano, E. Diczfalusy, P. Diethelm, J.W. Goldzieher, and R. Gray, coordinators. Multinational comparative clinical evaluation of two long–acting injectable contraceptive steroids: Norethisterone oenanthate and medroxyprogesterone acetate. 2. Bleeding patterns and side effects. Contraception 17:395–406, 1978.

341.     Goldzieher, J.W., Chenault, C.B., de la Pena, A., Dozier, T.S., and Kraemer, D.C.: Comparative studies of ethynyl estrogens used in oral contraceptives. VI. Effects with and without progestational agents on carbohydrate metabolism in humans, baboons, and beagles. Fertil. Steril. 30:146–153, 1978.

342.     Goldzieher, J.W.: In defense of the pill. Journal of Continuing Educ.in Obstet. Gynecol. 20:15–32, 1978.

         a.Goldzieher, J.W.: En defensa de la pildora. Ginecologia y Obstetricia de Mexico 44:123–152 1978). (Translation of J. Contin. Educ.in Obstet. Gynec.20:15–32, 1978).

343.     Goldzieher, J.W., Chenault, C.B., de la Pena, A., Dozier, T.S., and Kramer, D.C.: Comparative studies of ethynyl estrogens used in oral contraceptives. VII. Effects with and without progestational agents on lipoproteins in humans, baboons, and beagles. Fertil. Steril. 30:522–533, 1978.

344.     Crabbe, P., Fillion, H., Letourneaux, Y., Diczfalusy, E., Aedo, A–R, Goldzieher, J.W., Shaikh, A.A., and Castracane, V.D.: Chemical synthesis and bioassay of Anordrin and Dinordrin I and II. Steroids 33:85–96, 1979.

345.     Rao, P.N., Purdy, R.H., Williams, M.C., Moore, P.H., Jr., Goldzieher, J.W., and Layne, D.S.: Metabolites of estradiol–17ß in bovine liver: Identification of the 17α–D–glycopyranoside of estradiol–17ß. J. Steroid Biochem. 10:179–185, 1979.

346.     Goldzieher, J.W. Epilogue. In Controversies in contraception. Edited by K.S. Moghissi. Baltimore, Williams & Wilkins Co., 1979. pp. 221-231.

347.     Benagiano, G. and Goldzieher, J.W.: Effects of contraception on progeny. In Reviews in Perinatal Medicine, Vol. 3. Edited by e.M. Scarpelli and E.V. Cosmi. Raven Press, New York, 1979. pp. 115–154.

348.     Goldzieher, J.W.: Interpretation of data by the clinician. Int. J. Gynaecol. Obstet. 16:535–541, 1979.

349.     Williams, M.C. and Goldzieher, J.W.: The metabolism of the ethynyl estrogens. Preparative HPLC profiling for radiolabeled urinary estrogens. In Biological/Biochemical Applications of Liquid Chromatography II. (Chromatographic Science, Volume 12). Edited by G. L. Hawk. Marcel Dekker, Inc., New York, 1979. pp. 395–409.

350.     Hammerstein, J., Fotherby, K., Goldzieher, J.W., Johansson, E.D.B., and Schwartz, U.: Clinical pharmacology of contraceptive steroids. Report on a Workshop Conference held in Igls, Austria, May 4–7, 1978. Contraception 20:187–200, 1979.

**1980**

351.	Goldzieher, J.W., Dozier, T.S., and de la Pena, A.: Plasma levels and pharmacokinetics of ethynyl estrogens in various populations. I. Ethynylestradiol. Contraception 21:1–16, 1980.

352.	Goldzieher, J.W., Dozier, T.S., and de la Pena, A.: Plasma levels and pharmacokinetics of ethynyl estrogens in various populations. II. Mestranol. Contraception 21:17–27, 1980.

353.	Goldzieher, J.W.: The role of age, smoking habits, and oral contraceptives in the frequency of myocardial infarction in young women. Reproduction 4:21–27, 1980.

354.	Fotherby, K. and Goldzieher, J.W.: Animal models for the development of long–acting injectable contraceptives. In Meeting on Animal Models in Human Reproduction, Florence, 1979; Animal Models in Human Reproduction.. Edited by M. Serio and L. Martini. Raven Press, New York, 1980. pp. 461–473.

355.	Williams, M.C. and Goldzieher, J.W.: Chromatographic patterns of urinary ethynyl estrogen metabolites in various populations. Steroid 36:255–282, 1980.

356.	Rao, P.N., Purdy, R.H., Moore, P.H., Jr., and Goldzieher, J.W.: Synthesis of new steroid haptens for radioimmunoassay – VI. 3–0-carboxymethyl ether derivatives of equine estrogens. Highly specific antisera for measurement of equilin and 17–dihydroequilin in plasma. J. Steroid Biochem. 13:1291–1298, 1980.

357.	Goldzieher, J.W.: Hormonal contraception — whence, how, and whither? In Clinical Use of Sex Steroids. Edited by J. R. Givens. Chicago, Year Book Medical Publishers, 1980. pp. 31–43.

358.	Goldzieher, J.W. (Moderator): Panel V. Side effects of sex steroids. In Clinical Use of Steroids. Edited by J. R. Givens. Chicago, Year Book Medical Publishers, 1980. pp. 347–356.

359.	Goldzieher, J.W., Chenault, C.B., Woutersz, T.B., Schneider, B.E., and Hansen, P.R.: Clinical effects of ethynyl estrogens, used with and without progestational agents, on bleeding patterns, weight, and blood pressure. Contraception 22(4):369–381, 1980.

360.	Purdy, R.H., Meltz, M.L., Goldzieher, J.W., Goodwin, T.J., and Williams, M.J.: Chemical transformation by estrogens in a mammalian cell culture system. Endocrine Soc., 62nd Annual Meeting, Washington, D.C., 1980, Program and Abstracts. p. 271(787).

361.	Goldzieher, J.W. and Quinones, R.G. (Moderators): Discussion: Luteal phase contraception. In International Workshop on Research Frontiers in Fertility Regulation, Mexico City, Mexico, 1980; Research Frontiers in Fertility Regulation. Edited by G. I. Zatuchni, M.H. Labbok, and J.J. Sciarra. Hagerstown, MD., Harper & Row, 1980. pp. 424–432.

__1981__

362.	Castracane, V.D., Blackwell, R.E., Boots, L.R., Potter, D., and Goldzieher, J.W.: An estrogen–bromocriptine regimen as a potential means of fertility regulation. Fertil. Steril. 35(2):241, 1981.

363.	Goldzieher, J.W.: Oral contraceptive hazards – 1981. Fertil. Steril. 35(3):275–276, 1981.

364.	Goldzieher, J.W.: Polycystic ovarian disease. Fertil. Steril. 35(4): 371–394, 1981.

365. Castracane, V.D. and Goldzieher, J.W.: Evaluation of STS–557 as a postcoital contraceptive in the baboon. Contraception 23:335–339, 1981.

366. Goldzieher, J.W. and Williams, M.C.: The metabolism of ethynyl estradiol in various parts of the world. Revista de Investigacion Clinica 33:122, 1981.

367. Fotherby, K., Akpoviroro, J., Abdel–Rahman, H.A., Toppozada, H.K., de Souza, J.C., Coutinho, E.M., Koetsawang, S., Nukulkarn, P., Sheth, U.K., Mapa, M.K., Gopalan, S., Plunkett, E.R., Brenner, P.F., Hickey, M.V., Grech, E.S., Lichtenbert, R., Gual, C., Molina, R., Landgren, B.M., Shearman, R.P., Goldzieher, J.W., and Dozier, T.S.: Pharmacokinetics of ethynyloestradiol in women from different populations. Contraception 23:487–496, 1981.

368. Goldzieher, J.W.: Oral contraceptives and circulatory disease. Fertil. Steril. 36:416–417 (Letters to the Editor), 1981.

369. Goldzieher, J.W., Hammond, C.B., and Quigley, M.M.: Clinical use of progestogens and estrogens. Curr. Problems in Obstet. and Gynecol., Vol. IV(9), May 1981.

370. Goldzieher, J.W.: Oral contraceptive hazards–1981. Tex. Med. 77:6164, 1981.

371. Goldzieher, J.W.: Valutazione dei rischi correlati all'uso degli steroidi contraccettivi. In Il Controllo Della Fecondita. Edited by J.J. Sciarra, L. Martini, G. Pescetto, and L. DeCecco. Genova 6–7–8 Marzo 1980, Edizioni Palermo, Palermo 1980, pp. 79–92.

1982

372. Purdy, R.H., Moore, P.H., Jr., Williams, M.D., Goldzieher, J.W., and Paul, S.M.: Relative rates of 2– and 4–hydroxyestrogen synthesis are dependent on both substrate and tissue. FEBS Letters 138:40–44, 1982.

373. Castracane, V.D. and Goldzieher, J.W.: The luteolytic and abortifacient potential of an estrogen–bromergocriptine regimen in the baboon. Fertil. Steril. 37:258–262, 1982.

374. Castracane, V.D. and Goldzieher, J.W.: Plasma androgens during early pregnancy in the baboon (papio cynocephalus). Fertil. Steril. 37:308, 1982. (abstract)

375. Castracane, V.D. and Goldzieher, J.W.: Antifertility effect of an LHRH agonist (WY40972). In LHRH Peptides as Female and Male Contraceptives. PARFR Series on Fertility Regulation. Proceedings of an International Workshop on LHRH Peptides as Female and Male Contraceptives, May 13–15, 1981, Chicago, Illinois. Harper & Row, Philadelphia, Pennyslvania, 1981, pp. 101–108.

376. Goldzieher, J.W.: Discussion: LHRH–analog agonists and antagonists as antifertility agents in the human female. In LHRH Peptides as Female and Male Contraceptives. PARFR Series on Fertility Regulation. Proceedings of an International Workshop on LHRH Peptides as Female and Male Contraceptives, May 13–15, 1981, Chicago, Illinois. Harper & Row, Philadelphia, Pennsylvania, 1981. pp. 242–243.

   Goldzieher, J.W. and Castracane, V.D.: The luteal–placental shift in the baboon (Papio cynocephalus). Proc. 64th Meeting Endocrine Soc., San Francisco, June 1982.

377. Goldzieher, J.W. and Benagiano, G.: Long–acting injectable steroid contraceptives. In

26

Advances in Fertility Research. Edited by D. R. Mishell, Jr. Raven Press, New York, 1982. pp. 75–115.

378.    Goldzieher, J.W.: Polycystic ovarian disease. In Modern Trends in Infertility and Conception Control (E.E. Wallach & R. D. Kempers, Editors). Vol. 2, Harper & Row, 1982. pp. 65–88.

379.    Goldzieher, J.W.: Estrogens in oral contraceptives: Historical perspectives. Johns Hopkins Med. J. 150:165–169, 1982.

380.    Goldzieher, J.W.: Polycystic ovarian disease. In Current Therapy of Infertility, 1982–1983. Edited by C. R. Garcia, L. Mastroianni, Jr., R. Amelar, and L. Dubin. B.C. Decker, Inc., Trenton, New Jersey, and The C.V. Mosby Company, St. Louis, 1982, pp.

381.    Goldzieher, J.W., Greene, N.D. and Williams, M.C.: Problems in the measurement of putative serum immune complexes by the method of Beaumont. Am. J. Reprod. Immun. 2:157–158, 1982 and Contraception–Fertilite–Sexualitie 10:573–576, 1982.

**1983**

382.    Goldzieher, J.W.: Advances in oral contraceptives – An international review of levonorgestrel and ethynyl estradiol. J. Reprod. Med. 28(Suppl), Jan. 1983.

383.    Goldzieher, J.W.: Oral contraceptive hazards – a reappraisal. In Practice of Fertility Control: A Comprehensive Textbook. Edited by S. K. Chaudhuri. Current Book Publishers, Calcutta, 1983. pp. 108–114.

384.    Goldzieher, J.W. and Castracane, V.D.: Antifertility effects of progestational steroids. In Endocrine Mechanisms in Fertility Regulation. Edited by G. Benagiano and E. Diczfalusy. Raven Press, New York, 1983. pp. 49–69.

385.    Castracane, V.D. and Goldzieher, J.W.: The effect of estrogen antagonism on progesterone production in early pregnancy in the baboon. Am. J. Obstet. Gynecol. 145:725, 1983.

386.    Castracane, V.D. and Goldzieher, J.W.: Plasma androgens during early pregnancy in the baboon (Papio cynocephalus). Fertil. Steril. 39:553, 1983.

387.    Newburger, J., Castracane, V.D., Moore, P.H., Jr., Williams, M.C. and Goldzieher, J.W.: The pharmacokinetics and metabolism of ethynyl estradiol and its three sulfates in the baboon. Am. J. Obstet. Gynecol. 146:80, 1983.

388.    Purdy, R.H., Goldzieher, J.W., LeQuesne, P.W., Abdel–Baky, S., Durocher, C.K., Moore, P.H., Jr., and Rhim, J.S.: Active intermediates and carcinogenesis. In Catechol Estrogens. Edited by George R. Merriam and Mortimer B. Lipsett. Raven Press, New York, 1983. pp. 123–140.

389.    Purdy, R.H. and Goldzieher, J.W.: Toward a safer estrogen in aging. In Intervention in the Aging Process, Part A: Quantitation, Epidemiology, and Clinical Research. Alan R. Liss, Inc., New York, 1983. pp. 247–266.

390.    Goldzieher, J.W.: Hormonal contraceptives: Past, present and future. Postgrad. Med. 75:75, 1983.

<u>1984</u>

391.    Huang, N.H., Li, C., and Goldzieher, J.W.: Absence of antibodies to ethynyl estradiol in users of oral contraceptive steroids. Fertil. Steril. 41:587–592, 1984.

392.    Goldzieher, J.W. and Dodson, M.G. Some aspects of contraception by oral steroids and the potential for contraception by immunological approaches. In The Biochemistry of the Reproductive Years. Proceedings of the Seventh Arnold Beckman Conference in Clinical Chemistry. Edited by Paige Besch, Joseph W. Goldzieher, and William E. Gibbons. American Association for Clinical Chemistry, Inc., Washington, D.C., 1984. pp. 101–118.

393.    Mangold, D.J., Schlameus, H.W., Goldzieher, J.W., Doluisio, J.T., and Newburger, J.: Development of orally active dosage forms for steroids. Final Report, Contract NOl–HD–7–2831, SwRI Project 015009, NICHD, Bethesda, Maryland, 1984.

<u>1985</u>

394.    Goldzieher, J.W. and Castracane, V.D.: Physiology and mechanisms of actions of steroids. In Gynecology and Obstetrics. Edited by John W. Sciarra. Harper and Row, Philadelphia, 1985. pp. 1–10 (Chapter 20).

395.    Goldzieher, J.W. and Elkind–Hirsch, K.: Polycystic ovarian disease. New Trends in Gynaecol. Obstet. 1:7–80, 1985.

396.    Realini, J.P. and Goldzieher, J.W.: Oral contraceptives and cardiovascular disease: A critique of the epidemiologic studies. Amer. J. Obstet. Gynecol. 152 (Suppl): 729–798, 1985.

397.    Goldzieher, J.W. and diZerega, G.S.: Polycystic ovarian disease. In Clinical Reproductive Endocrinology. Edited by R. P. Shearman. Churchill Livingstone, London, 1985. pp. 406–431.

398.    Lyles, R., Buttram, Jr., V.C., Goldzieher, J.W., and Young, R.L.: The use of a gonadotropin releasing hormone agonist (GnRH–a) in the treatment of endometriosis. Amer. Fertility Soc. 41st Meeting. Chicago, Il., 1985. Program. p. 103(86P).

399.    Newburger, J. and Goldzieher, J.W.: Pharmacokinetics of ethynyl estradiol: A current view. Contraception 32:33–44, 1985.

400.    Malini, S., Smith, E.O., and Goldzieher, J.W.: Measurement of breast volume by ultrasound during normal menstrual cycles and with oral contraceptive use. Obstet. Gynecol. 66:538–541, 1985.

<u>1986</u>

401.    Elkind–Hirsch, K., Goldzieher, J.W., Gibbons, W.E., and Besch, P.K.: Evaluation of the Ovustick urinary luteinizing hormone kit in normal and stimulated menstrual cycles. Obstet. Gynecol. 67:450–453, 1986.

402.    Goldzieher, J.W. Systemic consequences of hormonal contraception. In Reproductive Medicine (Serono Symposia Publications), Vol. 29. Edited by E. Steinberger, G. Frajese, and A. Steinberger. Raven Press, New York, 1986. pp. 179–185.

403.    Castracane, V.D. and Goldzieher, J.W.: Timing of the luteal-placental shift in the baboon (Papio cynocephalus). Endocrinol. 118:506–512, 1986.

404.    Castracane, V.D. and Goldzieher, J.W.: The relationship of estrogen to placental steroidogenesis in the baboon. J. Clin. Endocrinol. Metab. 62:1163–1166, 1986.

405.    Goldzieher, J.W.: Use and misuse of the term potency with respect to oral contraceptives. J. Reprod. Med. 31:533–537, 1986.

**1987**

406.    Young, R.L. and Goldzieher, J.W.: Current status of postmenopausal oestrogen therapy. Drugs 33:96–106, 1987.

407.    Goldzieher, J.W. and Poindexter, A.N.: Medical aspects of contraception. Hosp. Prac. 22:93–108, 1987.

408.    Young, R.L., Goldzieher, J.W., and Elkind-Hirsch, K.: The endocrine effects of spironolactone used as an antiandrogen. Fertil. Steril. 48:223, 1987.

        Raynolds,M.V., Elkind-Hirsch,K. and Goldzieher,J.W.: Differences in concentration ofimmunoreactive GnRH and HCG in term placentas from normal and IDDM mothers. Ann.Meet.Am.Diab.Assn.,(abstr.) June 7, 1987.

409.    Goldzieher, J.W. Orale kontrazeptiva und kardiovaskulares risiko. In Hormonale Kontrazeption. Edited by: F. K. Beller, M. Steiman, H. Graeff (HRSG). SMV Edition Materia Medica, Verlagsgesellschaft mgH, Grafelfing, 1987.

410.    Goldzieher, J.W. Hormonal contraception: Benefits versus risks. Amer. J. Obstet. Gynecol. (Suppl) 157:1023, 1987.

411.    Goldzieher, J.W. and Lloyd, S. Developments in contraception: Counseling patients. The Female Patient 12:43, 1987.

412.    Goldzieher,J.W. and Young,R.L.: Update on non-IVF ovulation induction. In: Proc. Pre-Congress Seminar of the XII AOFOG Congress, Bangkok, 1987,pp.71-75.

413.    Baulieu, E.E., Benagiano, G., Brosens, I., Cooke, I.D., Goldzieher,J.W., Hammerstein, J.W., Haspels, A., Johannisson, E., Lunenfeld, B., and Potts, M. Letter to the Editor. Oral contraceptive use and breast cancer. Brit. J. Cancer 56:706, 1987.

**1988**

414.    Lyles, R., Elkind-Hirsch, K., Goldzieher, J.W., and Besch, P.K. Plasma gonadotropin-releasing hormone profiles after intravenous and subcutaneous bolus injection in thin and obese women. Obstet. Gynecol. 71:44-48, 1988.

415.    Terrazas, R.M., Buttram, V.C., and Goldzieher, J.W.: Clinical and biochemical profiles in women with laparoscopically-documented polycystic ovaries. New Trends in Gynaecol. Obstet. 4:7-17, 1988.

29

416.    Prahalada, S., Castracane, V.D., Hendrickx, A.G., and Goldzieher, J.W.: Diethylstilbestrol-induced cervical and vaginal adenosis using the neonatal mouse model. Biol. Reprod. 38:935-943, 1988.

417.    Moreno, J.E., Weitzman, G.A., Doody, M.C., Gibbons, W.E., Besch, P.K., and Goldzieher, J.W.: Temporal relation of ovulation to salivary and vaginal electrical resistance patterns: Implications for natural family planning. Contraception 38:407-418, 1988.

418.    Young, R.L. and Goldzieher, J.W. Clinical manifestations of polycystic ovarian disease. In Endocrinology and Metabolism Clinics of North America, D.K. Mahajan, ed. 17:621-635, 1988.

419.    Goldzieher, J.W., Mileikowsky, G., Newburger, J., Dorantes, A., and Stavchansky, S.A. Human pharmacokinetics of ethynyl estradiol 3-sulfate and 17-sulfate. Steroids 51:63-79, 1988.

**1989**

420.    Elkind-Hirsch, K.E., Raynolds, M.V., and Goldzieher, J.W. Comparison of immunoreactive gonadotropin-releasing hormone and human chorionic gonadotropin in term placentas from normal women and those with insulin-dependent and gestational diabetes. Amer. J. Obstet. Gynecol. 160:71-78, 1989.

421.    Goldzieher, J.W. and Young, R.L. Letter to the Editor. Ovarian cysts and oral contraceptives. Amer. J. Obstet. Gynecol. 160:523, 1989.

422.    Goldzieher, J.W. and Young, R.L. Letter to the Editor. Luteal phase deficiency. Fertil. Steril. 51:197,1989.

423.    Goldzieher, J.W. Pharmacology of contraceptive steroids: A brief review. Amer. J. Obstet. Gynecol. (Suppl)160:1260-1264, 1989.

Lyles, R., Goldzieher, J.W., Betts, J.W., Franklin, R.R., Buttram, V.C., Feste, J.R., and Malinak, L.R. Early second look laparoscopy after the treatment of polycystic ovarian disease with laparoscopic ovarian electrocautery and/or ND:YAG laser photocoagulation. Presented at the 45th Annual Meeting of the American Fertility Society, San Francisco, November 11-16, 1989.

Brody, S.A., Turkes, A., and Goldzieher, J.W. Plasma drug levels with three bioequivalent norethindrone/mestranol-50µg and three norethindrone/ethinyl estradiol-35µg OC formulations: Are low-dose pills really lower? Presented at the 45th Annual Meeting of the American Fertility Society, San Francisco, November 11-16, 1989.

Hickox, P.G., Gibbons, W.E., Goldzieher, J.W., and Young, R.L. Differential loss of bone mineral density from the hip vs the spine in menopausal women. Presented at the 45th Annual Meeting of the American Fertility Society, San Francisco, November 11-16, 1989.

424. Goldzieher, J.W. Hormonal Contraception. Pills, injections and implants. EMIS, Dallas, TX, 1989. 272 pp.

425. Young, R.L. and Goldzieher, J.W. The positive-feedback effect of progesterone does not induce corpus luteum formation in polycystic ovarian disease. New Trends in Gynecol. Obstet. 5:71-90, 1989.

426. Brody, S.A., Turkes, A., and Goldzieher, J.W. Pharmacokinetics of three bioequivalent norethindrone/mestranol-50µg and three norethindrone/ethinyl estradiol-35µg OC formulations: Are low-dose pills really lower? Contraception 40:269-284, 1989.

427. Goldzieher, J.W. Estrogens, oral contraceptives and breast cancer: An update. New Trends in Gynecol. Obstet. 5:175-181, 1989.

1990

428. Young, R.L., Kumar, N.S., and Goldzieher, J.W. Management of menopause when estrogen cannot be used. Drugs 40(2):220-230, 1990.

429. Goldzieher, J.W.. Selected aspects of the pharmacokinetics and metabolism of ethinyl estrogens and their clinical implications. Am J Obstet Gynecol 163:318-322, 1990.

430. Boutaleb Y. and Goldzieher,J.W.: Toward a new standard in contraception: Proc. Symp. XIII World Conf. Fertil.Steril. Marrakesh, Oct. 1990. J. Obst. Gynec. 1990.

431. Benagiano,G., Morini,A., Aleandri,V., Piccinno,F., Primiero,F.M., Abbondante,G. and Elkind-Hirsch,K.: Sequential GnRH superagonist and medroxyprogesterone acetate treatment of uterine leiomyomata.Int.J.Obst.Gynecol. 33:333-343,1990.

432. Goldzieher,J.W. and Brody, S.A.: Pharmacokinetics of ethinyl estradiol and mestranol. Amer.J.Obst.Gynec. 163:2114-2119,1990.

1991

433. Young, R.L., Goldzieher,J.W., Elkind-Hirsch,K., Hickox, P.G. and Chakraborty, P.K.: A short-term comparison of the effects of clomiphene citrate and conjugated equine estrogen in menopausal/castrate women. Int. J. Fertil. 1991; 36: 167-171.

434. Goldzieher,J.W.: Thirty years of hormonal contraception:an historical perspective. Intl. J. Fertil. 1991; 36(suppl.3):10-15.

435. Young,R.L., Goepfert,A.R. and Goldzieher,J.W.: Estrogen replacement therapy is not conducive of venous thromboembolism. Maturitas 1991; 13:189-192.

436. Goldzieher,J.W.: Sixty years of hormonal contraception: a historical perspective. Adv. Contracept. 1991; 7(suppl.2):3-8

437. Young RL, Goldzieher JW, Chakraborty PK, Panko WB and Bridges CN: Qualitative differences in estrogenic/antiestrogenic effects of clomiphene and zuclomiphene. Int J Fertil 1991; 36: 291-295

31

438.    Brosens I, Baulieu EE, Benagiano G, Goldzieher J, Hammerstein J, Haspels A, Johanisson E, Lunenfeld B, Mizuno M and Potts M: Letter to the Editor. Hum Reprod 1991; 6:1342

**1992**

439.    Goldzieher,J.W.: Hormonal contraception - pills, injections and implants. Emis Press, Ontario, Canada, 2nd Ed., R.F. Casper, Ed. 269pp.

440.    ibid.
        Italian Ed.,G. Benagiano,Ed. 1992 264pp.

441.    Goldzieher,J.W. and Young,R.L.: Selected aspects of polycystic ovarian disease. In Endocrin Metab Clin N. Amer 1992; 21:141-172.

442.    Goldzieher, J.W.: Biologic and kinetic profiles of contraceptive steroids. In Steroid Hormones and Uterine Bleeding (N.J. Alexander, C. d'Arcangues Eds.) AAAS Press, AAAS Publication # 92-43S, Washington DC 1992, pp. 185-192

**1993**

443.    Baulieu EE, Benagiano G, Brosens I, Fraser J. ,Goldzieher JW, Hammerstein J, Haspels A, Johannisson E, Lunenfeld B, Mizuno M and Potts M: Sexual Behavior, contraception and the risk of contracting HIV infection. Int. J. Gynecol. Obstet. 40:101-103,1992

444.    Goldzieher, J.W.:Hormonal contraception: a look into the future. J.Bellevue Obstet. Gynec. Soc. 9:26-28,1993

445.    Goldzieher, J.W.: The History of Steroidal Contraceptive Development: The Estrogens. Perspect. Biol. Med. 1993; 36:363

446.    Goldzieher, J.W.: Menopause - A Deficiency Disease. Adv. Obstet Gynecol. 1993;1:139

447.    Zamah NM, Hümpel M, Kuhnz W, Louton T, Rafferty J and Back DJ: Absence of an effect of high vitamin C dosage on the systemic availability of ethinyl estradiol in women using a combination oral contraceptive. Contraception 1993; 48: 377-391

448.    Goldzieher, J.W.: Pharmacology of Contraceptive Steroids. Chapter 2 In Contraception (D. Shoupe and F.P. Haseltine Eds.; Springer-Verlag, New York 1993

**1994**

449.    Pharmacology of the Contraceptive Steroids. Goldzieher JW and Fotherby K, Eds. Raven Press, New York, 1994; 462pp (Chief Ed. + 8 Chapters)

450.    Goldzieher JW: Pharmacology of ethynyl estrogens in various countries. In Steroid Contraceptives and Women's Response: Regional variability in side-effects and pharmacokinetics. R. Snow and P. Hall, Eds. Plenum Press, New York, 1994

32

451.    Goldzieher JW and Shedlin MG: A User's Guide to Oral Contraception ("The Pill"). Emis Press, Toronto Canada 1994

452.    Goldzieher, J.W.: Hormonal Contraception: Pills, Injections, and Implants. 3d Edition (Canada), EMIS Press, Toronto Canada 1994

453.    Goldzieher JW: Menopause - a deficiency disease. In Adv. Obstet & Gynecol; JA Rock, S Faro, NF Gant Jr, IR Horowitz and AA Murphy, Eds. pp. 159-178, Mosby, St. Louis, 1994

454.    Goldzieher JW: Cardiovascular disease in women. Circulation 1994; 68: 2941

455.    Goldzieher JW and Castracane VD: Physiology and Mechanisms of Action of Steroids. In Gynecology & Obstetrics (W Droegemuller and JJ Sciarra Eds), JB Lippincott, Phila., 1994

456.    Goldzieher JW: Clinical Opinion: Are low dose oral contraceptives safer and better?  Amer J Obstet Gynecol 1994; 171: 587-590

457.    Utian WH, Gambrell DJ, Goldzieher JW et al: Postmenopausal progestin: Yes or No? Menopause Management 1994; 3:12-26

**1995**

458.    Goldzieher, J.W.: The chronology of steroid contraception. J Soc Ob Gyn Can 1995(suppl); 1-6

459.    Goldzieher JW: Reply to Dr. Hannaford; reply to Dr. Lidegaard. Amer J Obstet Gynecol 172:1949-1951, 1995

460.    Goldzieher JW: Letter to the Editor: History of Hormonal Contraception. Endocr Pract. 1995; 1: 425

461.    Lee EJ, Long KA, Risser WL, Poindexter HB, Gibbons WB and Goldzieher JW: Variations in bone status of contralateral and regional sites in young athletic women. Med & Sci in Sports & Exerc. 1995; 27: 1354-1361

462.    Goldzieher JW and Zamah NM: Oral contraceptive side effects: Where's the beef? Contraception 1995; 52: 327-336

463.    Castracane VD, Gimpel T and Goldzieher JW: When is it safe to switch from oral contraceptives to hormonal replacement therapy? Contraception 1995; 52:371-376.

**1996**

464.    Goldzieher JW: The unsung benefits of "The Pill". Med Digest 1996; 2:111-113.

465.    Goldzieher JW: Menopause: a major challenge for endocrinologists. Endocr Pract 1996; 2: 339 - 341.

466.    Castracane VD and Goldzieher JW: Letter to the Editor. Fertil Steril 1996; 66:866

**1997**

467.    Goldzieher JW: Postmenopausal androgen therapy. Fem. Patient 1997; 22: 57-60

468.    Goldzieher JW: Hormone replacement therapy: Pro. Panhandle Health 1997; 8:30-31

469.    Moreno JE, Khan-Dawood FS and Goldzieher JW: Natural Family Planning: Suitability of the CUE method for Defining the Time of Ovulation. Contraception 1997; 55: 233-237

    Underwood H, Gimpel TL, DiMarino P, Hampton RM, Goldzieher JW and Castracane VD: A comparison of adrenal suppression regimens for the diagnosis of adrenal androgen contribution to hyperandrogenism. (Abstract) ASRM 53d Annual Meeting Oct 1997

**1998**

470.    Goldzieher JW: The Need for Various Dosage Combinations of Oral Contraceptives. In Levonorgestrel. Teichmann AT and Corbin A, Eds. 1998; Thieme Verlag, Stuttgart, U.S. Edition, pp.103-108

471.    Goldzieher JW: (1) Historical Overview of Estrogens and Progestogens as therapeutic agents. Chapt 2, pp.13-17; (2) Pharmacodynamic effects of estrogens and progestogens. Chapt 26, pp. 295-304; (3) Effects on other tissues. Chapt 66, pp. 825-829. In Estrogens and Progestogens in Clinical Practice. IS Fraser, RPS Jansen, RA Lobo and MI Whitehead, eds. Churchill Livingston, London, 1998

472.    Goldzieher JW: Hormonal Contraception: Pills, Injections and Implants. 4th Edition, EMIS-Canada, Vancouver, 1998, 294 pp.

**1999**

# CV OF

# ROY S. MALPASS, PH.D.

# Roy S. Malpass

**Curriculum Vitae**



Department of Psychology
500 West University Avenue
University of Texas at El Paso
El Paso, TX 79968-0553
Telephone: (915) 539-0510
FAX: (915) 833-9351
E-MAIL: rmalpass@utep.edu
Web Page: http://eyewitness.utep.edu

**EDUCATIONAL HISTORY:**

| | |
|---|---|
| B. Sc. 1959 | Union College, Schenectady, New York |
| M.A.  1961 | The Graduate Faculty, The New School for Social Research, New York, NY |
| Ph.D.  1968 | Syracuse University, Syracuse, New York |
| **TITLE OF THESIS:** | The Effects of Attitude on Learning and Memory: The Influence of Instruction-Induced Sets.<br>Advisors:  Marshall H. Segall,   George G. Stern |

**PROFESSIONAL HISTORY:**

| | |
|---|---|
| 1992 - present | Professor of Psychology<br>Professor of Criminal Justice<br>University of Texas at El Paso<br>El Paso, Texas  79968 |
| 2004 – 2005<br>2006 – 2007 | Head, Legal Psychology Ph.D. Program<br>Department of Psychology<br>University of Texas at El Paso |
| 1992 – 2005 | Director, Criminal Justice Program<br>University of Texas at El Paso<br>El Paso, Texas  79968 |
| 1980 - 1992 | Professor of Behavioral Science<br>S.U.N.Y. College of Arts & Science<br>Plattsburgh, New York  12901 |
| 1973 - 1980 | Associate Professor of Behavioral Science<br>S.U.N.Y. College of Arts & Science<br>Plattsburgh, New York  12901 |
| 1967 - 1973 | Assistant Professor of Psychology<br>University of Illinois<br>Champaign, Illinois  61820 |
| 1965 - 1967 | National Defense Education Act Title IV Fellow<br>Syracuse University, Syracuse NY 13210 |

| 1962 - 1965 | Lecturer in Psychology |
| | Mount Allison University |
| | Sackville, New Brunswick, Canada |

| 1961 - 1962 | Research Assistant, Research Foundation |
| | Children's Hospital of the District of Columbia |
| | Washington, D.C. |

**PROFESSIONAL ASSOCIATIONS AND RELATED ACTIVITIES:**

American Psychological Association (APA) Fellow, 1982.
    Member, Scientific Committee, planning the 1998 meetings of the
        International Association of Applied Psychology.
    Division 3  (Experimental Psychology).
    Division 8  (Personality & Social Psychology).
    Division 9  (Society for the Psychological Study of Social Issues  - SPSSI).
    Division 41 (American Psychology - Law Society - AP-LS).
        Co-Chair, Committee on Relations with Other Organizations.
        Fellows Committee, 1994.
        Minority Affairs Committee, 2005 – present.
        Liaison to the APA Committee on International Relations in Psychology, 2006 - present
American Psychological Society (APS). Charter Fellow.
European Association of Psychology and Law (EAPL).
International Association of Applied Psychology (IAAP).
    Division of Psychology and Law (Founding President, 1988 - 1998).
    Co-chair, Divisional Scientific Program Committee 1996 - 1998 (1998 meetings).
    Elected to IAAP Executive Committee, 1998-2002, 2002-2006.
International Association for Cross-Cultural Psychology (IACCP)
    Treasurer 1976 - 1978; 1978 - 1982
    Publications Committee, 1982 - 1991, (Chair, 1986 - 1991)
    Membership Committee, 1988 - 90 (Chair, 1988 - 90)
    President, 1992 - 1994.
    Scientific Program Committee (1998 meetings) 1996 - 1998.
PSYLAW-L Internet listserver discussion list, devoted to discussions of psychology and law.
    Co-founder and owner (with D. Narby) 1993 – 1999.
The Psychonomic Society
Society for Applied Research in Memory and Cognition (SARMAC).
    Executive Director, 1997 – 1999.
Society for Cross-Cultural Research (SCCR).
    Executive Council, 1986 - 1988.
    President, 1989-90.
    Nominations Committee Chair, 1990-91.
Society for Experimental Social Psychology (SESP).
XCUL  Internet listserver discussion list devoted to cross-cultural psychology.
    Founder and owner 1988 - 1996

**AWARDS, APPOINTMENTS AND DISTINCTIONS:**

| 2000 - 2007 | Appointed to the Editorial Board, *Law and Human Behavior.* |

| 1998 - present | Appointed to the Technical Working Group for Eyewitness Evidence, National Institute of Justice, Department of Justice, USA |

| 1998 – 2006 | Elected to the Executive Committee, International Association for Applied Psychology |

Page 2

1988 - 1998.    President, Division of Psychology and Law, International Association of Applied Psychology.

1997    Visiting Scholar,  Interdisciplinary Graduate School, University of Muenster, Muenster, Germany.

1992 - 1994    President, International Association for Cross-Cultural Psychology.

1991    Appointed Visiting Professor of Psychology, Department of Education, Nanjing Normal University, Nanjing, Peoples Republic of China.

1989 - 1990    President, Society for Cross-Cultural Research.

1989    Elected Fellow of the American Psychological Society.

1982    Chancellor's Award for Excellence in Teaching.  State University of New York.

1982    Elected Fellow of the American Psychological Association.

1981    Elected to the Society for Experimental Social Psychology.

1973    Graduate Student Association Award for Excellence in Teaching and Contributions to Graduate Education. Department of Psychology, University of Illinois at Urbana-Champaign.

**EDITORIAL RESPONSIBILITIES:**

Editor:
    Journal of Cross-Cultural Psychology, 1982 - 1986.

Book Review Editor:
    Journal of Cross-Cultural Psychology, 1979 - 1981.

Editorial Board Member:
    Behavior Science Research: 1986 to 1993.
    International Journal of Intercultural Relations: 1985 - present.
    Journal of Cross-Cultural Psychology: 1975 - 1981, 1987 - 1993.
    Law and Human Behavior: 2000 - present.

Occasional editorial consultant or reviewer for the following:

African Studies Review
American Ethnologist
American Journal of Psychology
American Psychologist
Applied Cognitive Psychology
Basic and Applied Social Psychology
Behavioral and Brain Sciences
British Journal of Psychology
Canadian Journal of Behavioural Science
Convention submissions, APA, Divisions 8 and 41.
The Edwin Newman Awards
European Journal of Social Psychology
Evaluation and Program Planning
Journal of Abnormal Psychology

Journal of Applied Psychology
Journal of Applied Social Psychology
Journal of Experimental Research in Personality
Journal of Experimental Social Psychology
Journal of Experimental Psychology: Applied
Journal of Experimental Psychology: General
Journal of Gerontology: Psychological Sciences
Journal of Personality & Social Psychology
Law and Human Behavior
National Institutes of Health
National Science Foundation
    Cultural Anthropology
    ILI Program

Law and Social Science
Memory and Cognitive Processes
Social and Developmental Psychology
Perception and Psychophysics
Personality and Social Psychology Bulletin
Preventive and Applied Psychology
Psychological Bulletin

Psychological Reports
Psychological Science
Social Behavior
Social Cognition
Social Science and Humanities Research
  Council of Canada

## PUBLICATIONS.

### BOOKS, MONOGRAPHS, EDITED JOURNAL ISSUES.

Technical Working Group on Eyewitness Evidence (2003). Eyewitness Evidence: A Trainer's Manual for Law Enforcement. Washington, D.C.: National Institute of Justice (i-vii, 1-55).
    URL: http://www.ncjrs.org/pdffiles1/nij/188678.pdf
Technical Working Group on Eyewitness Evidence (1999).  Eyewitness Evidence: A Guide for Law Enforcement. Washington, D.C.: National Institute of Justice (i-x, 1-44).
    URL:http://www.ncjrs.org/pdffiles1/nij/178240.pdf
Lindsay, R.C.L. & Malpass R.S. (Eds.) (1999). Measuring lineup fairness. *Applied Cognitive Psychology*, *13* ( Special Issue).
Sporer, S., Malpass, R.S. & Koehnken, G. (Eds.). (1996). *Psychological Issues in Eyewitness Identification.* Hillsdale, NJ: Lawrence Erlbaum.
Lonner, W.J. & Malpass, R.S. (Eds.), (1994).    *Psychology and Culture.* Needham Heights, Massachusetts: Allyn & Bacon.
Lonner, W.J. & Malpass, R.S. (1994).  *Instructor's Manual to accompany "Psychology and Culture".* Needham Heights, Massachusetts: Allyn & Bacon.
Cohen, M.N., Malpass, R.S., & Klein, H.G. (Eds.).  (1980). *Biosocial Mechanisms of Population Regulation*. New Haven: Yale University Press.

### ARTICLES AND CHAPTERS.

Ross, S. J. & Malpass, R.S. (2007, in press) Moving Forward: Response to "Studying Eyewitness Investigations in the Field" *Law and Human Behavior.*
Malpass, R.S., Susa, K.J. & Meissner, C.A. (in press). Training of Eyewitnesses. In B. Cutler (Ed.), *Encyclopedia of Psychology & Law*. Sage publications.
Malpass, R.S. & Tredoux, C.G. (in press). Lineup Size and Bias. In B. Cutler (Ed.), *Encyclopedia of Psychology & Law*. Sage publications.
Marcon, J. L., Meissner, C. A., & Malpass, R. S. (in press). Cross-race effect. In B. Cutler (Ed.), *Encyclopedia of Psychology & Law*. Sage publications.
MacLin, M. K., Zimmerman, L. A., Meissner, C. A., MacLin, O. H., Tredoux, C.G., & Malpass, R. S. (in press). The science of collecting eyewitness evidence: A collaborative effort between researchers and law enforcement. *Police Practice and Research: An International Journal.*
Malpass, R. S, Tredoux, C. G. & McQuiston-Surrett, D. E. (2007). Lineup construction and lineup fairness. in R. C. L. Lindsay, D. F. Ross, J. D. Read & M. P. Toglia (Eds.), *The Handbook of Eyewitness Psychology (Vol. II): Memory for People.* Lawrence Erlbaum & Associates.
Malpass, R. S. (2006). Notes on the Illinois Pilot Program on Sequential Double-Blind Identification Procedures. *Public Interest Law Reporter, 11(2)*, p 5-47 (partial pages).
Malpass, R. S. (2006). A Policy Evaluation of Simultaneous and Sequential Lineups. *Psychology, Public Policy and Law, 12(4)*, 394-418.
McQuiston-Surrett, D., Topp, L. D., & Malpass, R. S. (2006). Use of facial composite systems in U.S. law enforcement agencies. *Psychology, Crime, and Law, 12(5)*, 505-517.
McQuiston-Surrett, D.E., Malpass, R.S., & Tredoux, C.G. (2006). Sequential vs. Simultaneous Lineups: A Review of Methods, Data, and Theory. *Psychology, Public Policy and Law*. 12(2), 137-169.
MacLin, O. H., Zimmerman, L. A. & Malpass, R. S. (2005). PC_Eyewitness and the Sequential Superiority Effect: Computer Based Lineup Administration. *Law and Human Behavior, 29(3)*, 303-321.

Malpass, R. S., Zimmerman, L. A, Meissner, C. A., Ross, S. J., Rigoni, M. E., Topp, L. D., Pruss, N., Tredoux, C. T., & Leyva, J. M. (2005). Eyewitness memory and identification. *The San Antonio Defender, 7(1),* 2-13.

Malpass, R.S. & Goodman-Delahunty, J. (2004) Psychology and the Law, Overview. In C. D. Spielberg, (Ed.), *Encyclopedia of Applied Psychology, Vol 3, 171-184.* New York: Elsevier Academic Press.

Tredoux, C .G., Meissner, C A., Malpass, R.S. & Zimmerman, L.A. (2004). Eyewitness Identification. In C. D. Spielberg, (Ed.), *Encyclopedia of Applied Psychology, Vol 1, 875 - 887.* New York: Elsevier Academic Press.

Wogalter, M.S., Malpass, R.S., & McQuiston, D.E. (2004). A national survey of police on preparation and conduct of identification lineups. *Psychology, Crime and Law, 10(1),* 69-82.

MacLin O. H. & Malpass, R. S. (2003) The ambiguous race face illusion. *Perception.* 32(2), 249-252.

MacLin, O. H., Tapscott, R., & Malpass, R. S. (2002). The development of a computer system to collect descriptions of culprits. *Applied Cognitive Psychology, 16,* 937-945.

McQuiston, D.E.    & Malpass, R.S. (2002). Validity of the Mockwitness Paradigm: Testing the Assumptions. *Law and Human Behavior, 26(4),* 439-453.

MacLin, O. H. & Malpass, R. S. (2001). Racial Categorization of Faces: The Ambiguous Race Face Effect. *Psychology, Public Policy and Law, 7(1),* 98-118.

MacLin, O. H., MacLin, M. K. & Malpass, R. S. (2001). Race, arousal, attention, exposure, and delay: An examination of factors moderating face recognition. *Psychology, Public Policy and Law. 7(1)*, 134-152.

Wells, G.L., Malpass, R.S., Lindsay, R.C.L., Fisher, R.P., Turtle, J.W. & Fulero, S.M. (2000). From the lab to the police station: A successful application of eyewitness research. *American Psychologist, 55(6),* 581-598.

Garven, S., Wood, J.M., & Malpass, R.S. (2000). Allegations of wrongdoing: Effects of reinforcement on children's mundane and fantastic claims. *Journal of Applied Psychology, 85(1), 38-49.*

Malpass, R.S. & Lindsay, R.C.L. (1999) Measuring lineup fairness. *Applied Cognitive Psychology, 13,* S1-S8.

Corey, D., Malpass, R.S. & McQuiston, D. (1999). Parallelism In Eyewitness And Mock Witness Identifications. *Applied Cognitive Psychology, 13* S41-S58.

Malpass, R.S. (1999). Subjective culture and the law. In J. Adamopoulos & Y. Kashima (Eds.) *Social Psychology and Cultural Context.* Newberry Park, CA: Sage Publications.

Wells, G.L., Small, M., Penrod, S., Malpass, R.S., Fulero, S.M., & Brimacombe, C.A.E. (1998). Eyewitness identification procedures: Recommendations for lineups and photospreads. *Law and Human Behavior, 23(6)* 603-647.

Garven, S., Wood, J.M., Malpass, R.S. & Shaw, J.S. III (1998). More than suggestion: The effect of interviewing techniques from the McMartin Preschool case. *Journal of Applied Psychology, 83(3)* 347-359.

Koehnken, G., Malpass, R.S. and Wogalter, M. (1996). Forensic applications of lineup research. In S. Sporer, R.S. Malpass and G. Koehnken (Eds.), *Psychological Issues in Eyewitness Identification.* (pp. 205-231). Hillsdale, NJ: Lawrence Erlbaum.

Malpass, R.S. (1996). Enhancing eyewitness memory. In S. Sporer, R.S. Malpass and G. Koehnken (Eds.), *Psychological Issues in Eyewitness Identification.* (pp. 177-204). Hillsdale, NJ: Lawrence Erlbaum.

Malpass, R.S., Sporer, S.L. & Koehnken, G. (1996). Conclusion. In S. Sporer, R.S. Malpass and G. Koehnken (Eds.), *Psychological Issues in Eyewitness Identification.* (pp. 295-300). Hillsdale, NJ: Lawrence Erlbaum.

Sporer, S.L., Koehnken, G. and Malpass, R.S. (Eds.) (1996). Introduction: 200 years of mistaken identification. In S. Sporer, R.S. Malpass and G. Koehnken (Eds.), *Psychological Issues in Eyewitness Identification.* (pp. 1-6). Hillsdale, NJ: Lawrence Erlbaum.

Malpass, R.S. (1996). Face recognition at the interface of Psychology, Law, and Culture. (Presidential Address) In H. Grad, A. Blanco and J. Georgas (Eds.), *Key Issues in Cross-Cultural Psychology: Selected Papers from the Twelfth International Congress of the International Association for Cross-Cultural Psychology.* (pp. 7-21). Lisse, The Netherlands: Swets & Zeitlinger.

Finjeman, Y.A., Willemsen, M.E. & Poortinga, Y.H., in collaboration with Erelcin, F.G., Georgas, J., Hui, C.H., Leung, K., & Malpass, R.S. (1996). Individualism - Collectivism: An empirical study of a conceptual issue. *Journal of Cross-Cultural Psychology, 27(4),* 381-402.

Lonner, W.J. & Malpass, R.S. (1994). When psychology and culture meet: An introduction to cross-cultural psychology. In W.J. Lonner & R.S. Malpass (Eds.), (1994). *Psychology and Culture.* (pp. 1-12). Needham Heights, Massachusetts: Allyn & Bacon.

Malpass, R.S. (1992). An individualists dilemma? *Cross-Cultural Psychology Bulletin, 26,* (1) 8-9.

Malpass, R.S. (1993). "They all look alike to me". In M. Merrens & G. Brannigan (Eds.) *The Undaunted Psychologist.* (pp. 74-88). New York: McGraw-Hill.

Malpass, R. S. (1990). An excursion into utilitarian analysis. *Behavior Science Research, 24,* 1-15.

Malpass, R.S. (1990). Enhancing eyewitness memory. In G. Koehnken & S.L. Sporer (Eds.) *Identifizierung von Tatverdactingen: Psychologische Erkentnisse, Probleme und Perspectiven.* (pp. 135-156). Gottingen: C.J. Hogrefe.

Bothwell, R. K., Brigham, J.C. & Malpass, R.S. (1989). Cross-racial identification. *Personality and Social Psychology Bulletin, 15,* 19 - 25.

Malpass, R.S. (1988). Psychological differentiation, gaze and face recognition. In M. M. Gruneberg, P. E. Morris & R. N. Sykes (Eds.) *Practical Aspects of Memory: Current research and issues. Vol. 1 Memory in everyday life.* (pp. 145-150). London: John Wiley & Sons.

Malpass, R.S. (1988). Using Electronic Mail in a Seminar Context. *Faculty Forum, Suny College of Arts & Science, Plattsburgh, NY, 15(1),* 6-10.

Malpass, R. S. (1988). Why not cross-cultural psychology?: A characterization of some mainstream views. In M. H. Bond (Ed.) *The Cross-Cultural Challenge to Social Psychology.* (pp. 29-35). Beverly Hills, CA: Sage.

Poortinga, Y.H., & Malpass, R.S. (1986). Making inferences from cross-cultural data. In W.J. Lonner, & J.W. Berry (Eds.), *Field Methods in Cross-cultural Research.* (pp. 17-46). Beverly Hills, California: Sage Publications.

Malpass, R.S., & Poortinga, Y.H. (1986). Strategies for design and analysis. In W.J. Lonner, & J.W. Berry (Eds.), *Field Methods in Cross-cultural Research.* (pp. 47-83). Beverly Hills, California: Sage Publications.

Malpass, R.S., & Hughes, K.D. (1986). Formation of facial prototypes. In H.D. Ellis, M.A. Jeeves, F. Newcombe, & A.W. Young (Eds.), *Aspects of Face Processing* (NATO ISI Series). (pp. 154-162). Dordrecht, The Netherlands: Martinus Nijhoff.

Devine, P.G., & Malpass, R.S. (1985). Orienting strategies in differential face recognition. *Personality and Social Psychology Bulletin, 11,* 33-40.

Malpass, R.S. (1985). Recent research on suggestion in eyewitness identification lineups. In F. Denmark (Ed.), *Social / Ecological Psychology and the Psychology of Women* (Volume 7, proceedings of the XXIII International Congress of Psychology). (pp. 91-103). Amsterdam

Brigham, J.C., & Malpass, R.S. (1985). The role of experience and contact in the recognition of faces of own- and other-race persons. *Journal of Social Issues, 41(3),* 139 - 155.

Malpass, R.S., & Devine, P.G. (1984). Research on suggestion in lineups and photospreads. In G.L. Wells, & E.F. Loftus (Eds.), *Eyewitness Testimony: Psychological Perspectives.* (pp. 64-91). New York: Cambridge.

Malpass, R.S., & Devine, P.G. (1983). Measuring the fairness of eyewitness identification lineups. In S. Lloyd-Bostock, & B. Clifford (Eds.), *Evaluating Witness Evidence.* (pp. 81-102). London: Wiley & Sons.

Malpass, R.S. (1981). Training in face recognition. In G.M. Davies, H.D. Ellis, & J.W. Shepherd (Eds.), *Perceiving and Remembering Faces.* (pp. 271-285). London: Academic Press.

Malpass, R.S. (1981). Effective size and defendant bias in eyewitness identification lineups. *Law & Human Behavior, 5,* 299-309.

Malpass, R.S., & Devine, P.G. (1981). Guided memory in eyewitness identification. *Journal of Applied Psychology, 66,* 343-350.

Malpass, R.S., & Devine, P.G. (1981). Eyewitness identification: Lineup instructions and the absence of the offender. *Journal of Applied Psychology, 66,* 482-489.

Weldon, D.E., & Malpass, R.S. (1981). Effects of attitudinal, cognitive and situational variables on recall of biased communications. *Journal of Personality and Social Psychology, 40,* 39-52.

Malpass, R.S., & Devine, P.G. (1981). Realism and eyewitness identification research. *Law & Human Behavior, 4,* 347-358.

Cohen, M.N., Malpass, R.S., & Klein, H.G. (1980). Introduction. In M.N. Cohen, R.S. Malpass, & H.G. Klein (Eds.), *Biosocial Mechanisms of Population Regulation* (pp. ix - xxiii). New Haven: Yale University Press.

Malpass, R.S. (1979). A cross-cultural face recognition field manual: Description and a validation study. In L.H. Eckensberger, W.J. Lonner, & Y.H. Poortinga (Eds.), *Cross-Cultural Contributions to Psychology: Selected Papers from the Fourth International Conference of IACCP*. (pp. 27-39). Amsterdam: Swets & Zeitlinger.

Malpass, R.S. (1979). Theory and method in cross-cultural psychology clarified: Response to Otterbein and to Wagner & Davis. *American Psychologist, 34*, 444-445.

Malpass, R.S. (1977). On the theoretical basis of methodology: A return to basics. In Y.H. Poortinga (Ed.), *Basic Problems in Cross-Cultural Psychology: Selected Papers from the Third International Conference of IACCP*. (pp. 64-72). Amsterdam: Swets & Zeitlinger.

Malpass, R.S., & Salancik, G.R. (1977). Linear and branching formats in culture assimilator training. *International Journal of Intercultural Relations, 1*, 76-87.

Malpass. R.S. (1977). Theory and method in cross-cultural psychology. *American Psychologist, 32*, 1069-1079.

Triandis, H.C., Malpass, R.S., & Feldman, J. (1976). Method, and a sample of results. Chapter 5 in H.C. Triandis (Ed.), *Variations in Black and White Perceptions of the Social Environment*. (pp. 81-117). Champaign, Illinois: University of Illinois Press.

Malpass, R.S. (1975). Face recognition studied cross-culturally can enrich our understanding of basic processes. In J.W. Berry, & W.J. Lonner (Eds.), *Applied Cross-Cultural Psychology: Selected Papers from the Second International Conference of IACCP*. (pp. 189-193). Amsterdam: Swets & Zeitlinger.

Malpass, R.S., & Symonds, J.D. (1974). Value preferences associated with social class, sex and race. *Journal of Cross-Cultural Psychology, 5*, 282-300.

Malpass, R.S. (1974). Racial bias in eyewitness identification? *Personality and Social Psychology Bulletin, 1*, 42-44.

Triandis, H.C., Malpass, R.S., & Davidson, A.R. (1973). Psychology and culture. In P.H. Mussen, & M.R. Rosenzweig (Eds.), *Annual Review of Psychology, 24*, (pp. 355-378). Palo Alto: Annual Reviews.

Malpass, R.S., Lavigueur, H., & Weldon, D.E. (1973). Verbal and visual training in face recognition. *Perception & Psychophysics, 14*, 285-292.

Triandis, H.C., & Malpass, R.S. (1971). Studies of black and white interaction in job settings. *Journal of Applied Social Psychology, 2*, 101-117.

Triandis, H.C., Malpass, R.S., & Davidson, A.R. (1971). Cross-cultural psychology. In B.J. Siegel (Ed.), *Biennial Review of Anthropology, 1971*. (pp. 1-84). Stanford, CA: Stanford University Press.

Malpass, R.S., & Kravitz, J. (1969). Recognition for faces of own and other "race". *Journal of Personality & Social Psychology, 13*, 330-334.

Malpass, R.S. (1969). Effects of attitude on learning and memory: The influence of instruction-induced sets. *Journal of Experimental Social Psychology, 5*, 441-453.

**BOOK REVIEWS.**

Malpass, R.S. (1981). [Review of Handbook of Cross-Cultural Psychology]. *The Behavioral and Social Science Librarian, 2,* 119-133.

Malpass, R.S. (1981). [Review of Handbook of Cross-Cultural Psychology, Volume 2: Methodology]. *Journal of Cross-Cultural Psychology, 12,* 493-496.

Malpass, R.S. (1973). [Review of Cross-national research: Social psychological methods and problems]. *Journal of Cross-Cultural Psychology, 4,* 509-511.

Malpass, R.S. (1970). [Review of Methods for experimental social innovation)]. *American Journal of Psychology, 83*, 302-303.

**INVITED PRESENTATIONS:**

Malpass, R.S. (2007, September). *Eyewitness expert testimony*. Presentation to the City Bar Center for CLE (New York City) program "Body Of Evidence: How Criminal Defendants' Bodies Become Part Of The Evidence At Trial".

Malpass, R.S. (Chair) (2007, March). Programmatic Ideas For The Second Century Of Eyewitness Identification Research. Invited Symposium presented at the "Off The Witness Stand" Conference , John Jay College of Criminal Justice, New York, N Y.

Malpass, R.S. (2007, January). *Eyewitness Identification – Eye saw him do it.* 27th Annual Prairie Dog Lawyers Seminar, Texas Criminal Defense Lawyers Association, Lubbock, TX.

Malpass, R.S. (2006, September). *Eyewitness Identification.* Fourth Annual Forensic Seminar, Texas Criminal Defense Lawyers Association, Dallas, TX.

Malpass, R.S. (2006, April). *Lineup Reform.* Justice For All: A National Symposium on the Role of Forensic Science in the Evolution of Criminal Justice Reform in America. The Cyril H. Wecht Institute of Forensic Science and Law,  Duquesne University, Pittsburgh, PA.

Malpass, R.S., Zimmerman, L.Z., Ross, S.J. & Top, L.D. (2006, April). *Comments on the Illinois Pilot Program on Sequential Double-Blind Identification Procedures.* New Policies, New Practices: Fresh Perspectives on Eyewitness Identification. Loyola University Chicago School of Law.

Malpass, R.S. (2005, September). *Eyewitness Identification.* Plenary Address, Third Annual Forensic Seminar, Texas Criminal Defense Lawyers Association, Dallas, TX.

Malpass, R.S. (2004, December). *The Psychology of Eyewitness Testimony.* Texas Criminal Defense Lawyers Association: Texas Two-Step. Continuing Legal Education, Austin, Texas.

Zimmerman, L.A. & Malpass, R.S. (2004, August). *Workshop on Constructing and Evaluating Eyewitness Identification Lineups.* Second Annual Forensic Seminar, Texas Criminal Defense Lawyers Association, Plano, TX.

Malpass, R.S. & Zimmerman, L.A. (2004, August). *Eyewitness Identification.*  Second Annual Forensic Seminar, Texas Criminal Defense Lawyers Association, Plano, TX.

Malpass, R.S. (2004, February). *What to do before the Doctor Arrives.* Continuing Legal Education, El Paso County Public Defenders, El Paso, Texas.

Malpass, R.S. (2003, August). *Eyewitness Identification.* First Annual Forensic Seminar, Texas Criminal Defense Lawyers Association, Plano, TX.

Malpass, R.S. (2003, February) *Identification Issues in New York State With Special Attention to Lineup Procedure.* New York City Bar Association, Manhattan, New York

Malpass, R.S. (2002, June). *Eyewitness Identification.* Southwest Regional Juvenile Defenders Conference, Houston, TX

Malpass, R.S. (2002, April) *Psychological Issues in Eyewitness Identification and Facial Recognition.* Invited address presented at the Undergraduate Social Science Research Conference at the University of Northern Iowa.

Malpass, R.S. (2001, October) *Issues in Eyewitness and Cross-Racial Identification.* Continuing legal education workshop presented to the Hispanic National Bar Association meetings, Philadelphia, PA,

Malpass, R.S. (2001, July). *The Psychology of Identification: Using Results of Psychological Research in Identification Cases.* Continuing legal education workshop presented to the New Mexico Criminal Defense Lawyers Association, Albuquerque, NM.

Malpass, R.S. (2001, July). *Interviewing: Some Bad News, Some Good News, Some How-to's.* Training presentation for the U.S. Border Patrol, El Paso, TX

Malpass, R.S. (2001, April). *Eyewitness Identification.* Continuing Legal Education workshop presented for the U.S. Army, Southern District, Judge Advocate General, Lackland AFB, San Antonio, TX

Malpass, R.S. (2001, March) *Eyewitness Identification: Memory, Decision Making, Fairness and Bias.* Continuing legal education workshop presented to the Nebraska Criminal Defense Attorneys Association, Lincoln, NB.

Malpass, R.S. (2000, December).  A series of lectures at the Chinese People's Public Security University, Beijing, China, on
> *Psychology and Law*
> *Eyewitness Identification*
> *The Evaluation of Eyewitness Identification Procedures*
> *Psychology, Law and Culture*

Malpass, R.S. (1998, October). *Eyewitness Memory.* Invited paper presented at the annual meeting of the El Paso Criminal Law Association.

Malpass, R.S. (1998, August).  *Emerging Issues in Eyewitness Identification.* Presidential Address, Division of Psychology and Law, International Congress of Applied Psychology, San Francisco, USA

Malpass, R.S. (1996, September).  *Psychology, Law and Culture.*  Keynote address presented at the 6th European Congress on Psychology and Law, Siena, Italy

Malpass, R.S. (1996, October). *Induced discovery as a strategy of subjective culture research, with applications to law.* Invited paper presented at the celebration of Harry Triandis' 70th birthday, and the Triandis Festschrift presentations.

Malpass, R.S. (1994, October). *Face recognition at the interface of Psychology, Law and Culture.* Invited address presented at the Meetings of the Mexican Society of Social Psychology, Merida, Mexico.

Malpass, R.S. (1994, July). *Face recognition at the interface of Psychology, Law and Culture.* Presidential Address presented to the Psychology and Law Division of the International Association of Applied Psychology, Madrid, Spain.

Malpass, R.S. (1994, July). *Face recognition at the interface of Psychology, Law and Culture.* Presidential Address presented to the International Congress of the International Association for Cross-Cultural Psychology, Pamplona, Spain.

Malpass, R.S. (1991, September). *"They all look alike to me". But Why?* Invited talk presented at the Conference on Race and Intergroup Relations: Causes, Consequences and Solutions, Colgate University.

Malpass, R.S. (1991, December). *Measuring social experience.* Invited paper presented at the International Academic Symposium of Psychological Measurement, Nanjing Normal University, Nanjing, Peoples Republic of China.

Malpass, R.S. (1990, February). *An excursion into utilitarian analysis, with side trips.* Presidential Address presented at the meetings of the Society for Cross-Cultural Research, Claremont, CA.

Malpass, R. S. (1987, May). *Cross-cultural psychology: A view from the mainstream.* Paper presented at the conference on Cross-cultural Psychology and the Mainstream, Nags Head, NC.

Malpass, R.S., & Hughes, K.D. (1985, July). *Formation of Facial Prototypes.* Invited presentation at the NATO Advanced Research Workshop on Aspects of Face Processing, University of Aberdeen, Aberdeen, Scotland.

Malpass, R.S. (1984, June). *The formation of facial prototypes: Implications for eyewitness identification processes.* Paper presented at the Nags Head Conference on Psychology and Justice, Kill Devil Hills, North Carolina.

Malpass, R.S. (1983, June). *The formation of facial prototypes as a procedural problem in eyewitness identification.* Paper presented at the Nags Head Conference on Psychology and Justice, Kill Devil Hills, North Carolina.

Malpass, R.S., & Devine, P.G. (1981, April). *Issues in the measurement of lineup fairness.* Invited presentation at the Social Science Research Council sponsored conference on Law and Psychology, Wolfson College, Oxford University, England.

Malpass, R.S., & Devine, P.G. (1980, June). *Does eyewitness identification research have a credibility problem?* Invited presentation at the Conference on the Psychology of Eyewitness Testimony, University of Alberta, Edmonton.

Malpass, R.S. (1974, October). *A cross-cultural perspective on face recognition.* Invited paper presented at the National Institute of Dental Research Conference on Psychosocial Aspects of Craniofacial Malformations, Hilton Head, South Carolina.

Malpass, R.S. (1974, December). *Cross-cultural psychology.* Invited review presented at the XVth Interamerican Congress of Psychology, Bogota, Colombia.

**INVITED COLLOQUIA.**

*The Science of Eyewitness Identification and its Relation to Polcy, Practice and Protecting the Innocent.* Colloquy given in the Department of Psychology, Middlebury College, May 4, 2005.

*Eyewitness Identification: Science, Practice and Policy.* Colloquy given in the Department of Psychology, Middlebury College, July 26, 2004.

*A Utility Analysis of Policy Alternatives: Simultaneous and Sequential Lineups.* Invited Colloquy given in the Department of Psychology, New Mexico State University, February 27, 2004.

*Some interactions with Psychology and Law.* Invited talk given in the Group Dynamics Seminars series, University of Michigan, November, 2001

*Cross-Cultural Psychology: Methodology, substance or perspective?* Invited talk given in the Department of Psychology, The Free University, Amsterdam, The Netherlands. February, 1998

*Psychology, law and culture: Tensions in the application of law based on cultural diversity.* Invited talk given in the Graduate School, University of Muenster, Germany. May, 1997.

Invited Seminars, Interdisciplinary Graduate School, University of Muenster, Germany, May 1997.
  *Methods for Understanding other cultures: Basic Problems*
  *Methods for Understanding other cultures: Selected approaches*
  *Social experience and cross-race face recognition.*

*Evaluating eyewitness memory: Continuing and emerging questions.* Institute for Psychology, University of Erlangen-Nuernberg, Germany, May 27, 1997.

*Issues in teaching cross-cultural psychology.* Presented in the Department of Psychology, Houston (Texas) Community College, January 20, 1995.

*Similarities behind the differences: The cross-cultural problem.* Presented at the Conference on Cross-Cultural Research in Undergraduate Psychology Texts, Western Washington University, June 17-19, 1992.

The Cross-Race Effect: Some History, and Some New Experiments.
  *Department of Psychology, University of Colorado at Boulder, April, 1992.*
  *Department of Psychology, University of Texas, El Paso, May, 1992.*
  *Department of Psychology, Rhodes University, South Africa, May, 1992.*
  *Department of Psychology, Fort Hare University, Ciskei, South Africa, May, 1992.*
  *Department of Psychology, University of Capetown, South Africa, May, 1992.*
  *Department of Psychology, University of Transkei, South Africa, June, 1992.*

*Faces, "races", eyewitnesses: The evolution of a research problem.* Presented in the Department of Psychological Science, Ball State University, February 1991

*Faces, "races", eyewitnesses: The evolution of a research problem.* Presented in the Department of Psychology, Haverford College, March 1989

*On the evidentiary value of person identifications.* Presented in the School of Law, University of Marburg, Federal Republic of Germany, June 1989

*Context effects in eyewitness memory.* Presented in the Department of Psychology, University of Texas, El Paso, February, 1988

*Utilitarian thinking in psychology.* Presented in the Department of Psychology, State University of New York at Albany, March, 1988

*Fairness and bias in eye-witness identification.* Presented in the Department of Psychology, University of Newcastle, Australia, August, 1988

*Differential face recognition: 20 years in and out of cross-cultural psychology.* Presented in the Department of Psychology, University of Newcastle, Australia, August, 1988

*Suggestion in eyewitness identification.* Presented in the Psychology Department, University of Utah, Salt Lake City, Utah, February 1984

*Ethical hedges and applied social psychology.* Presented in the Department of Psychology, Union College, Schenectady, New York, November, 1984

*Eyewitness identification.* Presented in the Psychology Department, Colgate University, Hamilton, New York, April, 1982

*Suggestion in eyewitness identification.* Presented in the Psychology Department, Ohio State University, Columbus, Ohio, May, 1982

*Recent research on eyewitness identification.* Presented in the Psychology Department, Dalhousie University, Halifax, Nova Scotia, November, 1981

*Suggestion in eyewitness identification lineups.* Presented in the Psychology Department, Union College, Schenectady, New York, May, 1981. (with P.G. Devine)

*Eyewitness identification: Recent advances.* Presented in the Department of Psychology, Tilburg University, The Netherlands, April, 1981

*The psychological basis of methodology in cross-cultural psychology.* Presented at the Department of Psychology, University of Allahabad, India, January, 1981

*Research on eyewitness identification.* Presented at the Department of Psychology, University of Connecticut, Storrs, May, 1979

*Cross-cultural continuities in psychological processes: Does everybody's head work the same?* Presented at the S.U.N.Y. College of Arts & Science, Cortland, New York, October, 1977

**PAPERS PRESENTED AT MEETINGS AND CONFERENCES:**

Topp, L. & Malpass, R.S. (2007, July). Assessing Witness Confusion: Are those who create and or view a composite more likely to later confuse their composite with the target? Paper presented at the Meetings of the Society for Applied Research in Memory and Cognition, Lewiston, ME, July 2007.

Malpass, R.S., Tredoux, C.G. & Mc Quiston-Surrett, D.E. (2007, March). The past gives cues to the future of eyewitness identification research. In Malpass, R.S. (Chair) Programmatic Ideas For The Second Century Of Eyewitness Identification Research. Symposium presented at the "Off The Witness Stand" Conference , John Jay College of Criminal Justice, New York, N Y.

Ross, S. J., & Malpass, R. S. (2007, March). An evaluation of the field studies on eyewitness identification procedures: What do we know and what can we learn? Paper presented at the "Off the witness stand: Using psychology in the practice of justice" meeting, New York, NY.

MacLin, O.H., Malpass, R.S. & Ross, S. (2006, March). Towards an Ecological Approach to Examine the Diagnosticity of Sequential and Simultaneous Lineup Procedures. In O. H. MacLin (Chair) Technological and Methodological Advances in Eyewitness Identification Research. Symposium presented at the annual meeting of the American Psychology-Law Society, St. Petersburg, FL.

Malpass, R.S., Tredoux, C.G., McQuiston-Surrett, D.E., Zimmerman, L.A. & MacLin, O.H. (2006, March). A Re-examination Of Sequential Lineup Superiority. Paper presented at the annual meeting of the American Psychology-Law Society, St. Petersburg, FL

Pruss, N. & Malpass, R. S. (2006, March). Eyewitness identification schemas. Poster presented at the annual meeting of the American Psychology-Law Society, St. Petersburg, FL.

Ross, S. J. & Malpass, R. S. (2006, March). Scale validation is not forever: An evaluation of legal authoritarianism measures within and across cultures. Paper presented at the annual meeting of the American Psychology-Law Society, St. Petersburg, FL.

Ross, S. J. & Malpass, R. S. (2006, March). The authoritarianism-verdict association post- Narby et al.": A meta-analytic review. Paper presented at the annual meeting of the American Psychology-Law Society, St. Petersburg, FL.

Topp, L.D. & Malpass, R.S. (2006, March). An examination of composite production and repeated viewings on identification accuracy. Paper presented at the annual meeting of the American Psychology-Law Society, St. Petersburg, FL.

Malpass, R.S. & Rigoni, M. (2005,. March). *Crime Seriousness and the Multi-Attribute Utility of Simultaneous and Sequential Eyewitness Lineups*. Paper presented at the meetings of the American Psychology-Law Society, LaJolla, CA.

Topp, L., Mc Quiston-Surrett, D.E. & Malpass, R.S. (2005, March). *Eyewitness Perception of the Composite Construction Task and Their Ability to Identify the Culprit.* Poster presented at the meetings of the American Psychology-Law Society, LaJolla, CA.

Zimmerman, L.A., Luna, A. & Malpass, R.S. (2005, March). *The Influence of Ethnicity and Language on Facial Descriptions: A Comparison of Monolingual and Bilingual Hispanics.* Poster presented at the meetings of the American Psychology-Law Society, LaJolla, CA.

Malpass, R.S. (2004, March). *A Subjective Expected Utility Approach to the Evaluation of Policy Alternatives.* Paper presented at the meetings of the American Psychology-Law Society, Scottsdale, AZ.

Zimmerman, L.A. & Malpass, R.S;. (2004, March). *The Influence of Differential Interview Techniques on Eyewitness Description Accuracy.* Paper presented at the meetings of the American Psychology-Law Society, Scottsdale, AZ.

Malpass, R.S. (2003, October). *A Subjective Expected Utility Approach to the Evaluation of Policy Alternatives.* Invited paper presented at the 3rd annual conference on eyewitness identification and memory, Florida International University, Miami.

Gaitens, K.E. & Malpass, R.S. (2003, July). *Eyewitness Identification: Arousal and Accuracy Comparing Victims Versus Bystanders.* Poster presented at the Meetings of the Society for Applied Research in Memory and Cognition, Aberdeen, Scotland.

Malpass, R.S. (2003, July) Eyewitness Research Is Stimulated By Interactions Of Researchers With The Criminal Justice System. In Penrod, S.J. *Eyewitness Research and the Law—An International Perspective: Emerging Research Issues.* Symposium presented at the Meetings of the American Psychology & Law Society, Edinburgh.

Malpass, R.S. (2003, July) Forms Of Influence Of Eyewitness Research On The American Criminal Justice System. In Penrod, S.J. *Eyewitness Research and the Law—An International Perspective: The*

*Impact of Research on the Law.* Symposium presented at the Meetings of the American Psychology & Law Society, Edinburgh.

Malpass, R.S. (2003, July). On Experts and Expertise: A discussion of presentations. In Cutler, B. *Expert Psychological Testimony on Eyewitness Memory.* Symposium presented at the Meetings of the American Psychology & Law Society, Edinburgh.

Malpass, R.S. (2003, July).*Simultaneous Or Sequential Lineups? New Data, New Perspectives, New Looks At Old Questions, And A Study Space Based Policy Analysis.* Symposium presented at the Meetings of the American Psychology & Law Society, Edinburgh.

Malpass, R.S., MacLin, O. H., Zimmerman, L. A., Tredoux, C. G., & McQuiston, D. E. (2003, July). A Study Space Analysis For Policy Development: Application To Simultaneous vs. Sequential Lineups. In Malpass, R.S. *Simultaneous Or Sequential Lineups? New Data, New Perspectives, New Looks At Old Questions, And A Study Space Based Policy Analysis.* Symposium presented at the Meetings of the American Psychology & Law Society, Edinburgh.

McQuiston, D.E. & Malpass, R.S. (2003, July). Investigating the own-race bias in composite production. In McQuiston, D.E. & Tredoux, C.G. *Face composite production by eyewitnesses: New technologies and developments.* Symposium presented at the Meetings of the Society for Applied Research in Memory and Cognition, Aberdeen, Scotland.

Topp, L., Zimmerman, L.A., MacLin, O.H. & Malpass, R.S. (2003, July). *Implications of Latency Times and Confidence Ratings on Eyewitness Identification Accuracy.* Poster presented at the Meetings of the American Psychology & Law Society, Edinburgh.

Topp, L.D., McQuiston, D.E. & Malpass, R.S. (2003, July). *Exploring Composite Production and Its Subsequent Effects on Eyewitness Memory.* Poster presented at the Meetings of the Society for Applied Research in Memory and Cognition, Aberdeen, Scotland.

Zimmerman, L.A. & Malpass, R.S. (2003, July). *Eyewitness description enhancement techniques: Assessment of Guided Memory and Structured Interview techniques with varied time delays between event and interview.* Poster presented at the Meetings of the Society for Applied Research in Memory and Cognition, Aberdeen, Scotland.

Zimmerman, L.A., MacLin, O.H. & Malpass, R.S. (2003, July). *Comparison of lineup administration methods: Traditional paper-and-pencil versus computerized administration technology.* Poster presented at the Meetings of the American Psychology & Law Society, Edinburgh.

Zimmerman, L.A., MacLin, O.H. & Malpass, R.S. (2003, July). *Simultaneous and sequential lineups: A look beyond photo presentation order.* Paper presented at the Meetings of the American Psychology & Law Society, Edinburgh.

Zimmerman, L.A., MacLin, O.H. & Malpass, R.S. (2003, April). Computerized data collection in eyewitness research: PC_Eyewitness versus traditional paper-and-pencil methods. Paper presented at the Annual Dialog of Aggies & Miners, El Paso, Texas.

MacLin, O. H., Zimmerman, L. A. & Malpass, R. S. (2002, October). *Computerized lineup administration technology: PC_Eyewitness & PDA_Eyewitness.* Poster presented at the 2002 National Conference on Science and the Law, Miami, FL.

Malpass, R. S., McQuiston, D. E., MacLin, O. H., Zimmerman, L. A. & Gaitens, K. E. (2002, October). *The Use of Quantitative Techniques for the evaluation of eyewitness identification lineups: Application to actual cases.* Poster presented at the 2002 National Conference on Science and the Law, Miami, FL.

McQuiston, D. E., Gaitens, K. E., Zimmerman, L. A., & Malpass, R. S. (2002, October). *Examining the mockwitness technique for evaluating sequential lineups.* Poster presented at the 2002 National Conference on Science and the Law, Miami, FL.

Zimmerman, L. A., Gaitens, K. E., McQuiston, D. E., MacLin, O. H. & Malpass, R. S. (2002, October). *Differences in Simultaneous and Sequential Lineups: How Multiple Lineup Variables Affect Eyewitness Identification.* Poster presented at the 2002 National Conference on Science and the Law, Miami, FL.

MacLin, O & Malpass, R.S. (2002, July). Fair comparisons of sequential and simultaneous lineups. In Malpass, R.S., *Recent progress in research on Eyewitness Identification and Perception and Memory for Faces.* Invited Symposium presented at the meetings of the International Association of Applied Psychology, Singapore.

Gaitens, K. E., Zimmerman, L. A., McQuiston, D.E. & Malpass, R.S. (2002, March). *Structural Bias in Eyewitness Lineups: When Does the Suspect "Stand Out"?* Poster presented at the meetings of the American Psychology – Law Society, Austin, TX.

Herrera, V., MacLin, M.K. & Malpass, R.S. (2002, March). *The Criminal Schema: Content and Origins.* Poster presented at the meetings of the American Psychology – Law Society, Austin, TX.

Kassin, S.M., Norwick, R.J., Meissner, C.A. & Malpass, R.S. (2002, March). *"I'd Know a False Confession if I saw One:" A Comparative Study of College Students and Police Investigators.* Paper presented at the meetings of the American Psychology – Law Society, Austin, TX.

MacLin, M.K., Malpass, R.S., Herrera, V. & Juntunen, B. (2002, March). *Criminality Schemas: Implications for Eyewitness Identification.* Poster presented at the meetings of the American Psychology – Law Society, Austin, TX.

MacLin, O. H., & Malpass, R. S. (2002). A fair comparison of simultaneous and sequential lineup procedures. Paper presented in O. H. MacLin (Chair), *What do we really know about simultaneous and sequential lineups? Are we ready for recommendations?* Lineup evaluation symposium for the American Psychology – Law Society, Austin, TX.

MacLin, O.H. & Malpass, R.S. (2002, March). Towards an Ecological Approach in Examining the Diagnosticity of Sequential *and Simultaneous Line-up Presentations.* Paper presented at the meetings of the American Psychology – Law Society, Austin, TX.

MacLin, O. H., Malpass, R. S., & Kroeger, B. (June, 2001). *A PC Computer Program To Evaluate And Administer Lineups For Research And Law Enforcement.* Paper presented at the fourth biennial meeting of the Society for Applied Research in Memory and Cognition, Kingston, Ontario, Canada.

MacLin, O. H., Malpass, R. S., & MacLin, M. K. (June, 2001). *A further examination of the ambiguous race face effect.* Paper presented in C. Meissner (Chair), Basic and applied aspects of the own-race bias in memory for faces. Symposium presented at the fourth biennial meeting of the Society for Applied Research in Memory and Cognition, Kingston, Ontario, Canada.

MacLin, O. H., McQuiston, D., Kroeger, B., & Malpass, R. S. (June, 2001). *A fair comparison of laboratory administered simultaneous and sequential lineups.* Paper presented at the fourth biennial meeting of the Society for Applied Research in Memory and Cognition, Kingston, Ontario, Canada.

MacLin, M. K., Malpass, R. S., & Herrera, V. (June, 2001). *The effect of criminality on mock witness identification.* Paper presented at the Annual Meeting of the Society for Applied Research in Memory and Cognition, Kingston, Ontario, Canada.

Malpass, R. S., MacLin, O. H., McQuiston, D. & Kroeger, B. (June, 2001). *Lineup evaluation: Notes from the field.* Paper presented at the fourth biennial meeting of the Society for Applied Research in Memory and Cognition, Kingston, Ontario, Canada.

McQuiston, D., Malpass, R. S., Kroeger, B., & MacLin, O. H. (June, 2001). *The effects of verbal information and lineup instructions on the mockwitness' ability to detect structural bias in lineups.* Paper presented at the fourth biennial meeting of the Society for Applied Research in Memory and Cognition, Kingston, Ontario, Canada.

McQuiston, D.E. & Malpass, R.S., (June, 2001). *Eyewitness identifications in criminal cases: An archival study.* Paper presented at the fourth biennial meeting of the Society for Applied Research in Memory and Cognition, Kingston, Ontario, Canada.

McQuiston, D. E., Malpass, R. S., & Salinas, R. (May, 2001). *Eyewitness identifications in criminal cases: A view from the field.* Paper presented at the 2001 Western Psychological Association Annual Meeting, Maui, HI.

McQuiston, D. E., Salinas, R., Villegas, E., Garcia, G., & Malpass, R. S. (May, 2001). *Utility of the sequential lineup procedure: Exploring generalizability issues.* Paper presented at the 2001 Western Psychological Association Annual Meeting, Maui, HI.

Kroeger, B., MacLin, O. H., & Malpass, R. S. (June, 2001). *Criminality analog to the cross-race effect.* In C. Meissner (Chair), Basic and applied aspects of the own-race bias in memory for faces. Symposium presented at the fourth biennial meeting of the Society for Applied Research in Memory and Cognition, Kingston, Ontario, Canada.

Herrera, V., MacLin, M. K., & Malpass, R. S. (April, 2001). *Sequential versus simultaneous presentation and its influence on the "criminality effect."* Poster presented at the Rocky Mountain Psychological Association Convention, Reno, NV.

Kroeger, B. J., MacLin, O. H., & Malpass, R. S. (April, 2001). *Criminality effect and the other-race face effect.* Paper presented at the 2001 Convention of the Rocky Mountain Psychological Association. Reno, NV.

MacLin, M. K., MacLin, O. H., & Malpass, R. S. (April, 2001). *Using the implicit association test to assess ambiguous race faces.* Paper presented at the Rocky Mountain Psychological Association Convention. Reno, NV.

MacLin, M. K., MacLin, O. H., Malpass, R. S. & Bustamante, G. (April, 2001). *The effect of positive versus negative arousal on same-race face recognition.* Paper presented at the Rocky Mountain Psychological Association Convention, Reno, NV.

Malpass, R.S. (2001, February). *Racial Categorization of Faces: The Ambiguous Race Face Effect.* Paper presented at the meetings of the Society for Cross-Cultural Research, San Diego, CA.

Herrera, V., McQuiston, D.E., MacLin, O H. & Malpass, R.S. (2000, April). *Examining The Cross-Race Effect Using Racially Ambiguous Faces.* Poster presented at the meetings of the Western Psychological Association, Portland, OR.

Honaker, S., Herrera, V., MacLin, O.H. & Malpass, R.S. (2000, April). *Gender Classification and the Cross-Race Effect.* Poster presented at the meetings of the Western Psychological Association, Portland, OR.

Holguin, S., McQuiston, D.E., MacLin, O.H. & Malpass, R.S. (2000, April). *Racial Classification of Racially Ambiguous Faces.* Poster presented at the meetings of the Western Psychological Association, Portland, OR.

MacLin, O.H., Honaker, S, MacLin, M.K. & Malpass, R.S. (2000, April). *Arousal, Attention, Race, and Face Recognition: Implications for Weapon Focus.* Poster presented at the meetings of the Western Psychological Association, Portland, OR.

Honaker, S., MacLin, O.H., Malpass, R.S., McQuiston, D.E., Herrera, V., & Holguin, S. (2000, March). *The Own-Race bias in Face Recognition: A New Approach to an Old Question.* Paper presented at the Dialogue of Aggies and Miners, El Paso, 2000.

MacLin, O. H., Malpass, R. S., Honaker, S., & McQuiston, D. E. (March, 2000). Another attempt to understand the cross-race effect. In J. C. Brigham (Chair), *What do we know about the own-race bias in face recognition?* Symposium conducted at the 2000 Biennial Meeting of the American Psychology-Law Society, Division 41 of the American Psychological Association, New Orleans, LA.

McQuiston, D.E. & Malpass, R.S. (2000, March). *Use of facial composition systems in U.S. law enforcement agencies.* Poster presented at the meetings of the American Psychology-Law Society, New Orleans.

Garven, S., Wood, J, and Malpass, R.S. (1999, July). Allegations of wrongdoing: the effects of reinforcement on children's mundane and fantastic claims. In G.L. Wells (chair) *New Developments In Eyewitness System-Variable Research.* Symposium conducted at the meetings of the Society for Applied Research in Memory and Cognition, Boulder, Colorado.

McQuiston, D. E. and Malpass, R.S. (1999, July). *Estimation of lineup bias from mock witness identifications. ".* Paper presented at the 3rd Biennial Meeting of The Society for Applied Reserach in Memory and Cognition (SARMAC), University of Boulder, Colorado.

Schreiber, N., Wentura, D., Bilsky, W., Malpass, R.S., & Wood, J.M. (July, 1999*). Interviewing techniques with child witnesses: "Inviting speculation".* Paper presented at the 3rd Biennial Meeting of The Society for Applied Reserach in Memory and Cognition (SARMAC), University of Boulder, Colorado.

McQuiston, D.E., Malpass, R.S. and McClure, K.A. (1999, July). *Estimation of lineup bias from mock witness identifications.* Poster presented at the joint meetings of the American Psychology-Law Society and the European Association of Psychology and Law, Dublin, Ireland.

Wood, J.M., Garven, S., Malpass, R.S., Martinez, Y., McLaurin, K., Scheiber, N., Strok, R., & Velarde, L.D. (1999, July). *Why would they all say it if it isn't true? Reinforcement and social pressure in a daycare abuse case.* Paper presented at the joint meetings of the American Psychology-Law Society and the European Association of Psychology and Law, Dublin, Ireland.

Malpass, R.S. (1999, July). The development of national guidelines for eyewitness identification in the United States. In R. Bull (chair) *Symposium Of The Psychology-Law Division Of The International Association Of Applied Psychology.* Symposium conducted at the joint meetings of the American Psychology-Law Society and the European Association of Psychology and Law, Dublin, Ireland.

Malpass, R.S. (1999, February). Cultural Issues in the Assessment of Legal Responsibility. Paper presented at the meetings of the Society for Cross-Cultural Research, Santa Fe, NM.

Malpass R.S. (1998, March). Interdisciplinary Criminal Justice: The view from the Program Director's Chair. In R.S. Malpass (Chair), *An Interdisciplinary Approach to Criminal Justice Education Based in*

*Political Science, Psychology, Sociology and Law.* Symposium conducted at the meetings of the Academy of Criminal Justice Sciences, Albuquerque, NM.

Malpass, R.S. (1998, March). Interdisciplinary Criminal Justice: The view from Psychology. In R.S. Malpass (Chair), *An Interdisciplinary Approach to Criminal Justice Education Based in Political Science, Psychology,. Sociology and Law.* Symposium conducted at the meetings of the Academy of Criminal Justice Sciences, Albuquerque, NM.

Corey, D. and Malpass, R.S. (1998, March). *An examination of procedures in eyewitness identification and lineup evaluation.* Paper presented at the meetings of the Academy of Criminal Justice Sciences, Albuquerque, NM.

Malpass, R.S. (1998, March). Instructions on viewing lineups. In G.L. Wells (Chair), *Good Practice Recommendations for Lineups and Photospreads.* Symposium conducted at the meetings of the American Psychology-Law Society. Redondo Beach, California.

Malpass, R.S. & Corey, D. (1998, March). Classical applications and emerging issues in measuring lineup fairness. In R.S. Malpass (Chair) *New Developments in the Measurement of Lineup Fairness.* Symposium conducted at the meetings of the American Psychology-Law Society. Redondo Beach, California.

Malpass, R.S., Corey, D., Parada, M., Chavez, J., Bowles, S. & McQuiston, D. (1998, March). *Reliability of face recognition: Take two.* Paper presented at the biennial conference of the American Psychology-Law Society. Redondo Beach, California.

Wood, J. M., Schreiber, N., Martinez, Y., McLaurin, K., Strok, R., Velarde, L. D., Garven, S., & Malpass, R. S. (1998,. March). *Child interviewing techniques in the McMartin Preschool and Kelly Michaels cases: A quantitative comparison.* Paper presented at the biennial conference of the American Psychology-Law Society. Redondo Beach, California.

Garven, S., Wood, J.M., Malpass, R.S. & Shaw, J.S. III (1998, March). *More than suggestion: The effect of interviewing techniques from the McMartin Preschool case.* Paper presented at the biennial conference of the American Psychology-Law Society. Redondo Beach, California.

Dunning, D., Li, J. & Malpass, R.S. (1998, March). *Basketball fandom and cross-race identification among European-Americans: Another look at the contact hypothesis.* Paper presented at the biennial conference of the American Psychology-Law Society. Redondo Beach, California.

Malpass, R.S. (1997, August). Instructions on viewing lineups. In G.L. Wells, (Chair) *Good Practice Recommendations for Lineups and Photospreads.* Discussion conducted at the meetings of the American Psychological Association, Chicago, IL.

Garven, S., Wood, J., Shaw, J.S. III & Malpass, R.S. (1997, July). *More than suggestion: Consequences of the interviewing techniques from the McMartin preschool case.* Paper presented at the meetings of the Society for Applied Research in Memory and Cognition, Toronto, Canada.

Corey, D. & Malpass, R.S. (1997, July). *Some problems in the mock witness paradigm.* Paper presented at the meetings of the Society for Applied Research in Memory and Cognition, Toronto, Canada.

Prospero, M., Corey, D., Malpass, R.S., Parada, M. & Schreiber, N. (1996, February). *Is face recognition an ability? On the reliability of face recognition.* Paper presented at the meetings of the American Psychology - Law Society, Hilton Head, South Carolina.

Malpass, R.S. (1994, January). *The real truth about cross-cultural research.* Paper presented at the meetings of the Social Psychologists In Texas (SPIT), El; Paso, TX.

Malpass, R.S. & Gilbert, A. (1994, January). *Cross-cultural Psychology and the indigenous psychology movement.* Paper presented in the Psychology and Social Transformation Conference, University of the Western Cape, Capetown, Republic of South Africa.

Malpass, R.S. (1993, September). *Towards understanding cross-racial recognition.* Paper presented at the International Conference on Face Processing, Cardiff, Wales.

Wogalter, M. S., Burger, M. A., & Malpass, R. S. (1993, September). Methods of constructing live and photographic lineups by police officers in the United States. In M. S. Wogalter (Chair), *Forensic applications of face recognition research.* Symposium conducted at the International Conference on Face Processing, Welsh Branch of the British Psychological Society, University of Wales, Cardiff, Wales, United Kingdom.

Ferdman, B., Mladinic, A., Orantes, A., & Malpass, R.S. (1993, July). *Navigating the internet and electronic workshops for scientific exchange: An interactive workshop.* Presented at the XXIV Interamerican Congress of Psychology, Santiago, Chile.

Malpass, R.S. (1993, July).  What is the role of the IACCP?  Presented in H.C. Triandis (Chair), *What can psychology contribute to solving problems concerning population and the environment?*  Symposium conducted at the XXIV Interamerican Congress of Psychology, Santiago, Chile.

Malpass, R.S. (1993, April). *New directions in facial recognition research: Theory and practice.* Invited talk to the Rio Grande Chapter of the Human Factors and Ergonomics Society, Las Cruces, New Mexico.

Malpass, R.S. (1992, November). Cross-racial face recognition: A meeting place for cultural, cognitive and legal psychology. Presented in B. Ruback (Chair) *Behavioral Similarity and Differences Across Cultures.* Symposium conducted at the meetings of the Society of Southeastern Social Psychologists, Charleston, SC.

Malpass, R.S. (1991, April). *Looking behavior in public places.* Paper presented at the meetings of the Empire State Social Psychologists, Blue Mountain Lake, New York.

Malpass, R.S. (1991, February). *Looking in public places. Paper* presented at the meetings of the Society for Cross-Cultural Research, San Juan, Puerto Rico.

Malpass, R.S. (1990, April). A Utilitarian analysis of cross-racial social experience. Paper presented in J. Dovidio (Chair), *Stereotyping and prejudice.* Symposium conducted at the meeting of the Empire State Social Psychologists, Blue Mountain Lake, NY.

Malpass, R.S. (1989, July). Enhancement of eyewitness memory through context reinstatement. Paper presented in G. Koehnken (Chair), *New developments in eyewitness memory research.* Symposium conducted at the European Congress of Psychology, Amsterdam, Holland.

Malpass, R.S. (1988, September). Method bias in cross-cultural face recognition research. Paper presented in Y.H. Poortinga and J.W. Berry (Chairs), *Comparison of Psychological Data from Different Cultures - Issues and Pitfalls.* International Forum conducted at the 24th International Congress of Psychology, Sydney, Australia.

Malpass, R.S. (1988, August). *Computer-based communications among cross-cultural researchers.* Paper presented at the 9th International Conference of the International Association for Cross-Cultural Psychology, Newcastle, NSW, Australia.

Malpass, R.S. (1988, August). Methodological convergences in the study of social experience. Paper presented in R. S. Malpass (Chair), *Methodological Convergence of Psychology and Anthropology in Cross-Cultural Research.* Symposium conducted at the 9th International Conference of the International Association for Cross-Cultural Psychology, Newcastle, NSW, Australia.

Malpass, R.S., Erskine, D. & Vaughn, L. (1988, April). *Retaining facial information: A cross-race differential.* Paper presented at the meetings of the Eastern Psychological Association, Buffalo.

Malpass, R.S. (1988, February). Cross-cultural research and "mainstream" psychology. Paper presented in R. Malpass (Chair), *The mutual enrichment of cross-cultural psychology and "mainstream" psychological theory.* Symposium conducted at the 17th annual meeting of the Society for Cross-Cultural Research, El Paso, Texas.

Malpass, R.S. (1987, August). *Psychological differentiation, gaze and face recognition.* Paper presented at the Second Conference on Practical Aspects of Memory, Swansea, Wales.

Malpass, R.S. (1986, July). Differential recognition for own- and other- race faces: The state of our knowledge and its applicability to the evaluation of eyewitness testimony. In G. Davies (Chair), *Eyewitness testimony: Defense and police perspectives.* Symposium conducted at the 21st International Congress of the International Association of Applied Psychology, Jerusalem, Israel.

Malpass, R.S., & Hughes, K.D. (1985, November). *Formation of Facial Prototypes.* Paper presented at the meetings of the Psychonomic Society, Boston.

Malpass, R.S. (1985, February). What are the issues? In A. Menlo (Chair), *The use of cross-cultural comparative research findings in the development of policy and practice.* Symposium conducted at the 14th Annual Meeting of the Society for Cross-Cultural Research, San Juan, Puerto Rico.

Malpass, R.S. (1985, February). Fifteen years of face recognition research: In and out of cross-cultural studies. In. J.W. Berry, & R.S. Malpass (Chairs), *The interplay between individual and group differences.* IACCP Symposium conducted at the 14th Annual Meeting of the Society for Cross-Cultural Research, San Juan, Puerto Rico.

Malpass, R.S. (1984, September). The Journal of Cross-Cultural Psychology in International Scientific Psychology. In J. Lafarga (Chair), *International dissemination of scientific and professional research in psychology.* Thematic session conducted at the XXIIIrd International Congress of Psychology, Acapulco, Mexico.

Malpass, R.S. (1984, September). Recent research on suggestion in eyewitness identification. In R.S. Malpass, & S. Sporer (Chairs), *Recent advances in eyewitness testimony research.* Thematic session conducted at the XXIIIrd International Congress of Psychology, Acapulco, Mexico.

Malpass, R.S. (1984, August). Developmental interventions: Managing compromises between local needs and technical applications. In P. Dasen (Chair), *Applications of Cross-Cultural Psychology to the promotion of healthy human development.* Symposium conducted at the 7th International Conference of the International Association for Cross-Cultural Psychology, Acapulco, Mexico.

Malpass, R.S. (1984, August). Strategies for design and analysis. In J.W. Berry, & W.J. Lonner (Chairs), *Progress on the book: Field methods in cross-cultural research.* Symposium conducted at the 7th International Conference of the International Association for Cross-Cultural Psychology, Acapulco, Mexico.

Malpass, R.S. (1984, April). Guiding eyewitness memory. In E. Geiselman (Chair), *Eyewitness memory retrieval: Phenomena, procedures and mnemonics.* Symposium conducted at the meeting of the Western Psychological Association, Los Angeles, California.

Malpass, R.S. (1984, February). What is the contribution of cross-cultural studies? In P. Rosenblatt (Chair), *So what? Who cares? What do we have to say anyway?.* Symposium conducted at the meeting of the Society for Cross-Cultural Research, Boulder, Colorado.

Malpass, R.S. (1983, August). On the empirical basis for expert testimony on eyewitness identification. In R.S. Malpass (Chair), *Psychologists contribution to more effective use of eyewitness identification evidence.* Symposium conducted at the Meeting of the American Psychological Association, Anaheim, California.

Malpass, R.S., & Germond, J.L. (1982, November). *Prototypicality in face recognition.* Paper presented at the meetings of the Psychonomic Society, Minneapolis, Minnesota.

Ellis, W.R., & Malpass, R.S. (1982, October). *Evaluation of Humanities Programming in Libraries.* Paper presented at the meetings of the Evaluation Research Society, Baltimore.

Malpass, R.S. (1982, July). *Establishing an applied psychology consulting board.* Paper presented at the World Health Organization Consultation on the Applications of Cross-Cultural Psychology to the Promotion of Healthy Human Development, Oxford University, England.

Malpass, R.S. (1982, July). *Recent research on the role of suggestion in eyewitness identification.* Paper presented at the International Conference on Psychology and Law, Swansea, Wales.

Malpass, R.S. (1982, June). *Recent progress in eyewitness identification research.* Paper presented at the Nags Head Conference on Psychology and Justice, Kill Devil Hills, North Carolina.

Malpass, R.S. (1982, March). *Differential recognition for own and other race faces: Implications for eyewitness identification.* Paper presented at the meetings of the Academy of Criminal Justice Sciences, Louisville, Kentucky.

Devine, P.G., & Malpass, R.S. (1981, November). *Differential face recognition: A less than convincing explanation.* Paper presented at the meetings of the Psychonomic Society, Philadelphia.

Malpass, R.S., & Devine, P.G. (1981, October). *Measuring the fairness of eyewitness identification lineups.* Paper presented at the meetings of the American Psychology-Law Society, Cambridge, Massachusetts.

Malpass, R.S. (1981, January). How good are our data? In Y.H. Poortinga (Chair), *How good are our data?.* Symposium conducted at the Fifth International Conference of the International Association for Cross-Cultural Psychology, Bhubaneswar, India.

Malpass, R.S. (1980, September). Recent developments in cross-cultural psychology. In D. Taylor (Chair), *Recent developments in cross-cultural psychology.* Symposium conducted at the meeting of the American Psychological Association, Montreal, Canada.

Malpass, R.S. (1980, July). *Social origins of differential face recognition.* Paper presented at the XXIInd International Congress of Psychology, Leipzig, Democratic Republic of Germany.

Malpass, R.S. (1980, July). The psychological basis of methodology in cross-cultural studies: Gaining the perspective of the other. In M.O.A. Durojaiye (Chair), *Cross-cultural studies: Theories and methods.* Symposium conducted at the XXIInd International Congress of Psychology, Leipzig, Democratic Republic of Germany.

Devine, P.G., & Malpass, R.S. (1980, April). *Guided memory in eyewitness identification.* Paper presented at the meeting of the Eastern Psychological Association, Hartford, Connecticut.

Malpass, R.S. (1980, February). *A problem in the theory of motives.* Paper presented at the meeting of the Society for Cross-Cultural Research, Philadelphia.

Malpass, R.S., Devine, P.G., & Rotholz, D. (1979, November). *Eyewitness identification: Lineup instructions and the absence of the offender.* Paper presented at the meeting of the Psychonomic Society, Phoenix, Arizona.

Malpass, R.S. (1978, September). Theory in cross-cultural psychology. In J.W. Berry (Chair), *Perspectives on cross-cultural psychology.* Symposium conducted at the meeting of the American Psychological Association, Toronto, Ontario, Canada.

Malpass, R.S. (1978, September). Issues in the study of face recognition. In K. Laughery (Chair), *Memory for faces: Pattern recognition and eyewitness identification.* Symposium conducted at the meeting of the American Psychological Association, Toronto, Ontario, Canada.

Malpass, R.S. (1978, July). *Should IACCP establish an applied psychology consulting board?* Paper presented at the Fourth International Conference of the International Association for Cross-Cultural Psychology, Munich, Federal Republic of Germany.

Malpass, R.S. (1978, July). *A cross-cultural face recognition field manual: Description and a validation study.* Paper presented at the joint meeting of the International Association for Cross-Cultural Psychology and the International Association of Applied Psychology, Munich, Federal Republic of Germany.

Malpass, R.S. (1977, February). *A cross-cultural manual for studying the experiential basis of differential face recognition.* Paper presented at the meeting of the Society for Cross-Cultural Research, East Lansing, Michigan.

Malpass, R.S. (1976, July). On the theoretical basis of methodology: A return to basics. In R.S. Malpass (Chair), *The importance of theory in cross-cultural psychology.* Symposium conducted at the Third International Conference of the International Association for Cross-Cultural Psychology, Tilburg, The Netherlands.

Malpass, R.S. (1975, May). Towards a theoretical basis for understanding differential face recognition. In J. Chance (Chair), *Faces: How do we perceive and remember them?.* Symposium conducted at the meeting of the Midwestern Psychological Association, Chicago, Illinois.

Malpass, R.S. (1974, September). *Racial bias in eyewitness identification?.* Paper presented at the meetings of the American Psychological Association, New Orleans.

Malpass, R.S. (1974, August). *Face recognition studied cross-culturally can enrich our understanding of basic processes.* Paper presented at the Second International Conference of the International Association for Cross-Cultural Psychology, Kingston, Ontario, Canada.

Malpass, R.S. (1974, February). *A model for structuring information in cross-cultural training.* Paper presented at the meetings of the Society for Cross-Cultural Research, Boston, Massachusetts.

Malpass, R.S., & Dreyer, P.I. (1972, May). *An instrumentality model fits some of the people some of the time.* Paper presented at the meeting of the Midwestern Psychological Association, Cleveland, Ohio.

Weldon, D.E., & Malpass, R.S. (1972, May). *The effects of attitude and other concomitant variables on retention of biased information: A phenomenon revisited.* Paper presented at the meeting of the Midwestern Psychological Association, Cleveland, Ohio.

Malpass, R.S. (1969, April). *Demand characteristics and the "put-on": Reactivity in the study of subjective culture.* Paper presented at the Workshop on Black and White Subjective Culture, Monticello, Illinois.


**TECHNICAL REPORTS AND WORKING PAPERS.**


Malpass, R. S., Zimmerman, L. A., Ross, S. J., & Topp, L. D. with the assistance of Uribe, V., De Leon, D., Ramirez, S. & Belisle, J. (2006, March). *Illinois Lineup Evaluation Project Protocol and Code Book.* In S. H. Mecklenburg, Report to the Legislature of the State of Illinois: The Illinois Pilot Program on Sequential Double-Blind Identification Procedures, Exhibit 16, 166-175

Malpass, R. S., Zimmerman, L. A., Ross, S. J., & Topp, L. D. with the assistance of Uribe, V., De Leon, D., Ramirez, S. & Belisle, J. (2006, March). *Results of the Illinois Lineup Project.* In S. H. Mecklenburg, Report to the Legislature of the State of Illinois: The Illinois Pilot Program on Sequential Double-Blind Identification Procedures, Exhibit 17, 177-199.

Malpass, R.S., Devine, P.G., & Bergen, G.T. (1980). *Eyewitness identification: Realism vs. the laboratory.* Unpublished manuscript. Plattsburgh: State University of New York, Behavioral Science Program.

Malpass, R.S., & Phelan, M. (1976). *A comparative study of values for attributes of dormitory life, and their perceived likelihood.* Unpublished manuscript. Plattsburgh: State University of New York, Behavioral Science Program.

Malpass, R.S., Dolan, J.A., & Coles, M. (1973). *Effects of film content and technique on observers arousal. Unpublished manuscript.* Champaign: University of Illinois, Department of Psychology.

Malpass, R. S., & Salancik, J.R. (1973). *Linear versus branching structures in the presentation of acculturative materials.* (Technical Report No. 18, SRS-15-P-55175/5). Champaign: University of Illinois, Department of Psychology.

Malpass, R.S. (1972). *The instrumentality model fits some of the people some of the time.* (Technical Report No. 3, MH-18828-1). Champaign: University of Illinois, Department of Psychology.

Malpass, R.S., & Symonds, J.D. (1972). *Value preferences are more strongly associated with social class than with sex or race.* (Technical Report No. 17, SRS-15-P-55175/5). Champaign: University of Illinois, Department of Psychology.

Malpass, R.S. (1972). *Systematizing personal knowledge of others.* Unpublished manuscript. Champaign: University of Illinois, Department of Psychology.

Malpass, R.S., & Symonds, J.D. (1971). *Some reactions to employing Blacks.* (Technical Report No. 10, SRS-15-P-55175/5). Champaign: University of Illinois, Department of Psychology.

Malpass, R.S., & Dreyer, P.I. (1971). *A mixed bag of notes about activity systems.* (Technical Report No. 2, MH-18828-1). Champaign: University of Illinois, Department of Psychology.

Malpass, R.S. (1971). *Notes on social experience, degree of contact, increasing knowledge, degree of belief, and information seeking.* Unpublished manuscript. Champaign: University of Illinois, Department of Psychology.

Malpass, R.S. (1971). *Towards a definition of stereotyping.* Unpublished manuscript. Champaign: University of Illinois, Department of Psychology.

Triandis, H.C., & Malpass, R.S. (1970). *Field guide for the study of subjective culture.* (Technical Report No. 4, SRS-15-P-55175/5). Champaign: University of Illinois, Department of Psychology.

Malpass, R.S. (1970). *Notes towards empirical-inductive studies of motives.* (Technical Report No. 1, MH-18828-1). Champaign: University of Illinois, Department of Psychology.

Smith, J.E., & Malpass, R.S. (1965). *Social distance towards six selected ethnic groups in four areas of Nova Scotia.* Unpublished manuscript. Sackville, NB, Canada: Mount Allison University, Department of Psychology and Sociology.

**GRANTS.**

Research Grants Awarded.

*Outcome and Process Parallelism in Mock Witness and Eyewitness Identification.* (1998). Law & Social Science Program, National Science Foundation. SBR-9730937. $300,000 / 3 years.

*Restricted Intergroup Social Experience for Social Perception and Legal Processes.* (1991). Global Perspectives Initiative, Law & Social Science Program, National Science Foundation. $14,619. (With Jane Goodman).

*Defendant-Foil Similarity And The Effective Size Of Lineups.* (1979). SUNY Research Foundation. $3725.

*Interracial Face Perception: Arousal And Recognition.* (1974). SUNY Research Foundation. $3378.

*Scaling Faces For Recognizability.* (1973). SUNY Research Foundation. $3600.

*Empirical-Inductive Studies Of Motives.* (1971). United States Public Health Service, National Institutes of Mental Health, MH-18828. $4996.

*Selective Retention For Social Information.* (1970-1971). United States Public Health Service, National Institutes of Mental Health, MH 19341. $4661.

*Attitude And Experience In Physiognomic Recognition.* (1970-1971). United States Public Health Service, National Institutes of Mental Health, MH-18204. $4999.

*Attitude And Learning.* (1970). University Research Board, University of Illinois, $3360.

*Physiognomic Perception.* (1968). University Research Board, University of Illinois. $1780.

*A Study Of Psychological And Sociological Determinants Of Economic Dependency Among The Micmac Indians.* (1964 - 1966) Small grants from Social Science Research Council (Atlantic Provinces Studies Project), University of British Columbia (Indian Research Project), and Department of Citizenship and Immigration (Canada), totaling $10,648. In collaboration with J.E. Smith.

Instructional and Program Grants Awarded.

*An Undergraduate Research Instruction Program in the Behavioral Sciences.* (1986-1988). National Science Foundation, College Science Instrumentation Program. $23,375.

*An Undergraduate Research Instruction Program in the Behavioral Sciences.* (1986-1987). SUNY Equipment Program, #329-0231A. $15,000.

*An Undergraduate Research Instruction Program in the Behavioral Sciences.* (1986). In-House Mini-Grant, SUNY at Plattsburgh, $8,000.00.

*An Undergraduate Research Instruction Program in the Behavioral Sciences.* (1987). In-House Mini-Grant, SUNY at Plattsburgh, $1,000.00.

*Undergraduate Research Participation.* (1976). National Science Foundation, EPP76-03857. $12,000.

*Undergraduate Research Participation.* (1972-1973). National Science Foundation, NSF GY9861. $24,350.

## INSTRUCTION.

Papers Presented By Undergraduate Students Working With Me (Undergraduate names in bold):

**Herrera, V.**, McQuiston, D.E., MacLin, O H. & Malpass, R.S. (2000, April). Examining The Cross-Race Effect Using Racially Ambiguous Faces. Poster presented at the meetings of the Western Psychological Association, Portland, OR.

Honaker, S., **Herrera, V.**, MacLin, O.H. & Malpass, R.S. (2000, April). Gender Classification and the Cross-Race Effect. Poster presented at the meetings of the Western Psychological Association, Portland, OR.

**Holguin, S.**, McQuiston, D.E., MacLin, O.H. & Malpass, R.S. (2000, April). Racial Classification of Racially Ambiguous Faces. Poster presented at the meetings of the Western Psychological Association, Portland, OR.

**Brooks, K. & Migdal, M.** (1992, May). The Cross-Race Effect in Facial Recognition. Paper presented at the 27th Annual New York State Undergraduate Psychology Conference, Plattsburgh, NY.

**Zuercher, D., Charland, T. & Northrup, K.** (1992, May). Looking behavior in Public Places. Paper presented at the 27th Annual New York State Undergraduate Psychology Conference, Plattsburgh, NY.

**Brooks, K.M., Migdal, M.J., Rothhaar, A.J., Sokalski, J.D. & Stutzenstein, K.M.** (1991, April). Computerized Facial Construction using the Identi-Kit. Paper presented at the 26th Annual New York State Undergraduate Psychology Conference, Oneonta, NY.

**Rothhaar, A.K., Brooks, K.M., Migdal, M.J., Sokalski, J.D. & Stutzenstein, K.M.** (1991, April). Explaining the Cross-Race Recognition Effect: Real and Computer-constructed Faces. Paper presented at the 26th Annual New York State Undergraduate Psychology Conference, Oneonta, NY.

**Hughes, K.D.** (1985, May). Formation of facial prototypes. Paper presented at the 20th Annual New York State Undergraduate Psychology Conference, Union College, Schenectady, New York.

**LaSalle, L.** (1984, May). Reliability of face recognition. Paper presented at the 19th Annual Undergraduate Psychology Conference, Geneseo, New York.

**Dwyer, K. D.** (1984, May). Formation of facial prototypes. Paper presented at the 19th Annual Undergraduate Psychology Conference, Geneseo, New York.

**Pekar, P.** (1982, May). The effect of orienting task instructions on differential face recognition. Paper presented at the 17th Annual Undergraduate Psychology Conference, Ithaca, New York.

**Devine, P.G.** (1981, April). Recent research on suggestion in eyewitness identification lineups. Presented in the Department of Psychology, Tilburg University, Tilburg, The Netherlands.

**Garbera, A.** (1977, May) Facial prototypes and face recognition. Paper presented at the 12th Annual Undergraduate Psychology Conference, Fredonia, New York.

**Scheller, F.M., & Langston, S.** (1975, May). The palmar sweat index as a measure of childrens arousal. Paper presented at the 10th Annual Undergraduate Psychology Conference, Ithaca, New York.

**Frennier, J., Mott, D., & VanRiper, D.** (1975, May). Observers arousal as a function of the race, threatfulness and order of presentation of a face. Paper presented at the 10th Annual Undergraduate Psychology Conference, Ithaca, New York.

<u>Teaching</u>

Courses:

Cross-Cultural Psychology
Evaluation Research
Introduction to Human Behavior
Introduction to Psychology
Psychology and Law
Psychological Research Methods
Social Psychology
Cross-Cultural Research Methods (Graduate)
Eyewitness Identification and Memory (Graduate)

Seminars:

Applied Memory (Graduate)
Cross-Cultural Research Methods (Graduate)
Extrasensory Perception?  (Freshman seminar)
Honors Research
Legal Psychology (Graduate)
Motives and Motivation
Social Psychology and Law
Stereotyping (Graduate and Undergraduate)
Writing a Script for the College Environment (Honors)
Psychology and Law (Honors)
Wrongful Conviction

Interdisciplinary collaborative courses:

Introduction to Criminal Justice
Philosophy, Science and the Paranormal
Population Regulation
Sociobiology

## UNIVERSITY ADMINISTRATION, UNIVERSITY AND COMMUNITY SERVICE

<u>University of Texas at El Paso</u>:

| | |
|---|---|
| 2006 - present: | Psychology Department Executive Committee (Legal Psychology Rep) |
| 2004 – 2005: | Psychology Department Executive Committee (Legal Psychology Rep) |
| 2006 - present: | Head, Legal Psychology Graduate Program |
| 2004 – 2005: | Head, Legal Psychology Graduate Program |
| 2003 – present: | Psychology Department Graduate Studies Committee |
| 1992 – 2005: | Director, Criminal Justice Program, College of Liberal Arts. |
| 1992 – 2005: | Committee of Chairs and Directors, Dean of Liberal Arts. |
| 2000 – 2003: | College of Liberal Arts Promotion and Tenure Committee (Chair, 2002, 2003) |
| 1998 – 2000: | El Paso Community College – UTEP Joint Post Secondary Articulation Committee |
| 1995 – 1999: | El Paso Police Academy Advisory Board (Vice Chair, 1995 - 1996). |
| 1996 – 1998: | Advisory Board, Federal Bureau of Prisons, El Paso Prison Camp. |
| 1997 – 1998 | UTEP Strategic Planning: Public Accountability Study Group. |
| 1996 – 1997: | Liberal Arts Dean Search and Screening Advisory Committee. |
| 1995 – 1996: | Department of Psychology Faculty Evaluation Committee. |
| 1994 – 1995: | Campus-wide Committee on Cost Savings. |
| 1993 – 1995: | Campus-wide committee on Electronic Mail. |

1992 -- 1994:        Committee on Research, Behavioral Science Departments and Programs.

S.U.N.Y. College of Arts & Science at Plattsburgh:

1991 - 1992:        Advisor, Adirondack Experience (The campus outdoors club).
1991 - 1992:        Campus Wide Information System Design Team.
1991 - 1992:        Council on International Initiatives.
1990 - 1992:        Committee on Protection of Human Subjects.
1989 - 1992:        The Honors Council.
1976 - 1992:        Redcay Awards Committee (Chair, 1976 - 1982; 1989 - 1990).
1973 - 1992:        Coordinator, Behavioral Science Program.
1973 - 1992:        Deans Committee of Chairs & Program Coordinators, Faculty of Arts & Science.
1980 - 1982:        Committee on the Recognition of Student Achievements.
1978 - 1980:        Ad Hoc Committee on Women's Intercollegiate Athletics.
1977 - 1980:        Elected to Campus Senate.
1974 - 1977:        Elected to Campus Senate.
1974 - 1976:        Faculty Senate Committee on Undergraduate Studies, (Chair, 1974 - 1975).
1973 - 1976:        Curriculum Committee, Faculty of Social Science.
1973 - 1976:        Honors Committee, Faculty of Social Science.
1973 - 1976:        Graduate Committee, Faculty of Social Science.


University of Illinois, Champaign:

1969 - 1973:        Committee on Undergraduate Advising and Instruction (Chair).
1969 - 1973:        Department Head's Advisory Committee.
1969 - 1973:        Director, Undergraduate Honors Program, Department of Psychology,
1969 - 1973:        Director, NSF Undergraduate Research Participation Program, Department of
                    Psychology.
1970 - 1972:        Honors Council, College of Liberal Arts & Sciences.
1969 - 1971:        Champaign-Urbana Campus Senate.
1969 - 1970:        Student-Faculty Commission on Afro-American Life and Culture. Champaign-Urbana
                    Campus.

Mount Allison University:

1964 - 1965:        Faculty Association, Canadian Association of University Teachers (Secretary-
                    Treasurer).

# CV OF

# DON CARLOS HINES, M.D.

## CURRICULUM VITAE OF DON CARLOS HINES, M.D.

Born January 12, 1904

A.B.  Stanford University, 1927

M.D.  Stanford University, 1930

Diplomate American Board of Internal Medicine, 1941

Fellow American College of Physicians

Rotating internship Stanford University Hospitals, 1929-1930

Assistant Resident Medicine, Stanford University Hospitals, 1930-1932

Resident Medicine, 1932-1933

Chief of Medical Outpatient Department, 1933-1934

Instructor in Medicine, Stanford University School of Medicine, 1932-193

Originated and taught the following two courses in the
medical curriculum of Stanford Medical School:

The Special Procedures in Diagnosis and Treatment

Dietetics

Attending physician, San Mateo County Community Hospital, California,
1934-1939

Attending physician, Stanford University Men Students' Health Service,
1934-1939

Private practice of internal medicine, Palo Alto, California, 1934-1939

Physician, Medical Department, Lilly Research Laboratories,
Indianapolis, 1939-1951

Head, Medical Department B, Lilly Research Laboratories, 1951-1953

Director of Medical Division (now Medical Research Division) 1953
to date

The work at the Lilly Research Laboratories since 1939 has
included the initiation and monitoring of clinical investi-
gations and the supervision of others who perform this kind

CURRICULUM VITAE OF DON CARLOS HINES, M.D.                P. 2

of activity.  Included in this activity has been special

attention to the toxicity and side-effects of drugs.

Member Courtesy Staff, Marion County General Hospital, 1939 to date

Activity here has included participation in the

Endocrine Clinic, instruction in physical diagnosis

of third-year medical students at Indiana University

School of Medicine, and responsibility for ward rounds.

## PUBLICATIONS

(with others) - Visual Acuity Within the Area Centralis and Its

Relation to Eye Movements and Fixation, Am. J. Ophthalmol.,

11:947, 1928

Digestion of Protein by Patients with Gastric Anacidity, Am. J.

M. Sc., 185:684, 1933

Coronary Occlusion with Hyperleucocytosis, California & West. Med.,

38:372, 1933

Nomograph for Simplifying Computation of the Urine Sediment Count

(Addis), Am. J. M. Sc., 187:841, 1934

(with D. A. Wood) - Patent Ductus Arteriosus Complicated by Endo-

carditis and Hemorrhagic Nephritis; Case Report, Am. Heart J.,

10:974, 1935

The Special Procedures in Diagnosis and Treatment (a handbook),

Stanford University Press, 1935

(with others) - The Clinical Toxicity of Thiouracil: A Survey of

5,745 Cases, J.A.M.A., 130:343, 1946

Co-author with others and director of the medical films Kidney

Function in Health and Kidney Function in Disease, 1948

CURRICULUM VITAE OF D ON  CARLOS HINES, M.D.                    P. 3

Editor and principal author of De Re Medica, Editio Tertia,

      published by Eli Lilly and Company, 1951

Hormone Therapy of Cancer, The Pennsylvania Medical Journal,

      54:1045, 1951

Clinical Research in Modern Medicine, J. Student American Medical

      Association, 1952

# CV OF

# THEODORE G. KLUMPP, M.D.

THEODORE G. KLUMPP, M.D.

## Personal

**Born:**  New York, N. Y., May 15, 1903
son of Charles and Marie (Hayo) Klumpp

**Degrees:**  B.S., Magna cum Laude, 1924, Princeton
M.D., 1928, Harvard
D.Sc. (Hon.) 1943, Philadelphia College of
                Pharmacy and Science
LL.D. (Hon.) 1960, University of Chattanooga
D.Sc. (Hon.) 1961, New England College of Pharmacy
D.Sc. (Hon.) 1964, Albany (New York) Medical College

**Marriage:**  Married Virginia R. Morgan, August 3, 1934
Children - Maralys, Russell Allan, Virginia Ann,
        Karla Marie, Kathleen Morgan and
        Theodore George, Jr.

## Career, Professional and Extracurricular Activities

1929-30  Interne, Peter Bent Brigham Hospital, Boston, Mass.
1930-32  Assistant Resident Physician, Lakeside Hospital, Cleveland, Ohio
1932-36  Instructor in Internal Medicine and Assistant Clinical Professor,
        Yale University Medical School
1933-36  Associate Physician, New Haven Hospital, Chief of Hematological
        Clinic and Director of Medical Laboratory
1936-41  Chief, Drug Division, Food and Drug Administration, Washington, D. C.
1940-41  Adjunct Clinical Professor of Medicine, George Washington University, D
1941-42  Director of Drugs, Food and Physical Therapy; and Secretary of the
        Council on Pharmacy and Chemistry, American Medical Association,
        Chicago, Ill.
1942-70  President and Director of Winthrop Laboratories
1942-47  Member, Pharmaceutical Manufacturers Industry Advisory Committee
        and Penicillin Producers Industry Advisory Committee, War Produc-
        tion Board
1943-48  Member, Board of Directors, American Foundation for Tropical Medicine
1946-51  President (1948-50), American Pharmaceutical Manufacturers Association
        and Member of the Board of Directors (became Pharmaceutical Manufac-
        turers Association)
1946-60  Member, Board of Governors, Sterling-Winthrop Research Institute
1947-56  Chairman, Board of Governors (1947) and Member, Executive Committee,
        National Vitamin Foundation, Inc.

- 2 -

Dr. Theodore G. Klumpp
Biography

| | |
|---|---|
| 1949-56 | Treasurer and Member, Commission on Chronic Illness |
| 1949-70 | Member, Board of Directors, Sterwin Chemicals Inc. |
| 1950-70 | Vice President, United States Pharmacopeial Convention, Inc.; Member, Board of Trustees |
| 1950-53 | Chairman, Subcommittee on Employment of Mayor's Advisory Committee on Aging, New York City |
| 1951-52 | Chairman, Task Force on Employment of the Handicapped (Office of Defense Mobilization), Washington, D.C. |
| 1951-52 | Member, Board of Directors, New York Heart Association |
| 1951- | Director and Member of the Executive Committee, World Medical Assn. |
| 1953-55 | Chairman, Medical Services Task Force of the Hoover Commission on Organization of the Executive Branch of Government |
| 1953-64 | Director and Member of the Executive Committee, National Pharmaceutical Council, Inc.  President, 1953-55 |
| 1954 | Member, Study Committee on Federal Aid to Public Health of the Commission on Inter-Governmental Relations, Washington, D. C. |
| 1954 | Member, General Welfare Subcommittee of the Mayor's Advisory Committee, New York City |
| 1955 | President, American Institute of the History of Pharmacy |
| 1955-57 | Vice-President, National Health Council, New York City; Member, Board of Directors, Finance Committee, Forum Planning Committee |
| 1955-58 | Vice-President, American Drug Manufacturers Association (1952-53) and member of Executive Committee, Washington, D. C. (merged into Pharmaceutical Manufacturers Association) |
| 1955-59 | Member, National Advisory Council on Vocational Rehabilitation, Department of Health, Education and Welfare, Washington, D. C. |
| 1956-63 | Chairman (1961) and Member, Committee on Rehabilitation and Member of the Board of Directors, American Heart Association |
| 1956- | Honorary Member, American Hospital Association |
| 1956- | Member, Hospital Corporation, Peter Bent Brigham Hospital, Boston, Mass |
| 1956- | Consulting Surgeon, Chesapeake & Ohio Railroad |
| 1956- | Member, Advisory Council, The Greenbrier Clinic, White Sulphur Springs, West Virginia |
| 1958-72 | Vice-President (1958) and Member, Board of Directors, Pharmaceutical Manufacturers Association |
| 1958- | Member, Planning Board, Village of Sands Point, Long Island, New York |
| 1958-64 | Member, Board of Visitors to School of Public Health, Harvard Universit |
| 1959- | Member, Governor's Council on Rehabilitation, State of New York |
| 1960-73 | Member, Board of Directors and Vice President, Sterling Drug Inc. |
| 1960-73 | Member, Board of Directors, Breon Laboratories Inc. |
| 1960- | Consultant, Medical Advisory Committee, Vocational Rehabilitation Administration, Dept. of Health, Education & Welfare |
| 1961- | Member,   Committee on Aging of the Council on Medical Service, American Medical Association |
| 1962- | Member, Panel on Aging, United States Department of Health, Education and Welfare |
| 1962-69 | Member, Health Resources Advisory Committee, Office of Emergency Planning, Washington, D. C. |
| 1962-64 | Member, Commission on Drug Safety |
| 1963- | Member, Board of Overseers of the Pan-American Medical Association |

- 3 -                           Dr. Theodore G. Klumpp
                               Biography

| | |
|---|---|
| 1964-70 | Member, Board of Visitors to Medical School and School of Dental Medicine, Harvard University |
| 1964-72 | Member, Committee on Exercise and Physical Fitness, American Medical Association |
| 1967- | Member, State Vocational Rehabilitation Planning Council, New York |
| 1968-69 | Secretary, National Fund for Medical Education |
| 1968-69 | Chairman of Industry Advisory Committee, National Society for Medical Research |
| 1968- | Member, Board of Trustees, Brooklyn College of Pharmacy of Long Island University |
| 1969-71 | President, National Fund for Medical Education |
| 1970-72 | Chairman of the Board, Winthrop Laboratories |
| 1971-75 | Chairman of the Board, National Fund for Medical Education |
| 1971- | Member, Citizens' Ecology Advisory Committee, Town of North Hempstead, New York |
| 1972- | Member, Board of Trustees, Affiliated Colleges and Universities, Inc. |
| 1973- | Member, Board of Directors, National Society for Medical Research |
| 1973- | Medical Consultant, President's Council on Physical Fitness and Sports |
| 1973- | Chairman of the Board of Directors, Federation of Experienced Americans |
| 1973-75 | Advisory Member of the Board of Directors, Sterling Drug Inc. |
| 1973- | Associate Editor, Medical Times |
| 1974- | Chairman, Board of Trustees, Brooklyn College of Pharmacy |
| 1974- | Member, Board of Trustees, Human Resources School, Albertson, L.I., N.Y |
| 1975- | Vice President, National Fund for Medical Education |

Fellowships and Memberships

Fellow, American College of Physicians (1939)
Fellow, American Medical Association
Fellow, American Association for the Advancement of Science
Fellow, New York Academy of Medicine
Fellow, American Society for Clinical Investigation
Fellow, Connecticut State Medical Society
Member, American Pharmaceutical Association
Member, New Haven County Medical Society
Member, Sigma Xi
Member, Chemists' Club (New York)
Member, Princeton Club of New York
Member, Manhasset Bay Yacht Club
Honorary Member, Michigan State Pharmaceutical Association

Awards

First recipient of Special Award for Distinguished Service from the American Pharmaceutical Manufacturers' Association, White Sulphur Springs, West Virginia, June, 1955

Winthrop Laboratories' Distinguished Achievement Award, 1967

Cited by Illinois State Medical Society for contributions to medicine, pharmacy and government service, 1968

Distinguished Service Award of Brooklyn College of Pharmacy Alumni Association, 1971

- 4 -       Dr. Theodore G. Klumpp
Biography

## Publications

Articles on longevity, medical research, and the pharmaceutical
industry.

## Address

Office:  90 Park Avenue, New York, N. Y. 10016
Residence (since 1942):  Messenger Lane, Sands Point,
Port Washington, New York 11050

## Hobbies

Tennis and farming

## Church

Methodist

# CV OF

# DR. EDITH L. POTTER

CURRICULUM VITAE


Dr. Edith L. Potter, (Mrs. Frank Deats)

Born in Clinton, Iowa, 1901: Married June 17, 1944 to Alvin Meyer;
    One stepdaughter; Married May 12, 1977 to Frank Deats.

Citizenship:  U. S. A.

Early Schooling:
    Grade School - Abbottsford and Chippewa Falls, Wisconsin
    High School  - Minneapolis, Minnesota

Degrees:
    University of Minnesota
        Bachelor of Science      1923
        Bachelor of Medicine     1925
        Doctor of Medicine       1926
        Master of Science        1932
        Doctor of Philosophy     1934
Honorary Degrees:
    University of Brazil
        Doctor Honoris Causa     1953
    Women's Medical College, University of Pennsylvania
        Doctor of Medical Sciences
                                 1954


Present Position:  (EMERITUS)
    Professor of Pathology in the Department of Obstetrics and
        Gynecology, University of Chicago, 1956-1967
    Pathologist, Chicago Lying-In Hospital 1935-1967
Previous Positions:
    1925-1926      Internship, Minneapolis General Hospital
    1927-1931      Private medical practice, Minneapolis, Minnesota
    1931-1934      Fellowship in Pathology, University of Minnesota
    1934-1941      Instructor, University of Chicago
    1941-1947      Assistant Professor, University of Chicago
    1947-1956      Associate Professor, University of Chicago

Lectures and Travel for Medical Purposes outside the United States:
    Brazil, Uruguay, Argentina, for studies in causes of stillbirths
        and infant deaths:  4 months, 1958.  (Lectureship at
        University of Brazil, Rio de Janeiro, 3 months; and
        University of Uruguay, Montevideo, 1 week).
    Brazil and Argentina for studies of causes of stillbirths and
        infant deaths:  1 month, 1953.
    Japan and Korea, consultant to Surgeon-General of the Army:
        6 weeks, 1954.
    Trip around the world including New Zealand and Australia to
        lecture and investigate problems related to maternity care
        and perinatal mortality:  4 months, 1955-56.
    Trip through Africa to lecture and study problems related to
        pregnancy and childbirth:  2 months, 1958.

Lecture trip through Central America: 1 month, 1959.
Mission to Russia to investigate Maternal and Child health
    services in the USSR, sponsored by NINDB of NIH:  1 month,
    1960.

Series of 11 lectures in Mexico City on perinatal pathology:
    July, 1961.

Editorships:
    Honorary editor:    El Racien Nacido, Buenos Aires
                        Etudes Neo-natal, Paris

Memberships:  EMERITUS EXCEPT THOSE MARKED
    Member:
    American Association of Pathologists and Bacteriologists
    *American College of Obstetrics and Gynecology
    *Academy of Pediatrics
    American Pediatric Society
    Society for Pediatric Research
    American Society of Human Genetics
    American Medical Women's Association
    Chicago Pathological Society, President - 1944
    Chicago Gynecological Society
    Teratology Society
    *American Gynecological Society
    *Clinical Pathology Society
Honorary Member:
    Texas Pediatric Society
    New Mexico Pediatric Society
    Washington State Obstetric and Gynecologic Society
    New Mexico State Obstetric and Gynecologic Society
    Brazilian Pediatric Society
    Brazilian Society of Obstetrics and Gynecology
    Uruguayan Pediatric Society
    Uruguayan Obstetrical Society
    Pediatric Society of Argentina
    Japanese Pathological Society
    Thirty-eighth Parallel Medical Society
    Southern Honshu Medical Society
    Pediatric Pathology Club (England)

Special Committees and other Assignments in Professional Societies:
    Committee on classification of causes of fetal and neonatal
        deaths, National Office of Vital Statistics:  1958-1962
    Member Human Embryology and Development Study Group, National
        Institues of Health, USPHS:  1955-60.
    Member Research Advisory Board, National Association for Retarded
        Children:  1956-1976
    Member Perinatal Research Advisory Committee, National Institutes
        of Health, USPHS:  1960-1964
    Member Human Embryology and Development Study Section, NIH:
        1955-1958

States of Licensure:
    Minnesota       1925
    Illinois        1945

Board Certification
　　　Certified American Board of Pathology, 1938

Honors and Awards:
　　　Sigma Xi, 1938:  Faculty Member
　　　AOA, 1956:  Faculty Member
　　　Award of Achievement from the University of Minnesota in 1951
　　　　　for outstanding work in the field of infant pathology.
　　　Elizabeth Blackwell award from the New York Infirmary in 1952
　　　→　for outstanding work on the Rh factor and fetal and infant
　　　　　pathology.
　　　Award of Achievement, Modern Medicine in January, 1954.
　　　Distinguished Scholar, National Association for Retarded
　　　　　Children, 1960.
　　　Adair Award from American Gynecological Society for "contributions
　　　　　to knowledge thus saving lives of fetus and newborn," 1963.
　　　Special Achievement Award, American College of Obstetrics &
　　　　　Gynecology, 1977.

Publications:
　　　Books:
　　　　　　Fetal and Neonatal Death, Co-author with F.L. Adair,
　　　　　　　　University of Chicago Press, 1st edition 1939, 2nd editio
　　　　　　　　1949.
　　　　　　Rh:  its relation to congenital hemolytic disease and to
　　　　　　　　intragroup transfusion reaction, Year Book Publishers,
　　　　　　　　1947.
　　　　　　Fundamentals of Human Reproduction, McGraw-Hill Publishing
　　　　　　　　Company, 1948.
　　　　　　Pathology of the Fetus and Infant, Year Book Publishers, 1st
　　　　　　　　edition 1952, 2nd edition 1961, 3rd edition 1975
　　　　　　　　(published simultaneously in England)
　　　　　　Pride of Pregnancy -- Published in 7 instalments in Hygeia,
　　　　　　　　1947.
　　　　　　Normal and Abnormal Development of the Kidney, Year Book
　　　　　　　　Medical Publishers, 1972 (Also translated into Spanish
　　　　　　　　and Published in Spain.

　　Over 135 papers in medical journals.

- 3 -

Books:

FETAL AND NEONATAL DEATH. E.L.Potter and
F.L.Adair.  The University of Chicago Press,
Chicago, 1940 and 2nd Ed., 19 9.

RH: Its Relation to Congenital Hemolytic
Disease and to Intragroup Transfusion Reactions.
The Year Book Publishers, Inc., Chicago, 1947.

FUNDAMENTALS OF REPRODUCTION.  McGraw-Hill
Book Company, Inc., New York, 1948.

PATHOLOGY OF THE FETUS AND THE NEWBORN.  The
Year Book Publishers, Inc., Chicago, 1952,
2nd Ed., 1961.


Journal Contributions:

1.HODGKIN'S DISEASE (With special Reference to
its Differentiation from Other Disease of
Lymph Nodes).  Arch.Path. 19:139-158, Feb.1935.

2.FETAL AND NEONATAL MORTALITY WITH RECOMMENDATIONS
FOR REDUCTION. F.L.Adiar and E.L.Potter.  Am.
J.Pub.Health, 26:281-286, No. 3, March 1936.

3.FACTORS RESPONSIBLE FOR FAILURE FURTHER TO
REDUCE INFANT MORTALITY.  H.N.Bundesen, W.I.
Fishbein, O.A.Dahme, and E.L.Potter.  J.A.M.A.
109:337-343, July 1937.

4.A HEREDITARY EAR MALFORMATION (Transmitted
Through Five Generations).  J.Hered. 28:255-258,
No. 7, July 1937.

5.FETAL AND MATERNAL MORTALITY IN DIABETES.  E.L.
Potter and F.L.Adair.  Am.J.Obst. & Gynec.  35:
256, Feb. 1938.

6.POSTMORTEM EXAMINATION OF STILLBORN AND NEWLY
BORN INFANTS. Arch.Path. 25:607-636, May 1938.

7.TERATOMA OF THE THYROID GLAND. Arch. Path.
25:689-693, May 1938.

8.FACTORS IN NEONATAL DEATHS.  H.N.Bundesen,
W.I.Fishbein, O.A.Dahme, E.L.Potter, and W.
Volke. J.A.M.A. 111:134-141, July 1938.

9.SOCIETY'S GIFTS FOR TODAY'S CHILDREN.  F.L.
Adair and E.L.Potter.  National Parent-Teacher,
Dec. 1938.

10. FACTORS ASSOCIATED WITH FETAL AND NEONATAL DEATHS (Analysis of 773 Such Deaths Occurring in 17,_ Deliveries at The Chicago Lying-In Hospital). J.A.M.A. 112:1549-1556, Apr. 1939.

11. FETAL AND NEONATAL DISEASE AND DEATH. F.L. Adiar and E.L.Potter. Am.J.Obst. & Gynec. 37:993-999, No. 6, June 1939.

12. EVIDENCE OF INTRAUTERINE DEATH OF THE FETUS. F.L.Adair and E.L.Potter. Am.J.M.Jurisp. 2: 252-260, July 1939.

13. THE COMPLICATIONS ASSOCIATED WITH EXCESSIVE DEVELOPMENT OF THE HUMAN FETUS. A.K Koff and E.L Potter. Am.J.Obst. & Gynec. 38:412-421, No. 3, Sept. 1939.

14. FETAL AND NEONATAL DEATHS (A Statistical Analysis of 2,000 Autopsies). J.A.M.A. 115: 996-1001, Sept. 1940.

15. HYPERTROPHY AND HYPERPLASIA OF THE ISLETS OF LANGERHANS OF THE FETUS AND OF THE NEWBORN INFANT. E.L.Potter, H.P.G.Seckel and W.A. Stryker. Arch.Path. 31:467-482, No. 4, April 1941.

16. INTRAUTERINE RESPIRATION IN RELATION TO DEVELOPMENT OF THE FETAL LUNG (With Report of Two Unusual Anomalies of the R.spiratory System). E.L.Potter and G.P.Bohlender. Am.J.Obst. & Gynec. 42:14-22, No. 1, July 1941.

17. TWIN PREGNANCIES IN THE SERVICE OF THE CHICAGO LYING-IN HOSPITAL. E.L.Potter and A.B.Crunden. Am.J.Obst. & Gynec. 42:870-878, No. 5, November, 1941.

18. NEUROBLASTOMA, GANGLIONEUROMA AND FIBRONEUROMA IN A STILLBORN FETUS. E.L.Potter and J.M.Parrish. Am.J.Path. 18:141-151, No. 1, Jan. 1942.

19. ABNORMALITIES OF INTRAUTERINE ENVIRONMENT ASSOCIATED WITH 2000 FETAL AND NEONATAL DEATHS. Illinois M.J. 81:189-199, March 1942.

20. HETEROTOPIC BRAIN TISSUE IN THE LUNGS OF TWO ANENCEPHALIC MONSTERS. E.L.Potter and R.L. Young. Arch.Path. 34:1009-1015, Dec. 1942.

21. RESPIRATORY DISTURBANCES IN THE NEWLY-BORN INFANT. Illinois M.J. 83:100-104, Feb. 1943.

3.

22. THE IMPORTANCE OF THE Rh BLOOD FACTOR IN ERYTHROBLASTOSIS. E.L.Potter, E.Davidsohn, and A.B.Crunden. Am.J.Obst. & Gynec. 45: 254-260, No. 2, Feb. 1943.

23. THE IMPORTANCE OF THE POSTMORTEM EXAMINATION OF THE FETUS AND NEWLY BORN INFANT. Am.J. Clin. Path. 13:133-138, No. 3, March 1943.

24. THE NORMAL AMOUNT OF CEREBROSPINAL FLUID PRESENT WITHIN THE SKULL AT BIRTH. E.L.Potter and W.Rosenbaum. Am.J.Obst. & Gynec. 45: 701-703, No. 4, April 1943.

25. THE ASSOCIATION OF MILD EXTERNAL HYDROCEPHALUS WITH DEATH IN THE EARLY DAYS OF LIFE. E.L.Potter and W.Rosenbaum. Am.J.Obst. & Gynec. 45:822-827, No. 5, May 1943.

26. CLINICAL-PATHOLOGICAL STUDY OF THE INFANT AND FETAL MORTALITY FOR A TEN-YEAR PERIOD AT THE CHICAGO LYING-IN HOSPITAL. E.L.Potter and F.L. Adair. Am.J.Obst. & Gynec. 45:1054-1065, No. 6, June 1943.

27. GLOMERULAR DEVELOPMENT IN THE KIDNEY AS AN INDEX OF FETAL MATURITY. E.L.Potter and S.T. Thierstein. J.Pediat. 22:695-706, No. 6, June 1943.

28. UNIVERSAL EDEMA OF THE FETUS UNASSOCIATED WITH ERYTHROBLASTOSIS. Am.J.Obst. & Gynec. 46:130-134, No. 1, July 1943.

29. REDUCING THE HAZARDS OF THE FIRST TWO DAYS OF LIFE: THE ROLE OF THE Rh FACTOR. Round Table Discussion. J.Pediat. 23:471-491, No.4, Oct.1943.

30. THE Rh FACTOR IN OBSTETRICS. M.Clin.North America 28:254-266, January 1944.

31. THE LESSONS TO BE LEARNED FROM A STUDY OF INFANT DEATHS. J.A.M.A. 124:336-339, Feb. 1944.

32. A DOUBLE OVA PREGNANCY IN WHICH THE Rh+ TWIN DEVELOPED ERYTHROBLASTOSIS. J.Pediat. 24:449-453, No. 4, April 1944.

33. THE FIRST MONTH IS THE HARDEST (Points to be Stressed in Reducing Infant Deaths). The Trained Nurse and Hospital Review. pp.440-442, June 1944.

4.

34. THE PRESENT STATUS OF THE Rh FACTOR. Am.J.
Dis.Child. 68:32-58, July 1944.

35. WHY BABIES DIE (Reducing the Hazards to the
Newborn Infant). Mothers' Aid Bulletin 9:3-4,
No. 2, Nov. 1944.

36. WE KNOW THE CAUSE OF FETAL ANEMIAS! The
Trained Nurse and Hospital Review. pp.409-411,
Dec. 1944.

37. HEREDITY OF THE Rh BLOOD TYPES (II.Observations
on the Relation of Factor Hr to the Rh Blood
Types). A.S.Wiener, I.Davidsohn, and E.L.Potter.
J.Exper.Med. 81:63-72, No. 1, Jan.1945.

38. ARTIFICIAL INSEMINATION AS A MEANS OF PRE-
VENTING ERYTHROBLASTOSIS. E.L.Potter and J.R.
Willson. J.A.M.A. 127:458-459, Feb.1945.

39. MATERNAL HEALTH IN RELATION TO INFANT MORTALITY.
Am.J.Nursing. 45:122-124, No.2, Feb. 1945.

40. EPIDEMIC DIARRHEA OF THE NEWBORN. The Trained
Nurse and Hospital Review. pp. 321-323, May 1945.

41. THE EFFECT ON INFANT MORTALITY OF VITAMIN
K ADMINISTERED DURING LABOR. Am.J.Obst. & Gynec.
50:235-247, No. 3, Sept. 1945.

42. Rh. Mothers' Aid Bulletin. 10:3, No. 2,
Nov. 1945.

43. THE Rh FACTOR, VITAMIN K AND RUBELLA VIRUS
IN RELATION TO INFANT MORTALITY AND MORBIDITY.
Am.J.Pub. Health. 36:101-109, No.2, Feb. 1946.

44. DIAGNOSIS OF ERYTHROBLASTOSIS (HEMOLYTIC
ANEMIA) IN THE MACERATED FETUS. Arch.Path.
41:223-230, March 1946.

45. A SURGICAL SPECIMEN CONSISTING OF A PARTIALLY
DEVELOPED PARASITIC FETUS. L.P.Sarrelangue and
E.L.Potter. Arch.Surg. 52:479-486, April 1946.

46. FACIAL CHARACTERISTICS OF INFANTS WITH BI-
LATERAL RENAL AGENESIS. Am.J.Obst. & Gynec.
51:885-888, No. 6, June 1946.

47. BILATERAL RENAL AGENESIS. J.Pediat. 29:68-76,
No. 1, July 1946.

5.

48. PREGNANCY (7 installments), Hygeia Magazine,
24:496, No. 7, July 1946.
24:582, No. 8, Aug. 1946.
24:666, No. 9, Sept. 1946.
24:748, No. 10, Oct. 1946.
24:826, No. 11, Nov. 1946.
24:910, No. 12, Dec. 1946.
25:30, No. 1, Jan. 1947.

49. INTRAUTERINE RESPIRATION OF THE HUMAN FETUS.
M.E.Davis and E.L.Potter. J.A.M.A. 131:1194-1201,
Aug. 1946.

50. THE Rh FACTOR.  M.Clin.North America.
31:236-242, Jan. 1947.

51. THE PATHOLOGIST'S CONTRIBUTION TO THE CLINICAL
INTERPRETATION OF DISORDERS OF THE NEWBORN. Am.J.
Clin.Path. 17:524-528, No.7, July 1947.

52. A FAMILIAL LOBSTER-CLAW (Deformity of the Feet
and Hands in a Mother and Two Children). E.L.
Potter and L.Nadelhoffer.  J.Hered. 38:331-335,
No. 11, Nov. 1947.

53. ASPHYXIA OF THE NEWBORN.  Tr.Am.Gynec.Soc.
pp. 73-74, 1948.

54. HEMATOLOGY AND THE OBSTETRIC PATIENT.  Tr.Am.
Gynec.Soc. pp. 141-146, 1948.

55. HEMATOLOGIC STUDIES ON CHILDREN OF Rh-NEGATIVE
WOMEN COMPARED TO THOSE OF Rh-POSITIVE WOMEN.
E.L.Potter and H.E.Bernstein.  J.Pediat. 32:246-
250, No.3, March 1948.

56. THE RESPONSE OF THE HUMAN FETAL REPRODUCTIVE
SYSTEM TO THE ADMINISTRATION OF DIETHYLSTIL-
BESTROL AND TESTOSTERONE PROPIONATE DURING EARLY
PREGNANCY.  M.E.Davis and E.L.Potter.  Endocrinology.
42:370-378, No. 5, May 1948.

57. DIFFUSE ANGIECTASIS OF THE CEREBRAL MENINGES
OF THE NEWBORN INFANT.  (Report of Three Cases).
Arch.Path. 46:87-96, Aug. 1948.

58. FETAL AND INFANT MORTALITY FOR THE CHICAGO
LYING-IN HOSPITAL: 1941-1946. E.L.Potter and
W.J.Dieckmann.  Am.J.Obst. & Gynec. 56:593-597,
No. 3, Sept. 1948.

59. CHONDRODYSTROPHY FETALIS. E.L.Potter and V.A.
Coverstone.  Am.J.Obst. & Gynec. 56:790-793,
No. 4, Oct. 1948.

6.

60. REPRODUCTIVE HISTORIES OF THE MOTHERS OF 322
INFANTS WITH ERYTHROBLASTOSIS. Pediat. 2:369-
381, Oct. 1948.

61. INTERVILLOUS THROMBI IN THE PLACENTA AND THEIR
POSSIBLE RELATION TO ERYTHROBLASTOSIS FETALIS.
Am.J.Obst. & Gynec. 56:959-961, No.5, Nov. 1948.

62. PREGNANCY AND THE Rh FACTOR. J.Indiana M.A.
42:24-28, No. 1, Jan. 1949.

63. MULTIPLE PREGNANCIES AT THE CHICAGO LYING-IN
HOSPITAL, 1941 TO 1947. E.L.Potter and H.Fuller.
Am.J.Obst. & Gynec. 58:139-146, No.1, July 1949.

64. THE PROCEEDINGS OF THE SEMINAR ON PEDIATRIC
PATHOLOGY. Proc.Am.Soc.Clin.Path. Oct. 1949.

65. ATELECTASIS. Proc.Special Committee on Infant
Mort.of M.Soc. of the County of New York. 1950-51.

66. AS I SAW IT (Maternity Care in South America).
Mothers" Aid Bulletin. 15:4-5, No. 2, Oct. 1950.

67. PATHOLOGY OF PREMATURITY. J.Am.M.Women's A.
5:391-396, No. 10, Oct. 1950.

68. THE Rh FACTOR. Mod.Med. Nov. 1, 1951.

69. PROGRESS IN REDUCTION OF NEEDLESS NEONATAL
DEATHS (Challenge to the Health Officer and the
Medical Profession). J.A.M.A. 148:907-917,
No. 11, March 1952.

70. THE PRACTICAL ASPECTS OF THE Rh FACTOR.
Minn.Med. 35:729, No. 8, Aug. 1952.

71. SAVING PREMATURE BABIES. Today's Health Maga-
zine, 30:38-41, No. 12, Dec. 1952.

72. THE RELATION OF PREMATURE DELIVERY TO DEATH
IN THE NEONATAL PERIOD. Pregnancy Wastage,
edited by Earl T. Engle, Charles C. Thomas,
Springfield, Illinois, 1953.

73. PERTINENT FACTORS IN THE DECLINING PERINATAL
DEATH RATE AT THE CHICAGO LYING-IN HOSPITAL.
M.E.Davis, E.L.Potter, and W.H.Bruce. Pregnancy
Wastage. edited by Earl T. Engle, Charles C.
Thomas, Springfield, Illinois, 1953.

7.

74. PULMONARY PATHOLOGY IN THE NEWBORN. Advances in Pediat. Vol.VI, edited by S.Z.Levine, The Year Book Publishers, Inc., Chicago, Illinois, 1953.

75. THE RESPONSIBILITY OF THE OBSTETRICIAN IN PERINATAL MORTALITY. E.L.Potter and W.Jack. Surg. Clin. North America. 33:141-152, No. 1, Feb. 1953.

76. SAVING PREMATURE BABIES. The University of Chicago Magazine. 45:12-14, No. 7, April 1953.

77. BORN TOO SOON. Mothers' Aid Bulletin. 18:6, No. 4, Feb. 1954.

78. CORTISONE AND ERYTHROBLASTOSIS (Evaluation of Management of Pregnancy in the Rh-immunized Woman). E.J.DeCosta, A.B.Gerbie and E.L.Potter. Obst. & Gynec. 3:131-140, No. 2, Feb. 1954.

79. SURVEY OF OPINIONS OF OBSTETRICIANS CONCERN-ING OFFICIAL REPORTING OF FETAL MORTALITY. E.L.Potter and S.Shapiro. Am.J.Obst. & Gynec. 67:651-660, No. 3, March 1954.

80. MATERNAL FACTORS IN PREMATURITY. Pediat. Clin.North America. 1:515-526, No. 3, Aug. 1954.

81. THE TREND IN CHANGES IN CAUSES OF PERINATAL MORTALITY. J.A.M.A. 156:1471-1474, Dec. 1954.

82. STATE OF THE LUNGS AT BIRTH. J.A.M.A. 159:1341-1342, Dec. 1955.

83. THE Rh BUGABOO. This Week Magazine, 1954, republished in How To Enjoy Good Health, Random House, New York, p. 146, 1956.

84. RENAL BIOPSIES FROM PATIENTS WITH "TOXEMIA OF PREGNANCY". W.J.Dieckmann, E.L.Potter, C.P.McCartney. Am.J.Obst. & Gynec. 73:1-16, January 1957.

85. CONGENITAL MALFORMATIONS AND OBSTETRICS. M.E.Davis, E.L.Potter. Pediat. 19:719-724, April 1957. part 2,

86. PLACENTAL TRANSMISSION OF VIRUSES. Am.J. Obst. & Gynec. 74:505-513, Sept. 1957.

8.

87. CYTOMEGALIC INCLUSION BODY DISEASE.    West.
J.Surg.Obst.Gynec.  65:372-374, Nov-Dec. 1957.

88. PREGNANCY.    Modern Marriage and Family Living.
Oxford University Press, New York, pp. 378-386,
1957.

89. THE OUTLOOK FOR FUTURE PREGNANCIES IN WOMEN
IMMUNIZED TO Rh.    Am.J.Obst. & Gynec.  75:343-
356, Feb. 1958.

90. PRESENT STATUS OF ERYTHROBLASTOSIS FETALIS
AND THE Rh FACTOR.    Mod.Med.  pp. 69-78, Feb. 1,
1958.

90A. PERINATAL MORTALITY-EVERY PHYSICIAN'S CONCERN.
M.E.Davis and E.L.Potter.    World Wide Abstracts.
1:11, 1958.

91. PLANNING PERINATAL MORTALITY STUDIES.  Obst.
Gynec.  13:243-258, March 1959.

92. THE ABORTION PROBLEM.    GP 19:105-113, April
1959.

93. THE ANTENATAL BACKGROUND OF BLOOD DISEASES
OF INFANCY.    J.Ped.  54:552-565, May 1959.

94. PRE- AND POSTNATAL DEVELOPMENT OF THE
RESPIRATORY PORTION OF THE HUMAN LUNG.    Am.Rev.
Resp.Dis.  80:1, July 1959.

95. TRUTHS AND UNTRUTHS ABOUT MISCARRIAGE.
Reader's Digest p. 76, August 1959.

96. NUCLEAR SEX AND GENITAL MALFORMATION IN 48
CASES OF RENAL AGENESIS, WITH ESPECIAL REFERENCE
TO NONSPECIFIC FEMALE PSEUDOHERMAPHRODITISM.
P.J.Carpentier, E.L.Potter.    Am.J.Obst. & Gynec.
78:235-258, August 1959.

97. FETAL AND NEONATAL DEATH.    Pa.Med.J.    63:
1505-1509, October, 1960.

97A.PERINATAL ORIGIN OF HANDICAPPING CONDITIONS
OF CHILDHOOD.   In Institute on Prevention and
Management of Handicapping Conditions in Infancy
and Childhood.   Held Nov.16-20, 1959.   Pub.
Univ. of Michigan 1960, pp. 24-51.

98.THE EFFECT ON THE FETUS OF VIRAL DISEASE IN
THE MOTHER.   Clin.Obst. & Gynec. 4:327-340,
No. 2, June 1961.

100.THE OVARY IN INFANCY AND CHILDHOOD.   Chapter 2,
Monograph of the Am. Assn. of Clinical Pathologists.
The Williams & Wilkins Co., Baltimore, 1962.

101.DEFECTIVE BABIES WHO DIE BEFORE BIRTH.
Chap. 6, Birth Defects, pub. by The National
Foundation. Ed., Morris Fishbein,
J.B.Lippincott and Company, Philadelphia, 1962.

102.DEFECTIVE BABIES WHO DIE BEFORE BIRTH.
Clin. Ped., 1(2):73, 1962.

102A.PRENATAL INFLUENCE.   Book review in
Human Biology 35:205, 1963.

103.MEDULLARY SPONGE KIDNEY.   V.Osathanondh
and E.L.Potter.   J. Pediat. 62:901, 1963.

104.OOCYTES IN PROPHASE OF MEIOSIS FROM SQUASH
PREPARATIONS OF HUMAN FETAL OVARIES.   T.Manotaya
and E.L.Potter.   Fert. Ster.   14:378-392,
July-Aug. 1963.

105.DEVELOPMENT OF THE HUMAN KIDNEY AS DEMON-
STRATED BY MICRODISSECTION. I.Preparation of
tissue with reasons for possible misinterpre-
tation of observations.   V.Osathanondh and
E.L.Potter.   Arch. Path. 76:271-276, Sept. 1963.

106.DEVELOPMENT OF HUMAN KIDNEY AS SHOWN BY
MICRODISSECTION.IIRenal pelvis, calyces and
papilla.   V.Osathanondh and E.L.Potter. Arch.
Path. 76:277-289, Sept. 1963.

10.

107.DEVELOPMENT OF THE HUMAN KIDNEY AS SHOWN
BY MICRODISSECTION.III.Formation and interrela-
tionship of collecting tubules and nephrons.
V. Osathanondh and E.L.Potter.   Arch. Path.
76:290-302, Sept. 1963.

108.TWIN ZYGOSITY AND PLACENTAL FORM IN RELATION
TO THE OUTCOME OF PREGNANCY.   Am. J. Obstet.
Gynec. 87:566-577, Nov. 1963.

109.DEVELOPMENT OF THE HUMAN KIDNEY.   Editorial:
JAMA 186:144, 1963.

110.PATHOGENESIS OF POLYCYSTIC KIDNEYS.  His-
torical survey.   V. Osathanondh and E.L.Potter.
Arch. Path. 77:459, 1964.

111.PATHOGENESIS OF POLYCYSTIC KIDNEYS. Type I
due to hyperplasia of interstitial portions of
collecting tubules.   V. Osathanondh and E.L.Potter.
Arch. Path. 77:466, May 1964.

112.PATHOGENESIS OF POLYCYSTIC KIDNEYS. Type 2
due to inhibition of ampullary activity.
V.Osathanondh and E.L.Potter.   Arch. Path. 77:474,
May 1964.

113.PATHOGENESIS OF POLYCYSTIC KIDNEYS. Type 3
due to multiple abnormalities of development.
V.Osathanondh and E.L.Potter.   Arch. Path. 77:
485, May 1964.

114.PATHOGENESIS OF POLYCYSTIC KIDNEYS. Type 4
due to urethral obstruction.   V.Osathanondh and
E.L.Potter.   Arch. Path. 77:502, May 1964.

115.PATHOGENESIS OF POLYCYSTIC KIDNEYS. Survey
of results of microdissection.   V.Osathanondh
and E.L.Potter.   Arch. Path. 77:510, May 1964.

116.PATHOLOGY OF PREMATURITY.   Clin. Obstet.
Gynec. 7:733, 1964.

117.PATHOLOGY OF ERYTHROBLASTOSIS.   Clin. Obstet.
Gynec. 7:1027, 1964.

11.

118. MATURATION OF FETAL ORGANS.   Ross Conference on Fetal Hemaglobin #52, Memphis, Oct. 1964. p. 39.

119. PATOLOGIA DE LA PREMADUREZ IN SIMPOSIO SOBRE PREMADUREZ.   Editorial Inter-Americana S.A., Mexico, 1964.

120. SIMINAR ON DISEASES OF THE PERINATAL PERIOD. Chicago.   Oct. 23, 1964.

121. CLASSIFICATION AND PATHOLOGY OF CONGENITAL MALFORMATIONS.   Am. J. Obstet. Gynec.   90:985.

122. PATHOGENESIS OF MALFORMATIONS.   Chicago Medical School Quarterly.   25:1, 1965.

123. BILATERAL ABSENCE OF URETERS AND KIDNEYS: A REPORT OF 50 CASES.   Obstet. Gynec.   25:3, 1965.

124. DEVELOPMENT OF THE HUMAN GLOMERULUS.   Archives of Pathology.   80:241-255, 1965.

125. DEVELOPMENT OF THE HUMAN KIDNEY AS SHOWN BY MICRODISSECTION.IV.DEVELOPMENT OF TUBULAR PORTIONS OF NEPHRONS.   V.Osathanondh and E.L.Potter. Arch. Path. 82:391, 1966.

126. DEVELOPMENT OF THE HUMAN KIDNEY AS SHOWN BY MICRODISSECTION.V.DEVELOPMENT OF VASCULAR PATTERN OF GLOMERULUS.   Arch. Path.   82:403, 1966.

127. NORMAL AND ABNORMAL DEVELOPMENT OF THE KIDNEY. The Kidney.   Edited K. Mostofi.   International Academy of Pathology, 1966.

128. CONGENITAL MALFORMATIONS WITH SPECIAL REFERENCE TO CYSTS IN THE KIDNEYS.   Michigan Medicine, March, 1966.   p. 128.

129. Editorial in Teratology.   2:1, Wampole Laboratories.

130. PATHOLOGIC DIAGNOSIS ON 2681 ABORTIONS AT THE
CHICAGO LYING-IN HOSPITAL, 1957-1965.   P.Sentrakul
and E.L.Potter.   Am J. Public Health 56:2083, 1966.

131. CHONDRODYSTROPHY ACCOMPANYING CEBOCEPHALUS IN
SIBLINGS.   Anales del desarrollo Granada (Spain)
13:307, 1967.

Additional Potter Articles

132. Potter, EL,  "Birth Injuries"  Proc. Amer. Cong. Ob/Gyn
1: 331-334  1941

133. Potter, EL  "In Memoriam Fred L. Adair  1878-1972" J. Reprod
Med.  348-349  June 1972

134. Potter, EL.  "Oligohydromnios :Further Comment"  J. Peds  84
931-932  June 1974

135. Potter, EL,  "Pathogenesis of Cystic Kidney"  Birth Defects
10(4) 12-15  1974

Book, Normal and Abnormal Development of the Kidney Year
Book Publishers, 1972

136.   Janeway, C.A., & E. Potter, "Stillbirth in Erythroblastosis"
Ross Conf. #7, Boston, (Nov. 21, 1952), p. 9-19.

137.   Potter, E., "Pathology of the liver in Young Infants",
Proc. Inst. Med. Chicago, 23:99-102 (July 15, 1960)

138.   Potter, Edith, "Book Review", Human Biol. (1962).

139.   Potter, Edith L., "Pathology of Erythroblastosis",
Clin. Ob/Gyn., 7(4):1027-1043 (Dec., 1964).

140.   Potter, E.L., "Perinatal Mortality, Chicago Lying-In
Hospital", Am.J.Ob.Gyn., 105:335-348 (Oct. 1, 1969).

141.   Potter, Edith L., Vitoon Osathanodh,  "Medullary Sponge
Kidney"  J. Peds.  62. 901-907  June 1963

142.   Potter, Edith L., "Fetal Modifications and Enviroment"
Arch. Pathol  76. 13-14  July  1963